UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 8538 (RWS) ECF Case

ELECTRONICALLY FILED

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Defendant E*TRADE Financial Corporation ("E*Trade") certifies that there exist no parent companies, subsidiaries, or affiliates of E*Trade that have outstanding securities in the hands of the public except for a single affiliate company, IL&FS Investsmart Limited (India).

Dated: New York, New York
       November 13, 2007

DAVIS POLK & WARDWELL

By: _/s/ Nancy B. Ludmerer_
    Dennis E. Glazer
    Nancy B. Ludmerer
    Edward N. Moss

450 Lexington Avenue
New York, New York 10017
(212) 450-4278
Counsel for *Defendant E*TRADE Financial Corporation*