UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>Defendants. | Case No.: 07-cv-8538 (RWS)<br><br>ECF CASE |
| WILLIAM BOSTON, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br>Defendants. | Case No. 07-cv-8808 (RWS) |
| ROBERT D. THULMAN, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>Defendants. | Case No. 07-cv-9651 (RWS) |

**NOTICE OF MOTION OF STATE TEACHERS RETIREMENT SYSTEM OF OHIO FOR THE CONSOLIDATION OF ALL RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), class member State Teachers Retirement System of Ohio ("STRS"), hereby moves this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order: (i) consolidating all related cases and any subsequently filed related cases; (ii) appointing the STRS as Lead Plaintiff in the consolidated action and any subsequently filed related cases; and (iii) approving its selection of Abbey Spanier Rodd & Abrams, LLP, as Lead Counsel.

This Motion is based on the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Judith L. Spanier filed herewith, and all prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: December 3, 2007
New York, New York

Respectfully Submitted,

**ABBEY SPANIER RODD & ABRAMS, LLP**

By: /s/ Judith L. Spanier
Judith L. Spanier (JS 5065)
Jill S. Abrams (JA 1578)
Nancy Kaboolian (NK 6346)
212 East 39th Street
New York, New York 10016
jspanier@abbeyspanier.com
jabrams@abbeyspanier.com
nkaboolian@abbeyspanier.com
Tel: (212) 889-3700
Fax: (212) 684-5191

Proposed Lead Counsel for Proposed Lead Plaintiff State Teachers Retirement System of Ohio and Special Counsel to the Attorney General of Ohio