# Exhibit B

## CERTIFICATION OF
## STATE TEACHERS RETIREMENT SYSTEM OF OHIO
## PURSUANT TO FEDERAL SECURITIES LAWS

State Teachers Retirement System Of Ohio ("STRS") declares as follows:

1. STRS has reviewed a copy of the complaints filed against E*TRADE Financial Corporation and certain of its officers and directors.

2. STRS did not purchase the security [E*TRADE Financial Corporation (ETFC)] that is the subject of this action at the direction of counsel, Abbey Spanier Rodd & Abrams, LLP, or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. STRS is willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. During the proposed class period, STRS made the transactions set forth on Schedule A in E*TRADE securities that are the subject of this litigation.

5. STRS has not served as or sought to serve as a representative party on behalf of a class during the last three years, except as stated herein:

   a) *In Re: Royal Dutch/Shell Transport Securities Litigation*, Consolidated Case No. 04-cv-374, U.S. District, District of New Jersey, (Not Appointed).

   b) *In Re: Exxon Mobil Corp. Securities Litigation*, Consolidated Case No. 04-cv-01257, U.S. District Court, District New Jersey, (Appointed).

   c) *In Re: American International Group, Inc. Securities Litigation*, Master File No. 04-cv-81411, U.S. District Court, Southern District of New York (Appointed).

   d) *In Re: Marsh & McClennan Companies, Inc. Securities Litigation*, Master File No. 04-cv-8144, U.S. District Court, Southern District of New York (Appointed).

   e) *In Re: Fannie Mae Securities Litigation*, Consolidated Civil Action No. 04-cv-1639, U.S. District Court, District of Columbia (Appointed).

   f) *Zuckerman v. Scottish Re Group LTD, et al.*, Case No. 06-cv-5853 U.S. District Court, Southern District of New York (Appointed).

6.  STRS will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the Court or any award to it by the Court of reasonable costs and expenses (including lost wages and travel expenses) directly relating to its representation of the class.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this ___29th___ day of November, 2007

State Teachers Retirement System of Ohio

By: _____
William J. Neville

Title: _____
General Counsel, STRS Ohio

2

**State Teachers Retirement System of Ohio**
**E*Trade Financial Corporation Common Stock Transactions**

Shares Held @ 12/14/2006:    1,427,500

| -------------------- Purchases -------------------- ||||  -------------------- Sales -------------------- ||||
|---|---|---|---|---|---|---|---|
| Trade Date | Price | Shares | Total | Trade Date | Price | Shares | Total |
| 02/08/2007 | $ 24.4350 | 50,000 | $1,221,750.00 | 01/09/2007 | $ 23.2195 | 2,700 | $62,692.65 |
| 02/08/2007 | $ 24.4396 | 100,000 | $2,443,960.00 | 04/03/2007 | $ 21.7746 | 274,800 | $5,983,660.08 |
| 02/13/2007 | $ 23.3100 | 25,000 | $582,750.00 | 07/13/2007 | $ 23.1588 | 17,600 | $407,594.88 |
| 02/22/2007 | $ 24.4450 | 15,000 | $366,675.00 | 07/13/2007 | $ 23.2175 | 50,000 | $1,160,875.00 |
| 02/22/2007 | $ 24.4099 | 50,000 | $1,220,495.00 | 07/16/2007 | $ 23.2077 | 82,400 | $1,912,314.48 |
| 02/28/2007 | $ 23.2373 | 50,000 | $1,161,865.00 | 08/17/2007 | $ 15.2733 | 172,907 | $2,640,860.48 |
| 02/28/2007 | $ 23.2550 | 25,000 | $581,375.00 | 08/21/2007 | $ 15.1489 | 127,093 | $1,925,319.15 |
| 02/28/2007 | $ 23.0087 | 75,000 | $1,725,652.50 | 08/21/2007 | $ 15.4770 | 100,000 | $1,547,700.00 |
| 03/07/2007 | $ 22.5701 | 90,000 | $2,031,304.50 | 09/25/2007 | $ 11.9353 | 716,300 | $8,549,255.39 |
| 03/07/2007 | $ 22.6541 | 10,000 | $226,541.00 | 09/26/2007 | $ 12.0041 | 283,700 | $3,405,563.17 |
| 03/14/2007 | $ 21.6450 | 25,000 | $541,125.00 | 11/12/2007 | $ 4.4556 | 100,000 | $445,560.00 |
| 03/14/2007 | $ 21.7240 | 25,000 | $543,100.00 | | | | |
| 03/19/2007 | $ 21.9586 | 50,000 | $1,097,930.00 | | | | |
| 03/19/2007 | $ 21.9980 | 50,000 | $1,099,900.00 | | | | |
| 03/20/2007 | $ 21.9206 | 75,000 | $1,644,045.00 | | | | |
| 03/28/2007 | $ 21.9639 | 75,000 | $1,647,292.50 | | | | |
| 04/13/2007 | $ 21.7089 | 155,000 | $3,364,879.50 | | | | |
| 04/17/2007 | $ 21.9693 | 25,000 | $549,232.50 | | | | |
| 04/19/2007 | $ 21.2000 | 120,000 | $2,544,000.00 | | | | |
| 04/19/2007 | $ 21.0477 | 25,000 | $526,192.50 | | | | |
| 04/19/2007 | $ 21.2950 | 75,000 | $1,597,125.00 | | | | |
| 05/11/2007 | $ 23.3822 | 100,000 | $2,338,220.00 | | | | |
| 05/11/2007 | $ 23.4226 | 2,300 | $53,871.98 | | | | |
| 05/11/2007 | $ 23.4712 | 32,700 | $767,508.24 | | | | |
| 05/11/2007 | $ 23.4592 | 100,000 | $2,345,920.00 | | | | |
| 05/11/2007 | $ 23.3561 | 25,000 | $583,902.50 | | | | |
| 05/17/2007 | $ 22.6650 | 200 | $4,533.00 | | | | |
| 05/17/2007 | $ 22.6594 | 199,800 | $4,527,348.12 | | | | |
| 07/24/2007 | $ 20.8750 | 25,000 | $521,875.00 | | | | |
| 07/26/2007 | $ 19.0341 | 75,000 | $1,427,557.50 | | | | |
| 08/08/2007 | $ 17.1700 | 25,000 | $429,250.00 | | | | |
| 08/08/2007 | $ 17.3693 | 110,000 | $1,910,623.00 | | | | |
| 08/13/2007 | $ 16.5737 | 85,000 | $1,408,764.50 | | | | |
| 08/15/2007 | $ 14.0000 | 100,000 | $1,400,000.00 | | | | |
| 08/16/2007 | $ 12.3545 | 90,000 | $1,111,905.00 | | | | |
| 08/16/2007 | $ 13.4156 | 75,000 | $1,006,170.00 | | | | |
| 08/16/2007 | $ 11.8300 | 100,000 | $1,183,000.00 | | | | |
| 08/16/2007 | $ 11.7300 | 100,000 | $1,173,000.00 | | | | |
| 08/16/2007 | $ 12.0754 | 150,000 | $1,811,310.00 | | | | |
| 08/24/2007 | $ 14.9892 | 100,000 | $1,498,920.00 | | | | |
| 11/05/2007 | $ 9.1732 | 500,000 | $4,586,600.00 | | | | |