# Exhibit C

Ohio STRS
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| System: | FIFO Ohio STRS | LIFO Ohio STRS | Calculation |
|---|---|---|---|
| **Trading Analysis** | | | |
| Shares Held @ 12/14/2006 | 1,427,500 | 1,427,500 | (1) |
| Class Period Purchases | | | |
| Shares | 3,185,000 | 3,185,000 | (2) |
| Dollars | $ 56,807,468.84 | $ 56,807,468.84 | (3) |
| Class Period Sales | | | |
| Shares | 1,827,500 | 1,827,500 | (4) |
| Dollars | $ 27,595,835.28 | $ 27,595,835.28 | (5) |
| Shares Held 11/09/2007 | 2,785,000 | 2,785,000 | (6) = (1) + (2) - (4) |
| "Lookback Period" Sales (1) | | | |
| Shares | 100,000 | 0 | (7) |
| Dollars | $ 445,560.00 | $ - | (8) |
| Shares Held 11/23/2007 (2) | 2,685,000 | 2,785,000 | (9) = (6) - (7) |
| **Net Expenditure Analysis** | | | |
| Net Class Period Purchases (Sales) (1) | | | |
| Shares | 1,357,500 | 1,357,500 | (10) = (2) - (4) |
| Dollars Net Expenditures (Net Proceeds) | $ 29,211,633.56 | $ 29,211,633.56 | (11) = (3) - (5) |
| Net Class Period + "Lookback Period" Purchases (Sales) (1) | | | |
| Shares | 1,257,500 | 1,357,500 | (12) = (10) - (7) |
| Dollars Net Expenditures (Net Proceeds) | $ 28,766,073.56 | $ 29,211,633.56 | (13) = (11) - (8) |
| **Gain (Loss) Analysis** | | | |
| Gain (Loss) on Class Period Purchases (3) | $ (38,713,086.95) | $ (22,761,990.88) | (14) |
| Less: Offset for Pre-Class Holdings Sold Above $4.7878 | 15,967,643.94 | 49,765.65 | (15) |
| Gain (Loss) After Offset | $ (22,745,443.00) | $ (22,712,225.23) | (16) = (14) +(15) |

Page 1 of 2

Notes:
(1) Sales attributable to Pre-Class Period Holdings and Class Period Purchases only; Figures may not be equal under FIFO and LIFO as under LIFO, post-Class Period sales are first allocated to post-Class Period purchases, if any.
(2) Holdings attributable to Pre-Class Period Holding and Class Period Purchases only; Figures may not be equal under FIFO and LIFO as under LIFO, post-Class Period sales are first allocated to post-Class Period purchases, if any.
(3) Class Period Purchases held as of 11/23/2007 valued at $4.7878, the average closing price of E*Trade Financial Corporation Common Stock between 11/09/2007 and 11/23/2007 (12-Day 'Lookback Period').

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| | | |
|---|---|---|
| Class Period Beginning: | | 12/14/2006 |
| Class Period End: | | 11/9/2007 |
| "Lookback Period" Beginning: | | 11/12/2007 |
| "Lookback Period" End: | | 11/23/2007 |
| Days in "Lookback Period": | | 12 |
| "Lookback Period" Average Closing Price: | | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | 1,427,500 | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 2,700 | | Sale | 01/09/2007 | $23.220 | 2,700 | $ 62,692.65 | 0 | | $ 49,765.65 |
| Pre-Class Period Holdings | | | 274,800 | | Sale | 04/03/2007 | $21.775 | 274,800 | $ 5,983,660.08 | 0 | | $ 4,667,978.75 |
| Pre-Class Period Holdings | | | 17,600 | | Sale | 07/13/2007 | $23.159 | 17,600 | $ 407,594.88 | 0 | | $ 323,329.99 |
| Pre-Class Period Holdings | | | 50,000 | | Sale | 07/13/2007 | $23.218 | 50,000 | $ 1,160,875.00 | 0 | | $ 921,486.11 |
| Pre-Class Period Holdings | | | 82,400 | | Sale | 07/16/2007 | $23.208 | 82,400 | $ 1,912,314.48 | 0 | | $ 1,517,801.59 |
| Pre-Class Period Holdings | | | 172,907 | | Sale | 08/17/2007 | $15.273 | 172,907 | $ 2,640,860.48 | 0 | | $ 1,813,020.19 |
| Pre-Class Period Holdings | | | 127,093 | | Sale | 08/21/2007 | $15.149 | 127,093 | $ 1,925,319.15 | 0 | | $ 1,316,826.11 |
| Pre-Class Period Holdings | | | 100,000 | | Sale | 08/21/2007 | $15.477 | 100,000 | $ 1,547,700.00 | 0 | | $ 1,068,922.22 |
| Pre-Class Period Holdings | | | 600,000 | | Sale | 09/25/2007 | $11.935 | 600,000 | $ 7,161,180.00 | 0 | | $ 4,288,513.33 |
| **1A. Total** | | | 1,427,500 | | | | | 1,427,500 | $ 22,802,196.72 | 0 | | $ 15,967,643.94 |

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| | | Class Period Beginning: | 12/14/2006 |
| | | Class Period End: | 11/9/2007 |
| | | "Lookback Period" Beginning: | 11/12/2007 |
| | | "Lookback Period" End: | 11/23/2007 |
| | | Days in "Lookback Period": | 12 |
| | | "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1B. Pre-Class Period Holdings Sold During "Lookback Period" | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | | | | | | | 0 | 0 | $ - | $ - |
| 1B. Total | | | 0 | | | | | | 0 $ - | | | |

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| Class Period Beginning: | 12/14/2006 |
| --- | --- |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1C. Pre-Class Period Holdings Held at End of "Lookback Period" | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 0 | | | | | | | 0 | | |
| 1C. Total | | | 0 | | | | | 0 | $ - | 0 | $ - | $ - |

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| Class Period Beginning: | 12/14/2006 |
|---|---|
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

### 2A. Class Period Purchases Sold Prior to End of Class Period

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 02/08/2007 | $24.435 | 50,000 | $1,221,750.00 | Sale | 09/25/2007 | $11.935 | 50,000 | $596,765.00 | 0 | $(624,985.00) |
| Purchase | 02/08/2007 | $24.440 | 66,300 | $1,620,345.48 | Sale | 09/25/2007 | $11.935 | 66,300 | $791,310.39 | 0 | $(829,035.09) |
| Purchase | 02/08/2007 | $24.440 | 33,700 | $823,614.52 | Sale | 09/26/2007 | $12.004 | 33,700 | $404,538.17 | 0 | $(419,076.35) |
| Purchase | 02/13/2007 | $23.310 | 25,000 | $582,750.00 | Sale | 09/26/2007 | $12.004 | 25,000 | $300,102.50 | 0 | $(282,647.50) |
| Purchase | 02/22/2007 | $24.445 | 15,000 | $366,675.00 | Sale | 09/26/2007 | $12.004 | 15,000 | $180,061.50 | 0 | $(186,613.50) |
| Purchase | 02/22/2007 | $24.410 | 50,000 | $1,220,495.00 | Sale | 09/26/2007 | $12.004 | 50,000 | $600,205.00 | 0 | $(620,290.00) |
| Purchase | 02/28/2007 | $23.237 | 50,000 | $1,161,865.00 | Sale | 09/26/2007 | $12.004 | 50,000 | $600,205.00 | 0 | $(561,660.00) |
| Purchase | 02/28/2007 | $23.255 | 25,000 | $581,375.00 | Sale | 09/26/2007 | $12.004 | 25,000 | $300,102.50 | 0 | $(281,272.50) |
| Purchase | 02/28/2007 | $23.009 | 75,000 | $1,725,652.50 | Sale | 09/26/2007 | $12.004 | 75,000 | $900,307.50 | 0 | $(825,345.00) |
| Purchase | 03/07/2007 | $22.570 | 10,000 | $225,700.50 | Sale | 09/26/2007 | $12.004 | 10,000 | $120,041.00 | 0 | $(105,659.50) |
| 2A. Total | | | 400,000 | $9,530,223.00 | | | | 400,000 | $4,793,638.56 | 0 | $(4,736,584.44) |

| Offset for Shares Sold Into Class Above |
|---|
| $4.7878 |
| - |

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| | | | | | Class Period Beginning: | 12/14/2006 |
| | | | | | Class Period End: | 11/9/2007 |
| | | | | | "Lookback Period" Beginning: | 11/12/2007 |
| | | | | | "Lookback Period" End: | 11/23/2007 |
| | | | | | Days in "Lookback Period": | 12 |
| | | | | | "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

2B. Class Period Purchases Sold During "Lookback Period"

| Purchase | 03/07/2007 | $22.570 | 80,000 | $ 1,805,604.00 | Sale | 11/12/2007 | $ 4.4556 | 80,000 | $ 356,448.00 | 0 | $ (1,449,156.00) | |
| Purchase | 03/07/2007 | $22.654 | 10,000 | $ 226,541.00 | Sale | 11/12/2007 | $ 4.4556 | 10,000 | $ 44,556.00 | 0 | $ (181,985.00) | |
| Purchase | 03/14/2007 | $21.645 | 10,000 | $ 216,450.00 | Sale | 11/12/2007 | $ 4.4556 | 10,000 | $ 44,556.00 | 0 | $ (171,894.00) | |

| 2B. Total | | | 100,000 | $ 2,248,595.00 | | | | 100,000 | $ 445,560.00 | 0 | $ (1,803,035.00) | |

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 – November 9, 2007

| | | | | | | Class Period Beginning: | 12/14/2006 |
| | | | | | | Class Period End: | 11/9/2007 |
| | | | | | | "Lookback Period" Beginning: | 11/12/2007 |
| | | | | | | "Lookback Period" End: | 11/23/2007 |
| | | | | | | Days in "Lookback Period": | 12 |
| | | | | | | "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2C. Class Period Purchases Held At End of "Lookback Period" | | | | | | | | | | | | |
| Purchase | 03/14/2007 | $21.645 | 15,000 | $ 324,675.00 | | | | | | 15,000 | $ (252,858.33) | |
| Purchase | 03/14/2007 | $21.724 | 25,000 | $ 543,100.00 | | | | | | 25,000 | $ (423,405.56) | |
| Purchase | 03/19/2007 | $21.959 | 50,000 | $ 1,097,930.00 | | | | | | 50,000 | $ (858,541.11) | |
| Purchase | 03/19/2007 | $21.998 | 50,000 | $ 1,099,900.00 | | | | | | 50,000 | $ (860,511.11) | |
| Purchase | 03/20/2007 | $21.921 | 75,000 | $ 1,644,045.00 | | | | | | 75,000 | $ (1,284,961.67) | |
| Purchase | 03/28/2007 | $21.964 | 75,000 | $ 1,647,292.50 | | | | | | 75,000 | $ (1,288,209.17) | |
| Purchase | 04/13/2007 | $21.709 | 155,000 | $ 3,364,879.50 | | | | | | 155,000 | $ (2,622,773.94) | |
| Purchase | 04/17/2007 | $21.969 | 25,000 | $ 549,232.50 | | | | | | 25,000 | $ (429,538.06) | |
| Purchase | 04/19/2007 | $21.200 | 120,000 | $ 2,544,000.00 | | | | | | 120,000 | $ (1,969,466.67) | |
| Purchase | 04/19/2007 | $21.048 | 25,000 | $ 526,192.50 | | | | | | 25,000 | $ (406,498.06) | |
| Purchase | 04/19/2007 | $21.295 | 75,000 | $ 1,597,125.00 | | | | | | 75,000 | $ (1,238,041.67) | |
| Purchase | 05/11/2007 | $23.382 | 100,000 | $ 2,338,220.00 | | | | | | 100,000 | $ (1,859,442.22) | |
| Purchase | 05/11/2007 | $23.423 | 2,300 | $ 53,871.98 | | | | | | 2,300 | $ (42,860.09) | |
| Purchase | 05/11/2007 | $23.471 | 32,700 | $ 767,508.24 | | | | | | 32,700 | $ (610,947.91) | |
| Purchase | 05/11/2007 | $23.459 | 100,000 | $ 2,345,920.00 | | | | | | 100,000 | $ (1,867,142.22) | |
| Purchase | 05/11/2007 | $23.356 | 25,000 | $ 583,902.50 | | | | | | 25,000 | $ (464,208.06) | |
| Purchase | 05/17/2007 | $22.665 | 200 | $ 4,533.00 | | | | | | 200 | $ (3,575.44) | |
| Purchase | 05/17/2007 | $22.659 | 199,800 | $ 4,527,348.12 | | | | | | 199,800 | $ (3,570,750.12) | |
| Purchase | 07/24/2007 | $20.875 | 25,000 | $ 521,875.00 | | | | | | 25,000 | $ (402,180.56) | |
| Purchase | 07/26/2007 | $19.034 | 75,000 | $ 1,427,557.50 | | | | | | 75,000 | $ (1,068,474.17) | |
| Purchase | 08/08/2007 | $17.170 | 25,000 | $ 429,250.00 | | | | | | 25,000 | $ (309,555.56) | |
| Purchase | 08/08/2007 | $17.369 | 110,000 | $ 1,910,623.00 | | | | | | 110,000 | $ (1,383,967.44) | |
| Purchase | 08/13/2007 | $16.574 | 85,000 | $ 1,408,764.50 | | | | | | 85,000 | $ (1,001,803.39) | |
| Purchase | 08/15/2007 | $14.000 | 100,000 | $ 1,400,000.00 | | | | | | 100,000 | $ (921,222.22) | |
| Purchase | 08/16/2007 | $12.355 | 90,000 | $ 1,111,905.00 | | | | | | 90,000 | $ (681,005.00) | |
| Purchase | 08/16/2007 | $13.416 | 75,000 | $ 1,006,170.00 | | | | | | 75,000 | $ (647,086.67) | |
| Purchase | 08/16/2007 | $11.830 | 100,000 | $ 1,183,000.00 | | | | | | 100,000 | $ (704,222.22) | |
| Purchase | 08/16/2007 | $11.730 | 100,000 | $ 1,173,000.00 | | | | | | 100,000 | $ (694,222.22) | |
| Purchase | 08/16/2007 | $12.075 | 150,000 | $ 1,811,310.00 | | | | | | 150,000 | $ (1,093,143.33) | |
| Purchase | 08/24/2007 | $14.989 | 100,000 | $ 1,498,920.00 | | | | | | 100,000 | $ (1,020,142.22) | |
| Purchase | 11/05/2007 | $9.173 | 500,000 | $ 4,586,600.00 | | | | | | 500,000 | $ (2,192,711.11) | |
| 2C. Total | | | 2,685,000 | $ 45,028,650.84 | | | | 0 | $ - | 2,685,000 | $ (32,173,467.51) | |

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| | |
|---|---|
| Class Period Beginning: | 12/14/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $4.7878 |
| Class Period Purchase Total | | | 3,185,000 | $ 56,807,468.84 | | | | 500,000 | $ 5,239,198.56 | 2,685,000 | $ (38,713,086.95) | |
| Grand Total | | | 3,185,000 | $ 56,807,468.84 | | | | 1,927,500 | $ 28,041,395.28 | 2,685,000 | | |
| Less: Offset for Pre-Class Period Holdings Sold Through End of "Lookback Period": | | | | | | | | | | | $ 15,967,643.94 | |
| Total Including Offset for Pre-Class Period Holdings Sold Through End of "Lookback Period": | | | | | | | | | | | $ (22,745,443.00) | |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $4.7878 per share

Ohio STRS
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| Class Period Beginning: | 12/14/2006 |
|---|---|
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | 1,427,500 | | | | | | | | | |
| 1A. Pre-Class Period Holdings Sold Through End of Class Period | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 2,700 | | Sale | 01/09/2007 | $23.220 | 2,700 | $ 62,692.65 | 0 | $ 49,765.65 | |
| 1A. Total | | | 2,700 | | | | | 2,700 | $ 62,692.65 | 0 | $ 49,765.65 | |

Ohio STRS
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| | | | | Class Period Beginning: | 12/14/2006 |
| | | | | Class Period End: | 11/9/2007 |
| | | | | "Lookback Period" Beginning: | 11/12/2007 |
| | | | | "Lookback Period" End: | 11/23/2007 |
| | | | | Days in "Lookback Period": | 12 |
| | | | | "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 11/23/2007 | | $4.7878 |

1B. Pre-Class Period Holdings Sold During "Lookback Period"

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1B. Total | | | 0 | | | | | 0 | $ - | 0 | $ - | $ - |

**Ohio STRS**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**E*Trade Financial Corporation Common Stock**
**Class Period: December 14, 2006 - November 9, 2007**

| Class Period Beginning: | 12/14/2006 |
|---|---|
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at End of "Lookback Period"** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 1,424,800 | | | | | | | 1,424,800 | | |
| **1C. Total** | | | 1,424,800 | | | | | 0 | $ - | 1,424,800 | $ - | |

Ohio STRS
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| | | | | | | |
|---|---|---|---|---|---|---|
| Class Period Beginning: | | | 12/14/2006 |
| Class Period End: | | | 11/9/2007 |
| "Lookback Period" Beginning: | | | 11/12/2007 |
| "Lookback Period" End: | | | 11/23/2007 |
| Days in "Lookback Period": | | | 12 |
| "Lookback Period" Average Closing Price: | | | $4.7878 |

## 2A. Class Period Purchases Sold Prior to End of Class Period

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/14/2007 | $21.724 | 24,800 | $ 538,755.20 | Sale | 04/03/2007 | $21.775 | 24,800 | $ 540,010.08 | 0 | $ 1,254.88 | |
| Purchase | 03/19/2007 | $21.959 | 50,000 | 1,097,930.00 | Sale | 04/03/2007 | $21.775 | 50,000 | 1,088,730.00 | 0 | $ (9,200.00) | |
| Purchase | 03/19/2007 | $21.998 | 50,000 | 1,099,900.00 | Sale | 04/03/2007 | $21.775 | 50,000 | 1,088,730.00 | 0 | $ (11,170.00) | |
| Purchase | 03/20/2007 | $21.921 | 75,000 | 1,644,045.00 | Sale | 04/03/2007 | $21.775 | 75,000 | 1,633,095.00 | 0 | $ (10,950.00) | |
| Purchase | 03/28/2007 | $21.964 | 75,000 | 1,647,292.50 | Sale | 04/03/2007 | $21.775 | 75,000 | 1,633,095.00 | 0 | $ (14,197.50) | |
| Purchase | 04/19/2007 | $21.295 | 55,000 | 1,171,225.00 | Sale | 09/26/2007 | $12.004 | 55,000 | 660,225.50 | 0 | $ (510,999.50) | |
| Purchase | 05/11/2007 | $23.382 | 100,000 | 2,338,220.00 | Sale | 09/26/2007 | $12.004 | 100,000 | 1,200,410.00 | 0 | $ (1,137,810.00) | |
| Purchase | 05/11/2007 | $23.423 | 2,300 | 53,871.98 | Sale | 09/26/2007 | $12.004 | 2,300 | 27,609.43 | 0 | $ (26,262.55) | |
| Purchase | 05/11/2007 | $23.471 | 32,700 | 767,508.24 | Sale | 09/26/2007 | $12.004 | 32,700 | 392,534.07 | 0 | $ (374,974.17) | |
| Purchase | 05/11/2007 | $23.459 | 6,300 | 147,792.96 | Sale | 09/25/2007 | $11.935 | 6,300 | 75,192.39 | 0 | $ (72,600.57) | |
| Purchase | 05/11/2007 | $23.459 | 93,700 | 2,198,127.04 | Sale | 09/26/2007 | $12.004 | 93,700 | 1,124,784.17 | 0 | $ (1,073,342.87) | |
| Purchase | 05/11/2007 | $23.356 | 25,000 | 583,902.50 | Sale | 09/25/2007 | $11.935 | 25,000 | 298,382.50 | 0 | $ (285,520.00) | |
| Purchase | 05/17/2007 | $22.665 | 200 | 4,533.00 | Sale | 09/25/2007 | $11.935 | 200 | 2,387.06 | 0 | $ (2,145.94) | |
| Purchase | 05/17/2007 | $22.659 | 17,600 | 398,805.44 | Sale | 07/13/2007 | $23.159 | 17,600 | 407,594.88 | 0 | $ 8,789.44 | |
| Purchase | 05/17/2007 | $22.659 | 50,000 | 1,132,970.00 | Sale | 07/13/2007 | $23.218 | 50,000 | 1,160,875.00 | 0 | $ 27,905.00 | |
| Purchase | 05/17/2007 | $22.659 | 82,400 | 1,867,134.56 | Sale | 07/16/2007 | $23.208 | 82,400 | 1,912,314.48 | 0 | $ 45,179.92 | |
| Purchase | 05/17/2007 | $22.659 | 49,800 | 1,128,438.12 | Sale | 09/25/2007 | $11.935 | 49,800 | 594,377.94 | 0 | $ (534,060.18) | |
| Purchase | 07/24/2007 | $20.875 | 25,000 | 521,875.00 | Sale | 09/25/2007 | $11.935 | 25,000 | 298,382.50 | 0 | $ (223,492.50) | |
| Purchase | 07/26/2007 | $19.034 | 75,000 | 1,427,557.50 | Sale | 09/25/2007 | $11.935 | 75,000 | 895,147.50 | 0 | $ (532,410.00) | |
| Purchase | 08/08/2007 | $17.170 | 25,000 | 429,250.00 | Sale | 09/25/2007 | $11.935 | 25,000 | 298,382.50 | 0 | $ (130,867.50) | |
| Purchase | 08/08/2007 | $17.369 | 110,000 | 1,910,623.00 | Sale | 09/25/2007 | $11.935 | 110,000 | 1,312,883.00 | 0 | $ (597,740.00) | |
| Purchase | 08/13/2007 | $16.574 | 85,000 | 1,408,764.50 | Sale | 09/25/2007 | $11.935 | 85,000 | 1,014,500.50 | 0 | $ (394,264.00) | |
| Purchase | 08/15/2007 | $14.000 | 100,000 | 1,400,000.00 | Sale | 09/25/2007 | $11.935 | 100,000 | 1,193,530.00 | 0 | $ (206,470.00) | |
| Purchase | 08/16/2007 | $12.355 | 90,000 | 1,111,905.00 | Sale | 09/25/2007 | $11.935 | 90,000 | 1,074,177.00 | 0 | $ (37,728.00) | |
| Purchase | 08/16/2007 | $13.416 | 50,000 | 670,780.00 | Sale | 08/21/2007 | $15.477 | 50,000 | 773,850.00 | 0 | $ 103,070.00 | |
| Purchase | 08/16/2007 | $13.416 | 25,000 | 335,390.00 | Sale | 09/25/2007 | $11.935 | 25,000 | 298,382.50 | 0 | $ (37,007.50) | |
| Purchase | 08/16/2007 | $11.830 | 50,000 | 591,500.00 | Sale | 08/21/2007 | $15.149 | 50,000 | 757,445.00 | 0 | $ 165,945.00 | |
| Purchase | 08/16/2007 | $11.830 | 50,000 | 591,500.00 | Sale | 08/21/2007 | $15.477 | 50,000 | 773,850.00 | 0 | $ 182,350.00 | |
| Purchase | 08/16/2007 | $11.730 | 22,907 | 268,699.11 | Sale | 08/17/2007 | $15.273 | 22,907 | 349,865.48 | 0 | $ 81,166.37 | |
| Purchase | 08/16/2007 | $11.730 | 77,093 | 904,300.89 | Sale | 08/17/2007 | $15.149 | 77,093 | 1,167,874.15 | 0 | $ 263,573.26 | |
| Purchase | 08/16/2007 | $12.075 | 150,000 | 1,811,310.00 | Sale | 08/17/2007 | $15.273 | 150,000 | 2,290,995.00 | 0 | $ 479,685.00 | |
| Purchase | 08/24/2007 | $14.989 | 100,000 | 1,498,920.00 | Sale | 09/25/2007 | $11.935 | 100,000 | 1,193,530.00 | 0 | $ (305,390.00) | |
| **2A. Total** | | | **1,824,800** | **$ 32,702,826.54** | | | | **1,824,800** | **$ 27,533,142.63** | **0** | **$ (5,169,683.91)** | **$ -** |

Ohio STRS
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| Class Period Beginning: | 12/14/2006 |
|---|---|
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 11/23/2007 | | |

2B. Class Period Purchases Sold During "Lookback Period"

| 2B. Total | | | | $ 0 | | | | | $ 0 | - | $ 0 | - |

Ohio STRS
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: December 14, 2006 - November 9, 2007

| | | |
|---|---|---|
| Class Period Beginning: | | 12/14/2006 |
| Class Period End: | | 11/9/2007 |
| "Lookback Period" Beginning: | | 11/12/2007 |
| "Lookback Period" End: | | 11/23/2007 |
| Days in "Lookback Period": | | 12 |
| "Lookback Period" Average Closing Price: | | $4.7878 |

### 2C. Class Period Purchases Held At End of "Lookback Period"

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 02/08/2007 | $24.435 | 50,000 | $ 1,221,750.00 | | | | | | 50,000 | $ (982,361.11) | |
| Purchase | 02/08/2007 | $24.440 | 100,000 | $ 2,443,960.00 | | | | | | 100,000 | $ (1,965,182.22) | |
| Purchase | 02/13/2007 | $23.310 | 25,000 | $ 582,750.00 | | | | | | 25,000 | $ (463,055.56) | |
| Purchase | 02/22/2007 | $24.445 | 15,000 | $ 366,675.00 | | | | | | 15,000 | $ (294,858.33) | |
| Purchase | 02/22/2007 | $24.410 | 50,000 | $ 1,220,495.00 | | | | | | 50,000 | $ (981,106.11) | |
| Purchase | 02/28/2007 | $23.237 | 50,000 | $ 1,161,865.00 | | | | | | 50,000 | $ (922,476.11) | |
| Purchase | 02/28/2007 | $23.255 | 25,000 | $ 581,375.00 | | | | | | 25,000 | $ (461,680.56) | |
| Purchase | 02/28/2007 | $23.009 | 75,000 | $ 1,725,652.50 | | | | | | 75,000 | $ (1,366,569.17) | |
| Purchase | 03/07/2007 | $22.570 | 90,000 | $ 2,031,304.50 | | | | | | 90,000 | $ (1,600,404.50) | |
| Purchase | 03/07/2007 | $22.654 | 10,000 | $ 226,541.00 | | | | | | 10,000 | $ (178,663.22) | |
| Purchase | 03/14/2007 | $21.645 | 25,000 | $ 541,125.00 | | | | | | 25,000 | $ (421,430.56) | |
| Purchase | 03/14/2007 | $21.724 | 200 | $ 4,344.80 | | | | | | 200 | $ (3,387.24) | |
| Purchase | 04/13/2007 | $21.709 | 155,000 | $ 3,364,879.50 | | | | | | 155,000 | $ (2,622,773.94) | |
| Purchase | 04/17/2007 | $21.969 | 25,000 | $ 549,232.50 | | | | | | 25,000 | $ (429,538.06) | |
| Purchase | 04/19/2007 | $21.200 | 120,000 | $ 2,544,000.00 | | | | | | 120,000 | $ (1,969,466.67) | |
| Purchase | 04/19/2007 | $21.048 | 25,000 | $ 526,192.50 | | | | | | 25,000 | $ (406,498.06) | |
| Purchase | 04/19/2007 | $21.295 | 20,000 | $ 425,900.00 | | | | | | 20,000 | $ (530,144.44) | |
| Purchase | 11/05/2007 | $9.173 | 500,000 | $ 4,586,600.00 | | | | | | 500,000 | $ (2,192,711.11) | |
| **2C. Total** | | | 1,360,200 | $ 24,104,642.30 | | | | 0 | $ - | 1,360,200 | $ (17,592,306.97) | |

**Ohio STRS**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**E*Trade Financial Corporation Common Stock**
**Class Period: December 14, 2006 - November 9, 2007**

| | | |
|---|---|---|
| Class Period Beginning: | | 12/14/2006 |
| Class Period End: | | 11/9/2007 |
| "Lookback Period" Beginning: | | 11/12/2007 |
| "Lookback Period" End: | | 11/23/2007 |
| Days in "Lookback Period": | | 12 |
| "Lookback Period" Average Closing Price: | | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | | 3,185,000 | $ 56,807,468.84 | | | | 1,824,800 | $ 27,533,142.63 | 1,360,200 | $ (22,761,990.88) | |
| Grand Total | | | 3,185,000 | $ 56,807,468.84 | | | | 1,827,500 | $ 27,595,835.28 | 2,785,000 | | |
| Less: Offset for Pre-Class Period Holdings Sold Through End of "Lookback Period": | | | | | | | | | | | $ 49,765.65 | |
| Total Including Offset for Pre-Class Period Holdings Sold Through End of "Lookback Period": | | | | | | | | | | | $ (22,712,225.23) | |

[1] For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $4.7878 per share
Total figures may differ from FIFO, as under LIFO, post-Class Period sales are first allocated to post-Class Period purchases, if any. These purchases and sales, if any, are not shown here.