## **CERTIFICATE OF SERVICE**

I, Carolyn Davila, hereby certify that on December 3, 2007, I caused the following documents to be served upon the persons/entities listed on the attached service list by U.S. mail and the ECF filing rules:

Notice Of Motion Of State Teachers Retirement System of Ohio For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

Memorandum Of Points And Authorities In Support Of the Motion of State Teachers Retirement System of Ohio For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

Declaration Of Judith L. Spanier In Support Of the Motion of State Teachers Retirement System of Ohio For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

[Proposed] Order For the Consolidation of All Related Cases; For The Appointment Of Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Counsel

_/s/ Carolyn Davila_
Carolyn Davila

## SERVICE LIST

**Plaintiffs' Counsel**

David A. Rosenfeld
Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS, LLP
58 South Service Road
Suite 200
Melville, New York 11747
(631) 367-7100

Attorneys for Plaintiff Larry Freudenberg

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd.
Mineola, New York 11501
(516) 741-4977

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

Attorneys for Plaintiff William Boston

**Defendants' Counsel**

Dennis B. Glazer
Nancy B. Ludmerer
Edward N. Moss
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4900