**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated, | Civil Action No. 07-cv-8538 (RWS) |
| Plaintiff, | CLASS ACTION |
| vs. | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS, | |
| Defendants. | |
| WILLIAM BOSTON, Individually And On Behalf Of All Others Similarly Situated, | Civil Action No. 07-cv-8808 (RWS) |
| Plaintiff, | |
| vs. | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS, | |
| Defendants. | |
| ROBERT D. THURMAN, Individually And On Behalf Of All Others Similarly Situated, | Civil Action No. 07-cv-9651 (RWS) |
| Plaintiff, | |
| vs. | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS, | |
| Defendants. | |

| | |
|---|---|
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-10400 (UA) |
| JOSHUA FERENC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-10540 (SHS) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, the I caused the foregoing (1) Notice Of Motion Of The Kristen-Straxton Group For Consolidation Of All Related Cases, Appointment Of Lead Plaintiff And Approval Of The Selection Of Lead Counsel; (2) the Memorandum Of Law In Support Of The Motion Of The Kristen-Straxton Group For Consolidation Of All Related Cases, Appointment Of Lead Plaintiff And Approval Of The Selection Of Lead Counsel; (3) the Declaration Of Elizabeth A. Schmid Esq. In Support Of The Motion Of The Kristen-Straxton Group For Consolidation Of All Related Cases, Appointment Of Lead Plaintiff And Approval Of The Selection Of Lead Counsel and exhibits thereto; and (4) the [Proposed] Order Consolidating All Related Actions,

Appointing Lead Plaintiff And Approving The Selection Of Lead Counsel, to be filed

with the Clerk of the Court and served in accordance with the Federal Rules of Civil

Procedure and/or the Southern District of New York Local Rules, Southern District of

New York Electronic Service upon the following counsel for the following parties and

participants:

Dennis E. Glazer, Esq.
Nancy B. Ludmerer, Esq.
Edward N. Moss, Esq.
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4900

*Counsel for Defendants E\*Trade Financial Corporation,*
*Mitchell H. Caplan, and Robert J. Simmons*


David Avi Rosenfeld, Esq.
**Coughlin, Stoia, Geller, Rudman & Robbins, LLP**
58 South Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100

*Counsel for Plaintiff Larry Freudenberg*


Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
**Schiffrin Barroway Topaz & Kessler LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Evan J Smith, Esq.
**Brodsky & Smith, L.L.C.**
240 Mineola Blvd.
Mineola, NY 11501
Telephone: (516)-741-4977

*Counsel for Plaintiff William Boston*

2

Howard G. Smith, Esq.
**Smith & Smith**
3070 Bristol Pike
Bensalem, PA 19020
Telephone: (215) 638-4848

Ira M. Press, Esq.
**Kirby McInerney LLP**
830 Third Avenue
10th Floor
New York, NY 10022
Telephone: (212) 371-6600

Lionel Z. Glancy, Esq.
**Law Offices of Lionel Z. Glancy**
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150

Michael Goldberg, Esq.
**Law Offices of Lionel Z. Glancy**
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150

*Counsel for Plaintiff Robert D. Thulman*

Ira M. Press, Esq.
**Kirby McInerney LLP**
830 Third Avenue
10th Floor
New York, NY 10022
Telephone: (212) 317-2300

Lionel Z. Glancy
Michael Goldberg
**Glancy Binkow & Goldberg LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (212) 201-9150

3

Howard G. Smith, Esq.
**Law Offices of Howard G. Smith**
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847

*Counsel for Plaintiff Wendy M. Davidson*


James Stuart Notis, Esq.
Dustin Peter Mansoor, Esq.
**Gardy & Notis, LLP**
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377

*Counsel for Plaintiff Joshua Ferenc*


Executed: December 3, 2007
            New York, New York

                                        /s/ *Elizabeth A. Schmid, Esq.*
                                          Elizabeth A. Schmid, Esq. (ES-1294)

4