## CERTIFICATE OF SERVICE

I, Carolyn Davila, hereby certify that on December 3, 2007, I caused the following documents to be served upon the persons/entities listed on the attached service list by U.S. mail and the ECF filing rules:

> Notice Of Motion Of State Teachers Retirement System of Ohio For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel
>
> Memorandum Of Points And Authorities In Support Of the Motion of State Teachers Retirement System of Ohio For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel
>
> Declaration Of Judith L. Spanier In Support Of the Motion of State Teachers Retirement System of Ohio For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel
>
> [Proposed] Order For the Consolidation of All Related Cases; For The Appointment Of Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Counsel

*/s/ Carolyn Davila*
Carolyn Davila

## SERVICE LIST

**Plaintiffs' Counsel**

David A. Rosenfeld
Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS, LLP
58 South Service Road
Suite 200
Melville, New York 11747
(631) 367-7100

Attorneys for Plaintiff Larry Freudenberg

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd.
Mineola, New York 11501
(516) 741-4977

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

Attorneys for Plaintiff William Boston

Lionel Z. Glancy
Michael Goldberg
LAW OFFICES OF LIONEL Z. GLANCY
1801 Avenue of the Stars
Suite 311
Los Angeles, CA  90067
(310) 201-9150

Attorneys for Plaintiff Robert D. Thurman

Ira M. Press
KIRBY MCINERNEY LLP
830 Third Avenue
10th Floor
New York, New York 10022
(212) 317-2300

Attorneys for Plaintiff Wendy M. Davidson

James S. Notis
Dustin P. Mansoor
GARDY & NOTIS, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Attorneys for Plaintiff Joshua Ferenc

**Defendants' Counsel**

Dennis B. Glazer
Nancy B. Ludmerer
Edward N. Moss
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4900