## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS <br><br> Defendants. | Civil No. 1:07-CV-08538-RWS <br><br> CLASS ACTION <br><br> ELECTRONICALLY FILED |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Daniel P. Chiplock, Esq., a member in good standing of this Court, and a partner of the firm Lieff, Cabraser, Heimann & Bernstein, LLP, hereby enters his appearance as counsel of record on behalf of Skandia Life Insurance Company Ltd. in the above-captioned action, and requests that copies of all notices, pleadings, and other documents filed in this proceeding be provided to him.

Dated: New York, New York  
December 3, 2007

   /s  Daniel P. Chiplock_____  
Daniel P. Chiplock, Bar No. DC 1137  
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP  
780 Third Avenue  
48th Floor  
New York, NY  10017  
Tel. (212) 355-9500  
Fax (212) 355-9592  
E-mail: dchiplock@lchb.com

*Attorney for Skandia Life Insurance Company Ltd.*

740277.1