**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS<br><br>    Defendants. | ) Civil No. 1:07-CV-08538-RWS<br>)<br>) <u>CLASS ACTION</u><br>)<br>) <u>ELECTRONICALLY FILED</u><br>) |

(caption continued on next page)

**MOTION OF SKANDIA LIFE INSURANCE COMPANY LTD.**
**FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,**
**<u>AND APPROVAL OF ITS SELECTION OF COUNSEL</u>**

| | |
|---|---|
| WILLIAM BOSTON, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　Plaintiff, <br><br>　　-against- <br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, <br><br>　　　　　　　　Defendants. | Civil No. 1:07-CV-08808-RWS <br><br> <u>CLASS ACTION</u> |
| ROBERT D. THULMAN, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　Plaintiff, <br><br>　　-against- <br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, <br><br>　　　　　　　　Defendants. | Civil No. 1:07-CV-9651-RWS <br><br> <u>CLASS ACTION</u> |
| WENDY M. DAVIDSON, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　Plaintiff, <br><br>　　-against- <br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, <br><br>　　　　　　　　Defendants. | Civil No. 1:07-CV-10400-UA <br><br> <u>CLASS ACTION</u> |

Institutional investor Skandia Life Insurance Company Ltd. ("Skandia") hereby moves this Court for an Order:

1.  Consolidating the above-captioned actions;

2.  Appointing Skandia as Lead Plaintiff; and

3.  Appointing the law firm of Motley Rice LLC to serve as Lead Counsel and Lieff, Cabraser, Heimann & Bernstein, LLP to serve as Liaison Counsel.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of James M. Hughes and the exhibits attached thereto, a proposed order, and all of the prior pleadings and proceedings had herein, and such other written and/or oral argument as may be presented to the Court.

Respectfully submitted this 3rd Day of December, 2007,

/s/ Daniel P. Chiplock

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Steven E. Fineman, Esq. (SF – 8481)
Daniel P. Chiplock, Esq. (DC – 1137)
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Tel: 212-355-9500
Fax: 212-355-9592

[Proposed] Liaison Counsel

MOTLEY RICE LLC
Ann K. Ritter, Esq.
James M. Hughes, Esq.
P.O. Box. 1792 (29465)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

[Proposed] Lead Counsel

and

STURMAN LLC
Deborah Sturman, Esq.
112 Madison Avenue
New York, New York 10016-7416
Tel: 646-932-2040
Fax: 917-546-2544

Counsel for Skandia Life Insurance Company Ltd.

2