# EXHIBIT A

Case 1:07-cv-08538-RWS   Document 18-2   Filed 12/03/2007   Page 1 of 3

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Marie Schöllin and Hans Sterte, on behalf of Skandia Life Insurance Company Ltd. ("Skandia") declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against E*TRADE Financial Corporation ("ETFC") and designate Motley Rice LLC as proposed lead counsel for Skandia in this action for all purposes.

2. We are duly authorized to institute legal action on Skandia's behalf, including litigation against ETFC and the other defendants.

3. Skandia did not acquire ETFC securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Skandia is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. Skandia will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. Within the past three years, Skandia has not sought to serve as a representative party for a class in an action under the federal securities laws.

7. Skandia understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Attached hereto as Schedule A is a complete listing of all transactions Skandia made during the Class Period in the security that is the subject of the complaint. Skandia will provide records of those transactions upon request. Skandia purchased all of its ETFC common stock on the NASDAQ exchange.

9. Skandia is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 3 day of December 2007

Skandia Life Insurance Company Ltd.

_____  
Marie Schöllin  
Head of Administration and Compliance

_____ CIO  
Hans Sterte  
~~Compliance Officer~~



E*TRADE Financial Corporation (NASDAQ: ETFC)
Skandia Life Insurance Company Ltd.
Schedule A

| Skandia Life Insurance Company Ltd. | Date | Shares | Price |
|---|---|---|---|
| **Purchases:** | 01/24/07 | 8,404 | 24.1541 |
| | 03/26/07 | 208,024 | 22.5193 |
| | 04/10/07 | 176,705 | 21.8399 |
| | 05/21/07 | 154,855 | 22.8441 |
| | 07/12/07 | 21,554 | 23.1400 |
| | 08/06/07 | 106,735 | 15.3663 |
| | 10/31/07 | 23,765 | 11.1400 |
| **Sales:** | 02/16/07 | 6,565 | 24.2000 |
| | 10/18/07 | 373,344 | 11.4755 |