# EXHIBIT C

**E*TRADE Financial Corporation (NASDAQ: ETFC)**

Class Period: 12/14/06 - 11/09/07  
Hold price: $4.8420

## FIFO LOSSES

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Skandia | Pre-Class Holdings | 50,228 | | | 02/16/07 | 6,565 | 24.2000 | | | | |
| | | | | | 10/18/07 | 43,663 | 11.4755 | | | | |
| | | | | | Total | 50,228 | | | | | |
| | 01/24/07 | 8,404 | 24.1541 | 202,991.06 | | | | | | | |
| | 03/26/07 | 208,024 | 22.5193 | 4,684,554.86 | | | | | | | |
| | 04/10/07 | 176,705 | 21.8399 | 3,859,219.53 | | | | | | | |
| | 05/21/07 | 154,855 | 22.8441 | 3,537,523.11 | | | | | | | |
| | 07/12/07 | 21,554 | 23.1400 | 498,759.56 | | | | | | | |
| | 08/06/07 | 106,735 | 15.3663 | 1,640,122.03 | | | | | | | |
| | 10/31/07 | 23,765 | 11.1400 | 264,742.10 | 10/18/07 | 329,681 | 11.4755 | 3,783,254.32 | | | |
| Skandia Total | | 700,042 | | 14,687,912.25 | | 329,681 | | 3,783,254.32 | 370,361 | 1,793,287.96 | (9,111,369.97) |

(1) Sales have been applied on a FIFO basis.  
(2) Held shares have been valued using the average closing price of $4.8420 per share.