**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS<br><br>   Defendants. | Civil No. 1:07-CV-08538-RWS<br><br><u>CLASS ACTION</u><br><br><u>ELECTRONICALLY FILED</u> |

## CERTIFICATE OF SERVICE

I, Daniel P. Chiplock, Esq., hereby certify that on December 3, 2007, I electronically filed via the Court's Electronic Case File ("ECF") system the following documents:

(1) **MOTION OF SKANDIA LIFE INSURANCE COMPANY LTD. FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL;**

(2) **MEMORANDUM OF LAW IN SUPPORT OF SKANDIA LIFE INSURANCE COMPANY LTD.'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL;**

(3) **DECLARATION OF JAMES M. HUGHES IN SUPPORT OF THE MOTION OF SKANDIA LIFE INSURANCE COMPANY LTD. FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL, with attached Exhibits A-G;** *and*

(4) **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper

740330.1

copies will be mailed to those indicated as non registered participants by the next business day.

Dated: New York, New York                /s Daniel P. Chiplock\
      December 3, 2007                Daniel P. Chiplock, Bar No. DC 1137\
                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP\
                                           780 Third Avenue, 48th Floor\
                                           New York, NY 10017\
                                           Tel. (212) 355-9500\
                                           Fax (212) 355-9592\
                                           E-mail: dchiplock@lchb.com

                                           *Attorney for Skandia Life Insurance Company Ltd.*