CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2007, I caused the attached **Notice of the Institutional Investor Group's Motion to Consolidate Actions, to be Appointed Lead Plaintiff and For Approval of its Selection of Lead Counsel, Memorandum of Law in Support of the Institutional Investor Group's Motion to Consolidate Actions, to be Appointed Lead Plaintiff and For Approval of its Selection of Lead Counsel, Rule 7.1 Disclosure Statement, and Declaration of Jay W. Eisenhofer and accompanying exhibits,** to be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District of New York Local Rules, Southern District of New York Electronic Service, upon the following counsel:

David Avi Rosenfeld
Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
58 South Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Fax: (613) 367-1173

*Attorneys for Plaintiff Larry Freudenberg*

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd
Mineola, NY 11501
Telephone: (516) 741-4977
Fax: (516) 741-0626

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
280 King of Prussia road
Radnor, PA 19087
Telephone: (610) 667-7706

*Attorneys for Plaintiff William Boston*

Howard G. Smith
SMITH & SMITH
3070 Bristol Pike
Bensalem, PA 19020
Telephone: (215) 638-4848

Lionel Z. Glancy
Michael Goldberg
LAW OFFICES OF LIONEL Z. GLANCY
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150

*Attorneys for Plaintiff Robert D. Thulman*

Ira M. Press
KIRBY MCINERNEY LLP
830 Third Avenue
10th Floor
New York, NY 10022
Telephone: (212) 371-6600
Fax: (212) 751-2540

*Attorneys for Plaintiff Robert D. Thulman and Plaintiff Wendy M. Davidson*

Dustin Peter Mansoor
James Stuart Notis
GARDY & NOTIS LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377
Fax: (201) 567-7337
*Attorneys for Plaintiff Joshua Ferenc*

      I further certify that the foregoing papers were served via first class mail to the following counsel:

Dennis E. Glazer
Nancy B. Ludmerer
Edward N. Moss
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4900
Fax: (312) 527-0220

*Attorneys for Defendants E*Trade Financial
Corporation, Mitchell H. Caplan, and Robert
J. Simmons*

                          /s Geoffrey C. Jarvis
                          Geoffrey C. Jarvis (GJ-7040)