**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LARRY FREUDENBERG, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 8538 (RWS) Judge Robert W. Sweet |
| v. | : : | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : | |

[Captions continued on the following page]

### RULE 7.1 DISCLOSURE STATEMENT

| | |
|---|---|
| GRANT & EISENHOFER P.A. Jay W. Eisenhofer (JE-5503) 485 Lexington Avenue 29th Floor New York, New York 10017 Tel: (646) 722-8500 Fax: (646) 722-8501<br><br>- and -<br><br>GRANT & EISENHOFER P.A. Geoffrey C. Jarvis (GJ-7040) Chase Manhattan Centre 1201 N. Market Street Wilmington, Delaware 19801 Tel: (302) 622-7000 Fax: (302) 622-7100 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP Richard S. Schiffrin Sean M. Handler Darren J. Check 280 King of Prussia Road Radnor, Pennsylvania 19087 Tel: (610) 667-7706 Fax: (610) 667-7056 |

*Counsel for the Institutional Investor Group and Proposed Lead Counsel for the Class*

- 1 -

| | | |
|---|---|---|
| WILLIAM BOSTON, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 8808 (RWS) Judge Robert W. Sweet |
| v. | : : | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : | |
| ROBERT D. THULMAN, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 9651 (RWS) Judge Robert W. Sweet |
| v. | : : | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : | |
| WENDY M. DAVIDSON, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 10400 (UA) Judge Unassigned |
| v. | : : | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : | |
| JOSHUA FERENC, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 10540 (SHS) Judge Sidney H. Stein |
| v. | : : | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AFA Livförsäkringsaktiebolag; AFA Sjukförsäkringsaktiebolag, AFA Trygghetsförsäkringsaktiebolag, and Kollektivavtalsstiftelsen Trygghetsfonden TSL

- 3 -

(hereinafter, "AFA Insurance"), a private-non governmental party, certifies on information and belief that (1) AFA Insurance has no parent corporation; and (2) there are no publicly held corporations that own 10% or more of its stock.

The undersigned, counsel of record for AFA Insurance certifies that they are not aware of any interested parties other than those participating in this case.

Dated: December 3, 2007  
New York, New York

Respectfully submitted,

　/s Geoffrey C. Jarvis　  
Jay W. Eisenhofer (JW-5503)  
GRANT & EISENHOFER P.A.  
485 Lexington Avenue  
29th Floor  
New York, New York  10017  
Tel:    (646) 722-8500  
Fax:    (646) 722-8501

- and -

Geoffrey C. Jarvis (GJ-7040)  
GRANT & EISENHOFER P.A.  
Chase Manhattan Centre  
1201 N. Market Street  
Wilmington, Delaware 19801  
Tel:    (302) 622-7000  
Fax:    (302) 622-7100

SCHIFFRIN BARROWAY TOPAZ  
& KESSLER, LLP  
Richard S. Schiffrin  
Sean M. Handler  
Darren J. Check  
280 King of Prussia Rd.  
Radnor, PA 19087  
Telephone:    (610) 667-7706  
Facsimile:    (610) 667-7056

*Counsel for the Institutional Investor Group and Proposed Lead Counsel for the Class*