Gregory M. Nespole (GN-6820)
Thomas H. Burt (TB-7601)
Laurence J. Hasson (LH-5834)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Attorneys for Plaintiffs
270 Madison Avenue
New York, New York 10016
(212) 545-4600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, individually and on Behalf of All Others Similarly Situated, | ECF CASE |
| Plaintiff(s), | Civil Action No. 07-8538 (RWS) |
| -against- | CLASS ACTION |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS, | |
| Defendant(s). | |

(Captions Continued…)

## DECLARATION OF SERVICE

1

2

| | |
|---|---|
| WILLIAM BOSTON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS,<br><br>Defendant(s). | ECF CASE<br><br>Civil Action No.  07-8808 (RWS)<br><br><br>CLASS ACTION |
| ROBERT D. THULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>  -   against –<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS,<br><br>Defendants. | ECF CASE<br><br>Civil Action No. 07-9651 (RWS)<br><br><br>CLASS ACTION |

Gregory M. Nespole, Esq., an attorney admitted to practice law before the courts of the State of New York, hereby declares that on December 3, 2007, I caused to be served, (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel, the following documents:

1. Notice of Motion;

2. Declaration of Gregory M. Nespole in Support of First Derivative Traders LP and Robert and Jessica Grant's Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel, together with Exhibits; and

3. Memorandum of Law in Support of First Derivative Traders LP and Robert and Jessica Grant's Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiffs' Selection of Lead Counsel.

Dated: December 3, 2007

                                                             /s/
                                            Gregory M. Nespole

495150