UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
LARRY FREUDENBERG, individually and )
On Behalf of All Others Similarly Situated, )
                                             )
                    Plaintiff,               )    Case No. 07-8538
                                             )
v.                                           )
                                             )
E*TRADE FINANCIAL CORPORATION, )
MITCHELL H. CAPLAN and ROBERT J. )
SIMMONS,                                     )
                                             )
                    Defendants,              )
_____)
Caption Continued

**NOTICE OF MOTION**

| | |
|---|---|
| WILLIAM BOSTON, individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>E*TRADE FINANCIAL CORPORATION, )<br>MITCHELL H. CAPLAN and ROBERT J. )<br>SIMMONS, )<br>)<br>Defendants, ) | Case No. 07-8808 |
| ROBERT D. THULMAN, individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>E*TRADE FINANCIAL CORPORATION, )<br>MITCHELL H. CAPLAN and ROBERT J. )<br>SIMMONS, )<br>)<br>Defendants, ) | Case No. 07-9651 |
| JOSHUA FERENEC, individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>E*TRADE FINANCIAL CORPORATION, )<br>MITCHELL H. CAPLAN and ROBERT J. )<br>SIMMONS, )<br>)<br>Defendants, ) | Case No. 07-10540 |

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Eduard Korsinsky, and supporting Memorandum of Law, Ira Newman will move this Court located at the Courthouse, 500 Pearl Street, New York, New York 10007-1312, on

December 3, 2007, or as soon thereafter as counsel may be heard for an Order pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for his appointment to serve as Lead Plaintiff on behalf of all persons who purchased E*TRADE Financial Corporation ("E*TRADE" or the "Company") common stock from the April 20, 2006, through November 12 , 2007, inclusive, seeking to pursue remedies under Sections 10(b) and 20(a) of the Exchange Act, and Rule 10b-5 promulgated thereunder and any and all state law causes of action available against E*TRADE; and for the approval of his choice of Levi & Korsinsky LLP as Lead Counsel.

Dated:  November 30, 2007                           Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/Eduard Korsinsky
Eduard Korsinsky
39 Broadway, Suite 1601
New York, NY  10006
(212) 363-7500 (tel)
(212) 363-7171 (fax)

**ATTORNEYS FOR IRA NEWMAN AND PROPOSED LEAD COUNSEL**