```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
LARRY FREUDENBERG,
                    Plaintiff,
                                            07 Civ. 8538 (RWS)
     - against -

E*TRADE FINANCIAL CORP., ET AL.,
                    Defendant.
-------------------------------------X
WILILAM BOSTON,
                    Plaintiff,
                                            07 Civ. 8808 (RWS)
     - against -

E*TRADE FINANCIAL CORP., ET AL.,
                    Defendant.
-------------------------------------X
ROBERT D. THULMAN,
                    Plaintiff,
                                            07 Civ. 9651 (RWS)
     - against -

E*TRADE FINANCIAL CORP., ET AL.,
                    Defendant.
-------------------------------------X
WENDY DAVIDSON,
                    Plaintiff,
                                            07 Civ. 10400 (RWS)
     - against -

E*TRADE FINANCIAL CORP., ET AL.,            O R D E R
                    Defendant.
-------------------------------------X
```

**Sweet, D.J.,**

The motions by to appoint lead plaintiff and counsel by: the State Teachers Retirement System of Ohio; the "Kristen-Straxton Group;" Skandia Life Insurance Company; the "Institutional Investor Group;" First Derivative Traders LP and Robert and Jessica Grant;

and Ira Newman will be heard at noon on Wednesday, January 16, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

New York, NY
December 6, 2007

ROBERT W. SWEET
U.S.D.J.