**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS<br><br>                                    Defendants. | ) Civil No. 1:07-CV-08538-RWS<br>)<br>) <u>CLASS ACTION</u><br>)<br>) <u>ELECTRONICALLY FILED</u><br>)<br>)<br>)<br>)<br>)<br>) |

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel P. Chiplock, Esq., hereby certify that on December 20, 2007, I electronically filed via the Court's Electronic Case File ("ECF") system the following documents:

(1) **MEMORANDUM OF LAW IN FURTHER SUPPORT OF SKANDIA LIFE INSURANCE COMPANY LTD.'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS;**

(2) **DECLARATION OF JAMES M. HUGHES IN FURTHER SUPPORT OF SKANDIA LIFE INSURANCE COMPANY LTD.'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS, with attached Exhibit A;** *and*

(3) **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be mailed to those indicated as non registered participants by the next business day.

740330.1

Dated: New York, New York      __/s  Daniel P. Chiplock_____
       December 20, 2007      Daniel P. Chiplock, Bar No. DC 1137
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    780 Third Avenue, 48th Floor
    New York, NY  10017
    Tel. (212) 355-9500
    Fax (212) 355-9592
    E-mail: dchiplock@lchb.com

*Attorney for Skandia Life Insurance Company Ltd.*