UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>       Defendants. | Case No.: 07-cv-8538 (RWS)<br><br>ECF CASE |

(Captions continued on following page)


**SUPPLEMENTAL DECLARATION OF JUDITH L. SPANIER
IN SUPPORT OF LEAD PLAINTIFF MOTION OF STATE TEACHERS
RETIREMENT SYSTEM OF OHIO**

| | |
|---|---|
| WILLIAM BOSTON, Individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>      -v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br>               Defendants | Case No. 07-cv-8808 (RWS) |
| ROBERT D. THULMAN, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>      -v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br>               Defendants. | Case No. 07-cv-9651 (RWS) |
| WENDY M. DAVIDSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>               Plaintiff,<br><br>      -v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br>              Defendants. | Civil Action No. 07-cv-10400 (UA) |

JOSHUA FERENC, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

Plaintiff,

Civil Action No. 07-cv-10540 (SHS)

-v-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN, and ROBERT J.
SIMMONS,

Defendants.

JUDITH L. SPANIER, pursuant to 28 U.S.C. § 746, declares as follows under penalty of

perjury:

1.       I am a partner of the law firm of Abbey Spanier Rodd & Abrams, LLP, counsel for

State Teachers Retirement System of Ohio ("STRS"). I submit this supplemental declaration,

together with the exhibits annexed hereto, in further support of STRS' motion to consolidate all

related cases, to be appointed as Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead

Counsel.

2.       Annexed hereto as Exhibit A is a chart setting forth STRS' losses in connection with

its transactions in E*TRADE Financial Corporation securities based upon a Class Period starting on

April 20, 2006 to November 9, 2007.

3.       Annexed hereto as Exhibit B is true and correct copy of a press release dated March 9,

2007 entitled "Ohio Attorney General Marc Dann leads nationwide bipartisan effort to protect public

pension funds, public investors."

Dated: December 20, 2007
       New York, New York

Judith L. Spanier

# EXHIBIT A

**Ohio STRS**
**E*Trade Financial Corporation Common Stock**
**Class Period: April 20, 2006 - November 9, 2007**

| System: | FIFO Ohio STRS | LIFO Ohio STRS | Calculation |
|---|---|---|---|
| **Trading Analysis** | | | |
| Shares Held @ 04/20/2006 | 581,400 | 581,400 | (1) |
| Class Period Purchases | | | |
| Shares | 4,360,800 | 4,360,800 | (2) |
| Dollars | $ 83,237,594.30 | $ 83,237,594.30 | (3) |
| Class Period Sales | | | |
| Shares | 2,157,200 | 2,157,200 | (4) |
| Dollars | $ 35,169,551.02 | $ 35,169,551.02 | (5) |
| Shares Held 11/09/2007 | 2,785,000 | 2,785,000 | (6) = (1) + (2) - (4) |
| "Lookback Period" Sales (1) | | | |
| Shares | 100,000 | 0 | (7) |
| Dollars | $ 445,560.00 | $     - | (8) |
| Shares Held 11/23/2007 (2) | 2,685,000 | 2,785,000 | (9) = (6) - (7) |
| **Net Expenditure Analysis** | | | |
| Net Class Period Purchases (Sales) (1) | | | |
| Shares | 2,203,600 | 2,203,600 | (10) = (2) - (4) |
| Dollars Net Expenditures (Net Proceeds) | $ 48,068,043.28 | $ 48,068,043.28 | (11) = (3) - (5) |
| Net Class Period + "Lookback Period" Purchases (Sales) (1) | | | |
| Shares | 2,103,600 | 2,203,600 | (12) = (10) - (7) |
| Dollars Net Expenditures (Net Proceeds) | $ 47,622,483.28 | $ 48,068,043.28 | (13) = (11) - (8) |
| **Gain (Loss) Analysis** | | | |
| Gain (Loss) on Class Period Purchases (3) | $ (47,825,583.73) | $ (37,517,696.17) | (14) |
| Less: Offset for Pre-Class Holdings Sold Above $4.7878 | $ 10,274,669.79 | $     - | (15) |
| **Gain (Loss) After Offset** | $ (37,550,913.95) | $ (37,517,696.17) | (16) = (14) +(15) |

Page 1 of 2

Notes:

(1) Sales attributable to Pre-Class Period Holdings and Class Period Purchases only; Figures may not be equal under FIFO and LIFO as under LIFO, post-Class Period sales are first allocated to post-Class Period purchases, if any.

(2) Holdings attributable to Pre-Class Period Holding and Class Period Purchases only; Figures may not be equal under FIFO and LIFO as under LIFO, post-Class Period sales are first allocated to post-Class Period purchases, if any.

(3) Class Period Purchases held as of 11/23/2007 valued at $4.7878, the average closing price of E*Trade Financial Corporation Common Stock between 11/09/2007 and 11/23/2007 (12-Day 'Lookback Period').

**Ohio STRS**
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | | **581,400** | | | | | | | | | **$4.7878** |
| **1A.  Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 39,000 | | Sale | 06/29/2006 | $22.116 | 39,000 | $ 862,508.40 | 0 | | $ 675,785.07 |
| Pre-Class Period Holdings | | | 1,500 | | Sale | 06/29/2006 | $22.630 | 1,500 | 33,945.00 | 0 | | 26,763.33 |
| Pre-Class Period Holdings | | | 19,501 | | Sale | 06/30/2006 | $22.443 | 19,501 | 437,651.19 | 0 | | 344,284.74 |
| Pre-Class Period Holdings | | | 17,999 | | Sale | 06/30/2006 | $22.326 | 17,999 | 401,847.47 | 0 | | 315,672.26 |
| Pre-Class Period Holdings | | | 3,100 | | Sale | 07/25/2006 | $22.636 | 3,100 | 70,170.98 | 0 | | 55,328.87 |
| Pre-Class Period Holdings | | | 4,100 | | Sale | 09/06/2006 | $23.167 | 4,100 | 94,985.11 | 0 | | 75,355.22 |
| Pre-Class Period Holdings | | | 3,100 | | Sale | 09/22/2006 | $24.108 | 3,100 | 74,735.73 | 0 | | 59,893.62 |
| Pre-Class Period Holdings | | | 3,300 | | Sale | 10/10/2006 | $24.573 | 3,300 | 81,090.24 | 0 | | 65,290.57 |
| Pre-Class Period Holdings | | | 1 | | Sale | 11/13/2006 | $23.792 | 1 | 23.79 | 0 | | 19.00 |
| Pre-Class Period Holdings | | | 34,199 | | Sale | 11/13/2006 | $23.792 | 34,199 | 813,662.61 | 0 | | 649,925.40 |
| Pre-Class Period Holdings | | | 3,500 | | Sale | 11/21/2006 | $25.201 | 3,500 | 88,203.85 | 0 | | 71,446.63 |
| Pre-Class Period Holdings | | | 200,400 | | Sale | 12/11/2006 | $23.028 | 200,400 | 4,614,891.36 | 0 | | 3,655,420.69 |
| Pre-Class Period Holdings | | | 2,700 | | Sale | 01/09/2007 | $23.220 | 2,700 | 62,692.65 | 0 | | 49,765.65 |
| Pre-Class Period Holdings | | | 249,000 | | Sale | 04/03/2007 | $21.775 | 249,000 | 5,421,875.40 | 0 | | 4,229,718.73 |
| **1A.  Total** | | | **581,400** | | | | | **581,400** | **$ 13,658,283.79** | **0** | | **$ 10,274,669.79** |

**Ohio STRS**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | | | | |
|---|---|---|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $4.7878 |

**1B. Pre-Class Period Holdings Sold During "Lookback Period"**

| Pre-Class Period Holdings | | | | | | | | | 0 $ - | 0 | $ - | $ - |
| **1B. Total** | | | 0 | | | | | 0 $ - | 0 | $ - | $ - |

**Ohio STRS**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**E*Trade Financial Corporation Common Stock**
**Class Period: April 20, 2006 – November 9, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at End of "Lookback Period"** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 0 | | | | | 0 | | 0 | 0 | $ - |
| **1C. Total** | | | **0** | | | | | **0** | **$ -** | **0** | **$ -** | **-** |

**Ohio STRS**
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

## 2A. Class Period Purchases Sold Prior to End of Class Period

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 05/05/2006 | $25.924 | 3,000 | $77,771.40 | Sale | 04/03/2007 | $21.775 | 3,000 | $65,323.80 | 0 | $(12,447.60) | |
| Purchase | 05/23/2006 | $23.654 | 3,400 | $80,422.92 | Sale | 04/03/2007 | $21.775 | 3,400 | $74,033.64 | 0 | $(6,389.28) | |
| Purchase | 06/19/2006 | $21.054 | 4,200 | $88,435.96 | Sale | 04/03/2007 | $21.775 | 4,200 | $91,453.32 | 0 | $3,027.36 | |
| Purchase | 06/27/2006 | $21.699 | 15,200 | $329,827.84 | Sale | 04/03/2007 | $21.775 | 15,200 | $330,973.92 | 0 | $1,146.08 | |
| Purchase | 06/27/2006 | $21.699 | 17,600 | $381,905.92 | Sale | 07/13/2007 | $23.159 | 17,600 | $407,594.88 | 0 | $25,688.96 | |
| Purchase | 06/27/2006 | $21.699 | 50,000 | $1,084,960.00 | Sale | 07/13/2007 | $23.218 | 50,000 | $1,160,875.00 | 0 | $75,915.00 | |
| Purchase | 06/27/2006 | $21.699 | 17,200 | $373,226.24 | Sale | 07/16/2007 | $23.208 | 17,200 | $399,172.44 | 0 | $25,946.20 | |
| Purchase | 06/27/2006 | $21.793 | 65,200 | $1,420,884.04 | Sale | 07/16/2007 | $23.208 | 65,200 | $1,513,142.04 | 0 | $92,258.00 | |
| Purchase | 06/27/2006 | $21.793 | 172,907 | $3,768,110.38 | Sale | 08/17/2007 | $15.273 | 172,907 | $2,640,860.48 | 0 | $(1,127,249.90) | |
| Purchase | 06/27/2006 | $21.793 | 127,093 | $2,769,699.62 | Sale | 08/21/2007 | $15.149 | 127,093 | $1,925,319.15 | 0 | $(844,380.47) | |
| Purchase | 06/27/2006 | $21.793 | 100,000 | $2,179,270.00 | Sale | 08/21/2007 | $15.477 | 100,000 | $1,547,700.00 | 0 | $(631,570.00) | |
| Purchase | 06/27/2006 | $21.793 | 119,400 | $2,602,048.38 | Sale | 09/25/2007 | $11.935 | 119,400 | $1,425,074.82 | 0 | $(1,176,973.56) | |
| Purchase | 06/27/2006 | $21.625 | 45,400 | $981,775.00 | Sale | 09/25/2007 | $11.935 | 45,400 | $541,862.62 | 0 | $(439,912.38) | |
| Purchase | 10/04/2006 | $24.350 | 82,200 | $2,001,561.78 | Sale | 09/25/2007 | $11.935 | 82,200 | $981,061.66 | 0 | $(1,020,480.12) | |
| Purchase | 10/04/2006 | $24.289 | 20,000 | $485,780.00 | Sale | 09/25/2007 | $11.935 | 20,000 | $238,706.00 | 0 | $(247,074.00) | |
| Purchase | 10/04/2006 | $24.202 | 7,200 | $174,255.84 | Sale | 09/25/2007 | $11.935 | 7,200 | $85,934.16 | 0 | $(88,321.68) | |
| Purchase | 10/05/2006 | $24.736 | 5,902 | $145,990.69 | Sale | 09/25/2007 | $11.935 | 5,902 | $70,442.14 | 0 | $(75,548.55) | |
| Purchase | 10/05/2006 | $24.724 | 9,298 | $229,887.47 | Sale | 09/25/2007 | $11.935 | 9,298 | $110,974.42 | 0 | $(118,913.05) | |
| Purchase | 10/05/2006 | $24.662 | 15,300 | $377,331.66 | Sale | 09/25/2007 | $11.935 | 15,300 | $182,610.09 | 0 | $(194,721.57) | |
| Purchase | 10/06/2006 | $24.644 | 7,650 | $188,526.60 | Sale | 09/25/2007 | $11.935 | 7,650 | $91,305.05 | 0 | $(97,221.56) | |
| Purchase | 10/09/2006 | $24.680 | 7,650 | $188,798.18 | Sale | 09/25/2007 | $11.935 | 7,650 | $91,305.05 | 0 | $(97,493.13) | |
| Purchase | 10/11/2006 | $22.346 | 30,000 | $670,365.00 | Sale | 09/25/2007 | $11.935 | 30,000 | $358,059.00 | 0 | $(312,306.00) | |
| Purchase | 10/20/2006 | $21.866 | 100,000 | $2,186,600.00 | Sale | 09/25/2007 | $11.935 | 100,000 | $1,193,530.00 | 0 | $(993,070.00) | |
| Purchase | 10/23/2006 | $22.359 | 2,400 | $53,662.08 | Sale | 09/25/2007 | $11.935 | 2,400 | $28,644.72 | 0 | $(25,017.36) | |
| Purchase | 10/23/2006 | $22.479 | 15,000 | $337,185.00 | Sale | 09/25/2007 | $11.935 | 15,000 | $179,029.50 | 0 | $(158,155.50) | |
| Purchase | 10/23/2006 | $22.777 | 32,600 | $742,553.46 | Sale | 09/25/2007 | $11.935 | 32,600 | $389,090.78 | 0 | $(353,462.68) | |
| Purchase | 11/21/2006 | $25.093 | 100,000 | $2,509,320.00 | Sale | 09/25/2007 | $11.935 | 100,000 | $1,193,530.00 | 0 | $(1,315,790.00) | |
| Purchase | 02/08/2007 | $24.435 | 50,000 | $1,221,750.00 | Sale | 09/26/2007 | $11.935 | 50,000 | $596,765.00 | 0 | $(624,985.00) | |
| Purchase | 02/08/2007 | $24.440 | 66,300 | $1,620,345.48 | Sale | 09/26/2007 | $11.935 | 66,300 | $791,310.39 | 0 | $(829,035.09) | |
| Purchase | 02/08/2007 | $24.440 | 33,700 | $823,614.52 | Sale | 09/26/2007 | $11.935 | 33,700 | $404,538.17 | 0 | $(419,076.35) | |
| Purchase | 02/13/2007 | $23.310 | 25,000 | $582,750.00 | Sale | 09/26/2007 | $12.004 | 25,000 | $300,102.50 | 0 | $(282,647.50) | |
| Purchase | 02/22/2007 | $24.445 | 15,000 | $366,675.00 | Sale | 09/26/2007 | $12.004 | 15,000 | $180,061.50 | 0 | $(186,613.50) | |
| Purchase | 02/22/2007 | $24.410 | 50,000 | $1,220,495.00 | Sale | 09/26/2007 | $12.004 | 50,000 | $600,205.00 | 0 | $(620,290.00) | |
| Purchase | 02/28/2007 | $23.237 | 50,000 | $1,161,865.00 | Sale | 09/26/2007 | $12.004 | 50,000 | $600,205.00 | 0 | $(561,660.00) | |
| Purchase | 02/28/2007 | $23.255 | 25,000 | $581,375.00 | Sale | 09/26/2007 | $12.004 | 25,000 | $300,102.50 | 0 | $(281,272.50) | |
| Purchase | 02/28/2007 | $23.009 | 75,000 | $1,725,652.50 | Sale | 09/26/2007 | $12.004 | 75,000 | $900,307.50 | 0 | $(825,345.00) | |
| Purchase | 03/07/2007 | $22.570 | 10,000 | $225,700.50 | Sale | 09/26/2007 | $12.004 | 10,000 | $120,041.00 | 0 | $(105,659.50) | |
| **2A. Total** | | | **1,575,800** | **$35,960,348.46** | | | | **1,575,800** | **$22,111,267.23** | **0** | **$(13,849,081.23)** | **-** |

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | | | | | | | | | | | | Class Period Beginning: | 4/20/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Class Period End: | 11/9/2007 |
| | | | | | | | | | | | | "Lookback Period" Beginning: | 11/12/2007 |
| | | | | | | | | | | | | "Lookback Period" End: | 11/23/2007 |
| | | | | | | | | | | | | Days in "Lookback Period": | 12 |
| | | | | | | | | | | | | "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Ohio STRS**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**E*Trade Financial Corporation Common Stock**
**Class Period: April 20, 2006 - November 9, 2007**

| | | | | | | | Class Period Beginning: | 4/20/2006 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Class Period End: | 11/9/2007 |
| | | | | | | | "Lookback Period" Beginning: | 11/12/2007 |
| | | | | | | | "Lookback Period" End: | 11/23/2007 |
| | | | | | | | Days in "Lookback Period": | 12 |
| | | | | | | | "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2B. Class Period Purchases Sold During "Lookback Period"** | | | | | | | | | | | | |
| Purchase | 03/07/2007 | $22.570 | 80,000 | $ 1,805,604.00 | Sale | 11/12/2007 | $4.456 | 80,000 | $ 356,448.00 | 0 | $ (1,449,156.00) | |
| Purchase | 03/07/2007 | $22.654 | 10,000 | $ 226,541.00 | Sale | 11/12/2007 | $4.456 | 10,000 | $ 44,556.00 | 0 | $ (181,985.00) | |
| Purchase | 03/14/2007 | $21.645 | 10,000 | $ 216,450.00 | Sale | 11/12/2007 | $4.456 | 10,000 | $ 44,556.00 | 0 | $ (171,894.00) | |
| **2B. Total** | | | **100,000** | **$ 2,248,595.00** | | | | **100,000** | **$ 445,560.00** | **0** | **$ (1,803,035.00)** | |

Page 6 of 8

Ohio STRS
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

Offset for Shares Sold Into Class Above $4.7878

### 2C. Class Period Purchases Held At End of "Lookback Period"

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Trade Date | Shares | Price | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/14/2007 | $21.645 | 15,000 | $ 324,675.00 | | | | | | | 15,000 | $ (252,858.33) |
| Purchase | 03/14/2007 | $21.724 | 25,000 | $ 543,100.00 | | | | | | | 25,000 | $ (423,405.56) |
| Purchase | 03/19/2007 | $21.959 | 50,000 | $ 1,097,930.00 | | | | | | | 50,000 | $ (858,541.11) |
| Purchase | 03/19/2007 | $21.998 | 50,000 | $ 1,099,900.00 | | | | | | | 50,000 | $ (860,511.11) |
| Purchase | 03/20/2007 | $21.921 | 75,000 | $ 1,644,045.00 | | | | | | | 75,000 | $ (1,284,961.67) |
| Purchase | 03/28/2007 | $21.964 | 75,000 | $ 1,647,292.50 | | | | | | | 75,000 | $ (1,288,209.17) |
| Purchase | 04/13/2007 | $21.709 | 155,000 | $ 3,364,879.50 | | | | | | | 155,000 | $ (2,622,773.94) |
| Purchase | 04/17/2007 | $21.969 | 25,000 | $ 549,232.50 | | | | | | | 25,000 | $ (429,538.06) |
| Purchase | 04/19/2007 | $21.200 | 120,000 | $ 2,544,000.00 | | | | | | | 120,000 | $ (1,969,466.67) |
| Purchase | 04/19/2007 | $21.048 | 25,000 | $ 526,192.50 | | | | | | | 25,000 | $ (406,498.06) |
| Purchase | 04/19/2007 | $21.295 | 75,000 | $ 1,597,125.00 | | | | | | | 75,000 | $ (1,238,041.67) |
| Purchase | 05/11/2007 | $23.382 | 100,000 | $ 2,338,220.00 | | | | | | | 100,000 | $ (1,859,442.22) |
| Purchase | 05/11/2007 | $23.423 | 2,300 | $ 53,871.98 | | | | | | | 2,300 | $ (42,860.09) |
| Purchase | 05/11/2007 | $23.471 | 32,700 | $ 767,508.24 | | | | | | | 32,700 | $ (610,947.91) |
| Purchase | 05/11/2007 | $23.459 | 100,000 | $ 2,345,920.00 | | | | | | | 100,000 | $ (1,867,142.22) |
| Purchase | 05/11/2007 | $23.356 | 25,000 | $ 583,902.50 | | | | | | | 25,000 | $ (464,208.06) |
| Purchase | 05/17/2007 | $22.665 | 200 | $ 4,533.00 | | | | | | | 200 | $ (3,575.44) |
| Purchase | 05/17/2007 | $22.659 | 199,800 | $ 4,527,348.12 | | | | | | | 199,800 | $ (3,570,750.12) |
| Purchase | 07/24/2007 | $20.875 | 25,000 | $ 521,875.00 | | | | | | | 25,000 | $ (402,180.56) |
| Purchase | 07/26/2007 | $19.034 | 75,000 | $ 1,427,557.50 | | | | | | | 75,000 | $ (1,068,474.17) |
| Purchase | 08/08/2007 | $17.170 | 25,000 | $ 429,250.00 | | | | | | | 25,000 | $ (309,555.56) |
| Purchase | 08/08/2007 | $17.369 | 110,000 | $ 1,910,623.00 | | | | | | | 110,000 | $ (1,383,967.44) |
| Purchase | 08/13/2007 | $16.574 | 85,000 | $ 1,408,764.50 | | | | | | | 85,000 | $ (1,001,803.39) |
| Purchase | 08/15/2007 | $14.000 | 100,000 | $ 1,400,000.00 | | | | | | | 100,000 | $ (921,222.22) |
| Purchase | 08/16/2007 | $12.355 | 90,000 | $ 1,111,905.00 | | | | | | | 90,000 | $ (681,005.00) |
| Purchase | 08/16/2007 | $13.416 | 75,000 | $ 1,006,170.00 | | | | | | | 75,000 | $ (647,086.67) |
| Purchase | 08/16/2007 | $11.830 | 100,000 | $ 1,183,000.00 | | | | | | | 100,000 | $ (704,222.22) |
| Purchase | 08/16/2007 | $11.730 | 100,000 | $ 1,173,000.00 | | | | | | | 100,000 | $ (694,222.22) |
| Purchase | 08/16/2007 | $12.075 | 150,000 | $ 1,811,310.00 | | | | | | | 150,000 | $ (1,093,143.33) |
| Purchase | 08/24/2007 | $14.989 | 100,000 | $ 1,498,920.00 | | | | | | | 100,000 | $ (1,020,142.22) |
| Purchase | 11/05/2007 | $9.173 | 500,000 | $ 4,586,600.00 | | | | | | | 500,000 | $ (2,192,711.11) |
| 2C. Total | | | 2,685,000 | $ 45,028,650.84 | | | | 0 | | $ - | 2,685,000 | $ (32,173,467.51) |

**Ohio STRS**
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | | 4,360,800 | $ 83,237,594.30 | | | | 1,675,800 | $ 23,556,827.23 | 2,685,000 | $ (47,825,583.73) | |
| Grand Total | | | 4,360,800 | $ 83,237,594.30 | | | | 2,257,200 | $ 35,615,111.02 | 2,685,000 | | |

Less: Offset for Pre-Class Period Holdings Sold Through End of "Lookback Period":  $ 10,274,669.79

Total Including Offset for Pre-Class Period Holdings Sold Through End of "Lookback Period":  $ (37,550,913.95)

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $4.7878 per share

**Ohio STRS**
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | | | |
|---|---|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | | 581,400 | | | | | | | | | |
| **1A.  Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | 0 | $ - |
| **1A. Total** | | | 0 | | | | | 0 | $ - | 0 | 0 | $ - |

Page 1 of 8

Ohio STRS
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| Class Period Beginning: | 4/20/2006 |
|---|---|
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | | | | | 0 | $ - | 0 | $ 0 | $ - |

1B. Pre-Class Period Holdings Sold During "Lookback Period"

| 1B. Total | | | | | | | | | | 0 | $ 0 | $ - |

**Ohio STRS**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**E*Trade Financial Corporation Common Stock**
**Class Period: April 20, 2006 - November 9, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at End of "Lookback Period"** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 581,400 | | | | | | | 581,400 | | |
| | | | | | | | | | | 11/23/2007 | | |
| **1C. Total** | | | **581,400** | | | | | **0** | $ - | **581,400** | $ - | $ - |

**Ohio STRS**
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

**2A. Class Period Purchases Sold Prior to End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/27/2006 | $21.793 | 14,601 | 318,195.21 | Sale | 06/30/2006 | $22.443 | 14,601 | 327,682.94 | 0 | 9,487.73 | |
| Purchase | 06/27/2006 | $21.793 | 17,999 | 392,246.81 | Sale | 06/30/2006 | $22.326 | 17,999 | 401,847.47 | 0 | 9,600.67 | |
| Purchase | 06/27/2006 | $21.793 | 3,100 | 67,557.37 | Sale | 07/25/2006 | $22.636 | 3,100 | 70,170.98 | 0 | 2,613.61 | |
| Purchase | 06/27/2006 | $21.793 | 4,100 | 89,350.07 | Sale | 09/06/2006 | $23.167 | 4,100 | 94,985.11 | 0 | 5,635.04 | |
| Purchase | 06/27/2006 | $21.793 | 3,100 | 67,557.37 | Sale | 09/22/2006 | $24.108 | 3,100 | 74,735.73 | 0 | 7,178.36 | |
| Purchase | 06/27/2006 | $21.625 | 39,000 | 843,375.00 | Sale | 06/29/2006 | $22.116 | 39,000 | 862,508.40 | 0 | 19,133.40 | |
| Purchase | 06/27/2006 | $21.625 | 1,500 | 32,437.50 | Sale | 06/29/2006 | $22.630 | 1,500 | 33,945.00 | 0 | 1,507.50 | |
| Purchase | 06/27/2006 | $21.625 | 4,900 | 105,962.50 | Sale | 06/30/2006 | $22.443 | 4,900 | 109,968.25 | 0 | 4,005.75 | |
| Purchase | 10/09/2006 | $24.680 | 3,300 | 81,442.35 | Sale | 10/10/2006 | $24.573 | 3,300 | 81,090.24 | 0 | (352.11) | |
| Purchase | 10/20/2006 | $21.866 | 88,100 | 1,926,394.60 | Sale | 12/11/2006 | $23.028 | 88,100 | 2,028,802.04 | 0 | 102,407.44 | |
| Purchase | 10/20/2006 | $21.866 | 2,700 | 59,038.20 | Sale | 01/09/2007 | $23.220 | 2,700 | 62,692.65 | 0 | 3,654.45 | |
| Purchase | 10/23/2006 | $22.359 | 2,400 | 53,662.08 | Sale | 11/13/2006 | $23.028 | 2,400 | 55,268.16 | 0 | 1,606.08 | |
| Purchase | 10/23/2006 | $22.479 | 1,600 | 35,966.40 | Sale | 11/13/2006 | $23.792 | 1,600 | 38,067.20 | 0 | 2,100.80 | |
| Purchase | 10/23/2006 | $22.479 | 13,400 | 301,218.60 | Sale | 11/13/2006 | $23.028 | 13,400 | 308,580.56 | 0 | 7,361.96 | |
| Purchase | 10/23/2006 | $22.277 | 1 | 22.28 | Sale | 11/13/2006 | $23.792 | 1 | 23.79 | 0 | 1.01 | |
| Purchase | 10/23/2006 | $22.777 | 32,599 | 742,510.68 | Sale | 11/13/2006 | $23.792 | 32,599 | 775,595.41 | 0 | 33,084.73 | |
| Purchase | 11/21/2006 | $25.093 | 3,500 | 87,826.20 | Sale | 11/21/2006 | $25.201 | 3,500 | 88,203.85 | 0 | 377.65 | |
| Purchase | 11/21/2006 | $25.093 | 96,500 | 2,421,493.80 | Sale | 12/11/2006 | $23.028 | 96,500 | 2,222,240.60 | 0 | (199,253.20) | |
| Purchase | 03/14/2007 | $21.724 | 24,800 | 538,755.20 | Sale | 04/03/2007 | $21.775 | 24,800 | 540,010.08 | 0 | 1,254.48 | |
| Purchase | 03/19/2007 | $21.959 | 50,000 | 1,097,930.00 | Sale | 04/03/2007 | $21.775 | 50,000 | 1,088,730.00 | 0 | (9,200.00) | |
| Purchase | 03/19/2007 | $21.998 | 50,000 | 1,099,900.00 | Sale | 04/03/2007 | $21.775 | 50,000 | 1,088,730.00 | 0 | (11,170.00) | |
| Purchase | 03/28/2007 | $21.921 | 75,000 | 1,644,045.00 | Sale | 04/03/2007 | $21.775 | 75,000 | 1,633,095.00 | 0 | (10,950.00) | |
| Purchase | 04/19/2007 | $21.964 | 75,000 | 1,647,292.50 | Sale | 04/03/2007 | $21.775 | 75,000 | 1,633,095.00 | 0 | (14,197.50) | |
| Purchase | 05/11/2007 | $21.295 | 55,000 | 1,171,225.00 | Sale | 09/26/2007 | $12.004 | 55,000 | 660,225.50 | 0 | (510,999.59) | |
| Purchase | 05/11/2007 | $23.382 | 100,000 | 2,338,220.00 | Sale | 09/26/2007 | $12.004 | 100,000 | 1,200,410.00 | 0 | (1,137,810.00) | |
| Purchase | 05/11/2007 | $23.423 | 2,300 | 53,871.98 | Sale | 09/26/2007 | $12.004 | 2,300 | 27,609.43 | 0 | (26,262.55) | |
| Purchase | 05/11/2007 | $23.471 | 32,700 | 767,508.24 | Sale | 09/26/2007 | $12.004 | 32,700 | 392,534.07 | 0 | (374,974.17) | |
| Purchase | 05/11/2007 | $23.459 | 6,300 | 147,792.96 | Sale | 09/25/2007 | $11.935 | 6,300 | 75,192.39 | 0 | (72,600.57) | |
| Purchase | 05/11/2007 | $23.459 | 93,700 | 2,198,127.04 | Sale | 09/26/2007 | $12.004 | 93,700 | 1,124,784.17 | 0 | (1,073,342.87) | |
| Purchase | 05/17/2007 | $23.356 | 25,000 | 583,902.50 | Sale | 09/25/2007 | $11.935 | 25,000 | 298,382.50 | 0 | (285,520.00) | |
| Purchase | 05/17/2007 | $22.665 | 200 | 4,533.00 | Sale | 09/25/2007 | $11.935 | 200 | 2,387.06 | 0 | (2,145.94) | |
| Purchase | 05/17/2007 | $22.659 | 17,600 | 398,805.44 | Sale | 07/13/2007 | $23.159 | 17,600 | 407,594.88 | 0 | 8,789.44 | |
| Purchase | 05/17/2007 | $22.659 | 50,000 | 1,132,970.00 | Sale | 07/16/2007 | $23.218 | 50,000 | 1,160,875.00 | 0 | 27,905.00 | |
| Purchase | 05/17/2007 | $22.659 | 82,400 | 1,867,134.56 | Sale | 07/16/2007 | $23.208 | 82,400 | 1,912,314.48 | 0 | 45,179.92 | |
| Purchase | 05/17/2007 | $22.659 | 49,800 | 1,128,438.12 | Sale | 09/25/2007 | $11.935 | 49,800 | 594,377.94 | 0 | (534,060.18) | |
| Purchase | 07/24/2007 | $20.875 | 25,000 | 521,875.00 | Sale | 09/25/2007 | $11.935 | 25,000 | 298,382.50 | 0 | (223,492.50) | |
| Purchase | 07/26/2007 | $19.034 | 75,000 | 1,427,557.50 | Sale | 09/25/2007 | $11.935 | 75,000 | 895,147.50 | 0 | (532,410.00) | |
| Purchase | 08/08/2007 | $17.170 | 25,000 | 429,250.00 | Sale | 09/25/2007 | $11.935 | 25,000 | 298,382.50 | 0 | (130,867.59) | |
| Purchase | 08/08/2007 | $17.369 | 110,000 | 1,910,623.00 | Sale | 09/25/2007 | $11.935 | 110,000 | 1,312,883.00 | 0 | (597,740.00) | |

Ohio STRS
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 08/13/2007 | $16.574 | 85,000 | $ 1,408,764.50 | | Sale | 09/25/2007 | $11.935 | 85,000 | $ 1,014,500.50 | 0 | $ (394,264.00) | |
| Purchase | 08/15/2007 | $14.000 | 100,000 | 1,400,000.00 | | Sale | 09/25/2007 | $11.935 | 100,000 | 1,193,530.00 | 0 | (206,470.00) | |
| Purchase | 08/16/2007 | $12.355 | 90,000 | 1,111,905.00 | | Sale | 09/25/2007 | $11.935 | 90,000 | 1,074,177.00 | 0 | (37,728.00) | |
| Purchase | 08/16/2007 | $13.416 | 50,000 | 670,780.00 | | Sale | 08/21/2007 | $15.477 | 50,000 | 773,850.00 | 0 | 103,070.00 | |
| Purchase | 08/16/2007 | $13.416 | 25,000 | 335,390.00 | | Sale | 09/25/2007 | $11.935 | 25,000 | 298,382.50 | 0 | (37,007.50) | |
| Purchase | 08/16/2007 | $11.830 | 50,000 | 591,500.00 | | Sale | 08/21/2007 | $15.149 | 50,000 | 757,445.00 | 0 | 165,945.00 | |
| Purchase | 08/16/2007 | $11.830 | 50,000 | 591,500.00 | | Sale | 08/21/2007 | $15.477 | 50,000 | 773,850.00 | 0 | 182,350.00 | |
| Purchase | 08/16/2007 | $11.730 | 22,907 | 268,699.11 | | Sale | 08/17/2007 | $15.273 | 22,907 | 349,865.48 | 0 | 81,166.37 | |
| Purchase | 08/16/2007 | $11.730 | 77,093 | 904,300.89 | | Sale | 08/21/2007 | $15.149 | 77,093 | 1,167,874.15 | 0 | 263,573.26 | |
| Purchase | 08/16/2007 | $12.075 | 150,000 | 1,811,310.00 | | Sale | 08/17/2007 | $15.273 | 150,000 | 2,290,995.00 | 0 | 479,685.00 | |
| Purchase | 08/24/2007 | $14.989 | 100,000 | 1,498,920.00 | | Sale | 09/25/2007 | $11.935 | 100,000 | 1,193,530.00 | 0 | (305,390.00) | |
| 2A. Total | | | 2,157,200 | $ 40,329,084.06 | | | | | 2,157,200 | $ 35,169,551.02 | 0 | $ (5,169,533.04) | $ - |

**Ohio STRS**
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss) | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

**2B. Class Period Purchases Sold During "Lookback Period"**

| | | | | $ 0 | | | | $ 0 | | 0 | $ - | - |
| **2B. Total** | | | | $ 0 | | | | $ 0 | | 0 | $ - | - |

Page 6 of 8

Ohio STRS
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

Offset for Shares Sold Into Class Above $4.7878

**2C. Class Period Purchases Held At End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 05/05/2006 | $25.924 | 3,000 | $ 77,771.40 | | | | | | 3,000 | $ (63,408.07) |
| Purchase | 05/23/2006 | $23.654 | 3,400 | $ 80,422.92 | | | | | | 3,400 | $ (64,144.48) |
| Purchase | 06/19/2006 | $21.054 | 4,200 | $ 88,425.96 | | | | | | 4,200 | $ (68,317.29) |
| Purchase | 06/27/2006 | $21.699 | 100,000 | $ 2,169,920.00 | | | | | | 100,000 | $ (1,691,142.22) |
| Purchase | 06/27/2006 | $21.793 | 541,700 | $ 11,805,105.59 | | | | | | 541,700 | $ (9,211,566.37) |
| Purchase | 10/04/2006 | $24.350 | 82,200 | $ 2,001,561.78 | | | | | | 82,200 | $ (1,608,006.45) |
| Purchase | 10/04/2006 | $24.289 | 20,000 | $ 485,780.00 | | | | | | 20,000 | $ (390,024.44) |
| Purchase | 10/04/2006 | $24.202 | 7,200 | $ 174,255.84 | | | | | | 7,200 | $ (139,783.84) |
| Purchase | 10/05/2006 | $24.736 | 5,902 | $ 145,990.69 | | | | | | 5,902 | $ (117,733.23) |
| Purchase | 10/05/2006 | $24.724 | 9,298 | $ 229,887.47 | | | | | | 9,298 | $ (185,370.71) |
| Purchase | 10/05/2006 | $24.662 | 15,300 | $ 377,331.66 | | | | | | 15,300 | $ (304,078.66) |
| Purchase | 10/06/2006 | $24.644 | 7,650 | $ 188,526.60 | | | | | | 7,650 | $ (151,900.10) |
| Purchase | 10/09/2006 | $24.680 | 4,350 | $ 107,355.83 | | | | | | 4,350 | $ (86,528.99) |
| Purchase | 10/11/2006 | $22.346 | 30,000 | $ 670,365.00 | | | | | | 30,000 | $ (526,731.67) |
| Purchase | 10/20/2006 | $21.866 | 9,200 | $ 201,167.20 | | | | | | 9,200 | $ (157,119.64) |
| Purchase | 02/08/2007 | $24.435 | 50,000 | $ 1,221,750.00 | | | | | | 50,000 | $ (982,361.11) |
| Purchase | 02/08/2007 | $24.440 | 100,000 | $ 2,443,960.00 | | | | | | 100,000 | $ (1,965,182.22) |
| Purchase | 02/13/2007 | $23.310 | 25,000 | $ 582,750.00 | | | | | | 25,000 | $ (463,055.56) |
| Purchase | 02/22/2007 | $24.445 | 15,000 | $ 366,675.00 | | | | | | 15,000 | $ (294,838.33) |
| Purchase | 02/22/2007 | $24.410 | 50,000 | $ 1,220,495.00 | | | | | | 50,000 | $ (981,106.11) |
| Purchase | 02/28/2007 | $23.237 | 50,000 | $ 1,161,865.00 | | | | | | 50,000 | $ (922,476.11) |
| Purchase | 02/28/2007 | $23.255 | 25,000 | $ 581,375.00 | | | | | | 25,000 | $ (461,680.56) |
| Purchase | 02/28/2007 | $23.009 | 75,000 | $ 1,725,652.50 | | | | | | 75,000 | $ (1,366,569.17) |
| Purchase | 03/07/2007 | $22.570 | 90,000 | $ 2,051,304.50 | | | | | | 90,000 | $ (1,600,404.50) |
| Purchase | 03/07/2007 | $22.654 | 10,000 | $ 226,541.00 | | | | | | 10,000 | $ (178,663.22) |
| Purchase | 03/14/2007 | $21.645 | 25,000 | $ 541,125.00 | | | | | | 25,000 | $ (421,430.56) |
| Purchase | 03/14/2007 | $21.724 | 200 | $ 4,344.80 | | | | | | 200 | $ (3,387.24) |
| Purchase | 04/13/2007 | $21.709 | 155,000 | $ 3,364,879.50 | | | | | | 155,000 | $ (2,622,773.94) |
| Purchase | 04/17/2007 | $21.969 | 25,000 | $ 549,232.50 | | | | | | 25,000 | $ (429,538.06) |
| Purchase | 04/19/2007 | $21.200 | 120,000 | $ 2,544,000.00 | | | | | | 120,000 | $ (1,969,466.67) |
| Purchase | 04/19/2007 | $21.048 | 25,000 | $ 526,192.50 | | | | | | 25,000 | $ (406,498.06) |
| Purchase | 04/19/2007 | $21.295 | 20,000 | $ 425,900.00 | | | | | | 20,000 | $ (330,144.44) |
| Purchase | 11/05/2007 | $9.173 | 500,000 | $ 4,586,600.00 | | | | | | 500,000 | $ (2,192,711.11) |
| **2C. Total** | | | **2,203,600** | **$ 42,908,510.24** | | | | **0** | **$ -** | **2,203,600** | **$ (32,358,163.13)** |

**Ohio STRS**
Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis
E*Trade Financial Corporation Common Stock
Class Period: April 20, 2006 - November 9, 2007

| | |
|---|---|
| Class Period Beginning: | 4/20/2006 |
| Class Period End: | 11/9/2007 |
| "Lookback Period" Beginning: | 11/12/2007 |
| "Lookback Period" End: | 11/23/2007 |
| Days in "Lookback Period": | 12 |
| "Lookback Period" Average Closing Price: | $4.7878 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained 11/23/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $4.7878 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | | 4,360,800 | $ 83,237,594.30 | | | | 2,157,200 | $ 35,169,551.02 | 2,203,600 | $ (37,517,696.17) | |
| Grand Total | | | 4,360,800 | $ 83,237,594.30 | | | | 2,157,200 | $ 35,169,551.02 | 2,785,000 | | |

Less: Offset for Pre-Class Period Holdings Sold Through End of "Lookback Period":  $  -

Total Including Offset for Pre-Class Period Holdings Sold Through End of "Lookback Period":  $ (37,517,696.17)

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $4.7878 per share
Total figures may differ from FIFO, as under LIFO, post-Class Period sales are first allocated to post-Class Period purchases, if any.  These purchases and sales, if any, are not shown here.

# EXHIBIT B

Home > Press > 2007 Press Releases > March

## Ohio Attorney General Marc Dann leads nationwide bipartisan effort to protect public pension funds, private investors

*Responding to the position taken by the Securities and Exchange Commission, AGs from 20 states, commonwealths and territories join U.S. Supreme Court brief in Tellabs securities fraud case*

**MARCH 9, 2007**

Ohio Attorney General Marc Dann today filed a friend-of-the-court brief in a U.S. Supreme Court case that could profoundly affect the ability of states to protect their pension funds and, by extension, private investors from securities fraud. The case, Tellabs, Inc. et al. v. Makor Issue & Rights Ltd. et al., will be heard by the Court on March 28, 2007.

The Attorney General's decision to become involved in the case was, in part, a response to a brief filed in the case by the Securities and Exchange Commission in which the Commission took a position that would make it more difficult for public and private institutional investors and other shareholders to recover losses in securities class actions.

Attorneys General of both political parties from across the country have signed on to the brief – known in court parlance as an amicus curiae brief – in which Mr. Dann argues that making it much more difficult to have securities cases heard in court "would severely damage one of the most powerful mechanisms for controlling fraud in the marketplace: legitimate securities lawsuits by large institutional investors such as the States' pension funds."

"States like Ohio regulated the securities industry decades before the federal government acted to curb fraud, and we've been the first line of defense for investors for nearly a century," Attorney General Dann said in a statement released as the brief was filed. "The suits we file don't just protect our pension funds, retirees, and the taxpayers, they protect private investors, legitimate businesses and the securities markets themselves."

"But if the Court rules for Tellabs, the bad actors in the market win and the public loses. That is why I decided to intervene in the case and why Republican and Democratic attorneys general from across the United States have joined me," Mr. Dann said. "We all recognize that the destruction of the firewall we provide will open the door to fraud, erode investor confidence, and jeopardize America's economy. And we all recognize that we could not sit back and allow that to happen."

The Attorneys General of Alaska, California, Delaware, Idaho, Illinois, Iowa, Maryland, Minnesota, Nebraska, Nevada, New Hampshire, North Dakota, Oklahoma, Oregon, Puerto Rico, Samoa, South Dakota, Tennessee, Utah, Vermont, and West Virginia joined Attorney General Dann in signing onto today's brief.

■ Brief for Ohio and 23 Other States, Territories and Commonwealths as Amici Curiae in Support of Respondents

**For more information contact:**

Leo Jennings III at 614-374-8355 or 614-387-1108