## CERTIFICATE OF SERVICE

I, Carolyn Davila, hereby certify that on December 20, 2007, I caused the following documents to be served upon the persons/entities listed on the attached service list by U.S. mail and ECF:

State Teachers Retirement System Of Ohio's Memorandum Of Law In Further Support of its Lead Plaintiff Motion And In Opposition To All Other Lead Plaintiff Motions

Supplemental Declaration Of Judith L. Spanier In Support Of Lead Plaintiff Motion Of State Teachers Retirement System Of Ohio

Declaration of Professor Frank Partnoy

_____
Carolyn Davila

**SERVICE LIST**

**Plaintiffs' Counsel**

David A. Rosenfeld
Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS, LLP
58 South Service Road
Suite 200
Melville, New York 11747
(631) 367-7100

Attorneys for Plaintiff Larry Freudenberg

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd.
Mineola, New York 11501
(516) 741-4977

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

Attorneys for Plaintiff William Boston

Lionel Z. Glancy
Michael Goldberg
LAW OFFICES OF LIONEL Z. GLANCY
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
(310) 201-9150

Attorneys for Plaintiff Robert D. Thurman

Ira M. Press
KIRBY MCINERNEY LLP
830 Third Avenue
10th Floor
New York, New York 10022
(212) 317-2300

Attorneys for Plaintiff Wendy M. Davidson

James S. Notis
Dustin P. Mansoor
GARDY & NOTIS, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ  07632

Attorneys for Plaintiff Joshua Ferenc

**Defendants' Counsel**

Dennis B. Glazer
Nancy B. Ludmerer
Edward N. Moss
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4900