Gregory M. Nespole (GN-6820)
Thomas H. Burt (TB-7601)
Martin E. Restituyo (MR-0856)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Attorneys for Plaintiffs
270 Madison Avenue
New York, New York 10016
(212) 545-4600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff(s),<br><br>          -against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS,<br><br>                                    Defendant(s). | ECF CASE<br><br>Civil Action No. 07-8538 (RWS)<br><br>CLASS ACTION |

(Captions Continued…)

**DECLARATION OF SERVICE**

1

2

| | |
|---|---|
| WILLIAM BOSTON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS,<br><br>Defendant(s). | ECF CASE<br><br>Civil Action No.  07-8808 (RWS)<br><br><br>CLASS ACTION |
| ROBERT D. THULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>   -  against –<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS,<br><br>Defendants. | ECF CASE<br><br>Civil Action No. 07-9651 (RWS)<br><br><br>CLASS ACTION |

2

3

Gregory M. Nespole, Esq., an attorney admitted to practice law before the courts of the State of New York, hereby declares that on December 3, 2007, I caused to be served, (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel, the following documents:

1. First Derivative Traders LP and Robert and Jessica Grant's Notice of Withdrawal of Their Motion and in Support of the Motion By The State Teachers Retirement System of Ohio for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.

Dated: December 20, 2007

                                                        /s/
                                        Gregory M. Nespole

497009