the last request from the same *issuer*;

    (d) it is not vexatious or frivolous, and does not duplicate previous requests without reasonable cause.

5.3.2 R For the purposes of *DTR* 5.3.1 R(1)(a):

  (1) *Ttransferable securities* and *options* ...

  ...

5.3.3 G (1) For the purposes of *DTR* 5.3.1 R(1)(a) and to give effect to Directive 2004/109/EC (TD), qualifying financial instruments.... Consequently, qualifying financial instruments ...

   (2) For the purposes of *DTR* 5.3.1 R(1)(b), in the *FSA*'s view a *comparable financial instrument* has a similar economic effect to a qualifying *financial instrument* in *DTR* 5.3.1 R(1)(a), if its terms are in any way related or referenced, in whole or in part, to an *issuer's shares*, and, generally, the holder of the *comparable financial instrument* has, in effect, a long position on the economic performance of the *shares*.

   (3) (a) In the *FSA's* view, for the purposes of DTR 5.3.1 R(4) an *issuer* may have reasonable cause to believe that a *person* may hold an interest in the *issuer's shares* by virtue of their holding a *comparable financial instrument* in the following non-exhaustive list of circumstances:

     (i) if the *person* approaches the *issuer* (directly or indirectly) attempting to influence its management on the basis, in part or whole, of the *person's* holding of a *comparable financial instrument*; claiming to have access to or control over a material proportion (in the *issuer's* reasonable view) of *shares* or voting rights in the *issuer*, or otherwise implying that the *issuer* should have regard to the holder's interest;

     (ii) if the *issuer* is aware of significant press speculation or market rumour (not instigated by the *issuer* itself) identifying the *person*, for a particular reason over and above that *person's* status as a particular type of *firm*, as potentially interested in gaining access to or control over a material proportion of the *shares* or voting rights of the underlying *issuer* by virtue of its holding of *comparable financial instruments* and the *issuer* has made reasonable endeavours to satisfy itself that the speculation or rumour is not frivolous or vexatious.

    (b) A form ([to be completed]) which may be used to send reasonable requests to persons for the purposes of *DTR* 5.3.1 R(4) is available on the FSA's website at [to be completed].

5

        (c)    For the purposes of *DTR* 5.3.1 R(4)(d) an *issuer's* request is unlikely to be reasonable if the *issuer* has already sent a reasonable request to the same *person* and there has been no material change in circumstances to warrant the sending of a further request. Multiple requests in a relatively short period based on substantially similar press speculation or market rumour may tend to indicate that an *issuer* does not have reasonable cause to believe that the *person's* position has changed sufficiently to avoid duplication with previous requests.

(4) For the purposes of *DTR* 5.3.1 R(2)(a), the terms of the *comparable financial instrument* should be considered as a whole including any side letters or agreements which may affect the terms. Reference to a 'provider' of a *comparable financial instrument* includes any provider or issuer of such an instrument and includes, for example, a writer of a *CFD*.

(5) For the purposes of DTR 5.3.1 R(2)(a):

    (a)    'arrangements' includes (but is not limited to) any discussions between the holder and the provider about the possibility of the disposal on , or shortly after maturity, of relevant *shares*; and

    (b)    'understanding' includes (but is not limited to) any formal or informal understanding including that based on a firm or clear expectation arising in the circumstances.

5.3.4    R    The holder of qualifying *financial instruments* and *comparable financial instruments* (excluding *comparable financial instruments* notifiable solely upon an *issuer's* reasonable request) is required to aggregate and, if necessary, notify all such instruments as relate to the same underlying *issuer*.

…

…

5.7.1    R    Unless 5.7.1AR applies, ~~A~~ a person making a notification in accordance with *DTR* 5.1.2 R must do so by reference to each of the following:

    (1)    the aggregate of all voting rights which the *person* holds as *shareholder* and as the direct or indirect holder of qualifying and *comparable financial instruments* (excluding *comparable financial instruments* notifiable solely upon an *issuer's* reasonable request);

    …

    (3)    the aggregate of all direct and indirect holdings of qualifying and *comparable financial instruments* (excluding *comparable financial instruments* notifiable solely upon an *issuer's* reasonable request).

5.7.1A    R    A person making a notification of *comparable financial instruments* upon an *issuer's* reasonable request must do so by reference to the aggregate of direct and indirect holdings of all such *comparable financial instruments* as relate to the

6

|       |   |     | same underlying *issuer*. |
|-------|---|-----|---|
| 5.7.2 | G |     | The effect of *DTR* 5.7.1R is that a *person* may have to make a notification if the overall percentage level of his voting rights (ignoring for these purposes *comparable financial instruments* notifiable solely upon an *issuer's* reasonable request) remains the same but there is a notifiable change in the percentage level of one or more of the categories of voting rights held. *DTR* 5.7.1AR makes clear that *comparable financial instruments* notifiable solely upon an *issuer's* reasonable request are not aggregated with other types of notifiable interest, but are aggregated only with all such other *comparable financial instruments* as relate to the same underlying *issuer*. |
| 5.8.2 | R | (1) | A notification required of voting rights arising from the holding of qualifying or *comparable financial instruments* must include the following information: |

...

    (f)  ... ; ~~and~~

    (g)  name of the underlying *issuer*~~.~~; and

    (h)  in the case of a *comparable financial instrument* notifiable upon an *issuer's* reasonable request, the reasons given by the *issuer* for sending the request.

...

| 5.8.3 | R | The notification to the *issuer* shall be effected: |
|---|---|---|

  (1)  as soon as possible, but not later than four *trading days* in the case of a non-UK issuer and two *trading days* in all other cases, the first of which, unless (2) applies, shall be the day after the date on which the relevant *person*:

    (~~1~~a)  ...

    (~~2~~b)  ...

  (2)  in relation to a notification of a *comparable financial instrument*:

    (a)  following an *issuer's* reasonable request, the first *trading day* shall be the day after the date on which the relevant *person* receives the reasonable request; and

    (b)  where the 'non-disclosure' conditions in *DTR* 5.3.1(1)(b)(ii) are relied upon the first *trading day* shall be the day after the date on which the conditions no longer continue to be satisfied.

...

7

DTR TP 1

...

| (1) | (2) Material to which the transitional provisions applies | (3) | (4) Transitional Provisions | (5) Transitional provisions: dates in force | (6) Handbook provision: coming into force |
|---|---|---|---|---|---|
| ... | | | | | |
| 14 | DTR 5.3.1(2)(b) | R | The notification requirement arising under DTR 5.3.1(2)(b) does not apply to *comparable financial instruments* entered into prior to the date in column (6). | [September 2008] | [September 2008] |

OPTION 3
## DISCLOSURE AND TRANSPARENCY RULES (DISCLOSURE OF ECONOMIC INTERESTS) INSTRUMENT 2008

**Powers exercised**

A. The Financial Services Authority makes this instrument in the exercise of the following powers and related provisions in the Financial Services and Markets Act 2000 ("the Act"):

    (1)    section 73A (Part 6 Rules);
    (2)    section 89A to 89G (Transparency obligations); and
    (3)    section 157(1) (Guidance).

B. The rule-making powers listed above are specified for the purpose of section 153(2) (Rule-making instruments) of the Act.

**Commencement**

C. This instrument comes into force on [September] 2008.

**Amendments to the Handbook**

D. The Disclosure Rules and Transparency Rules sourcebook (DTR) is amended in accordance with the Annex to this instrument.

**Citation**

E. This instrument may be cited as the Disclosure and Transparency Rules (Disclosure of Economic Interests) Instrument 2008.


By order of the Board
[ ] 2008

## Annex A

## Amendments to the Glossary of definitions

In this Annex, underlining indicates new text and striking through indicates deleted text.

Insert the following new definition in the appropriate alphabetical position:

*comparable financial instrument* (in *DTR*):

> (i) a *transferable security*; or
>
> (ii) an *option, future, swap, forward rate agreement* or *derivative* contract, as referred to in Section C of Annex 1 of *MifID*,
>
> having similar economic effect to a qualifying *financial instrument* in *DTR* 5.3.1 R(1) (but not including any such instrument) whether or not the *financial instrument* having similar economic effect results in an entitlement to acquire *shares*.

**Annex B**

**Amendments to the Disclosure Rules and Transparency Rules sourcebook (DTR)**

In this Annex, underlining indicates new text and striking through indicates deleted text.

5.1.2    R    Subject to the exemption for certain third country *issuers* (*DTR* 5.11.6R), a *person* must notify the *issuer* of the percentage of its voting rights he holds as *shareholder* or through his direct or indirect holding of qualifying or *comparable financial instruments* falling within *DTR* 5.3.1R (or, for interests other than *comparable financial instruments,* a combination of such holdings) if the percentage of those voting rights:

    (1)    reaches, exceeds or falls below 3%, 4%, 5%, 6%, 7%, 8%, 9%, 10% and each 1% threshold thereafter up to 100% (or in the case of a non-UK *issuer* or a *person* holding a *comparable financial instrument* on the basis of thresholds at 5%, 10%, 15%, 20%, 25%, 30%, 50% and 75%) as a result of an acquisition or disposal of *shares* or *financial instruments* falling within *DTR* 5.3.1R.

...

5.3.1    R    (1)    A *person* must make a notification in accordance with the applicable thresholds in *DTR* 5.1.2R:

    (a)    in respect of any qualifying *financial instruments* which they hold, directly or indirectly, which result in an entitlement to acquire, on such holder's own initiative alone, under a formal agreement, *shares* to which voting rights are attached, already issued, of an *issuer*; or

[**Note:** article 13(1) of the *TD*]

    (b)    unless (2) applies, in respect of any *comparable financial instrument* which, directly or indirectly, the *person* holds.

  (2)    Paragraph (1)(b) does not apply if public disclosure has already been made of information regarding the same transactions (whether or not to the same level of detail) pursuant to the *Takeover Code.*

5.3.2    R    For the purposes of DTR 5.3.1R(1)(a):

  (1)    ~~T~~transferable *securities and options,* qualifying financial instruments.... Consequently, qualifying financial instruments ... ...

...

5.3.3    G    (1)    For the purposes of *DTR* 5.3.1R(1) and to give effect to Directive 2004/109/EC (TD) ...

11

|        |   |   |
|---|---|---|
| | (2) | For the purposes of *DTR* 5.3.1R(1)(b), in the *FSA*'s view a *comparable financial instrument* has a similar economic effect to a qualifying *financial instrument* in *DTR* 5.3.1R(1)(a), if its terms are in any way related or referenced, in whole or in part, to an *issuer's shares* and, generally, the holder of the *comparable financial instrument* has, in effect, a long position on the economic performance of the *shares*. |
| 5.3.4 | R | The holder of qualifying *financial instruments* is required to aggregate and, if necessary, notify all such instruments (not including *comparable financial instruments*) as relate to the same underlying *issuer*. The holder of *comparable financial instruments* must aggregate and, if necessary, notify all *comparable financial instruments* held as relate to the same underlying *issuer*. |
| 5.3.5 | G | The effect of *DTR* 5.3.4R is that qualifying *financial instruments* are to be aggregated with other qualifying *financial instruments* as relate to the same underlying *issuer* but should not be aggregated with *comparable financial instruments*. The holder of *comparable financial instruments* is required to aggregate and, if necessary, notify all such *comparable financial instruments* as relate to the same underlying *issuer*, but such instruments should not be aggregated with qualifying *financial instruments* (nor, by virtue of *DTR* 5.1.2R, should they be combined with any other holdings). |
| 5.7.1 | R | Unless 5.7.1AR applies, A a person making a notification in accordance with *DTR* 5.1.2R must do so by reference to each of the following: |

(1) the aggregate of all voting rights which the *person* holds as *shareholder* and as the direct or indirect holder of qualifying *financial instruments*;

…

(3) the aggregate of all direct and indirect holdings of qualifying *financial instruments*.

| | | |
|---|---|---|
| 5.7.1A | R | A *person* making a notification of *comparable financial instruments* must do so by reference to the aggregate of direct and indirect holdings of all such *comparable financial instruments* as relate to the same underlying *issuer*. |

PUB REF: 001179

The Financial Services Authority
25 The North Colonnade  Canary Wharf  London E14 5HS
Telephone: +44 (0)20 7066 1000  Fax: +44 (0)20 7066 1099
Website: http://www.fsa.gov.uk
Registered as a Limited Company in England and Wales No. 1920623. Registered Office as above.