# EXHIBIT E

10-Q 1 d10q.htm FORM 10-Q

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

*(Mark One)*

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Quarterly Period Ended June 30, 2007

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission File Number 1-11921

# E*TRADE Financial Corporation
(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **94-2844166** |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification Number) |

**135 East 57th Street, New York, New York 10022**
(Address of Principal Executive Offices and Zip Code)

**(646) 521-4300**
(Registrant's Telephone Number, including Area Code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒        Accelerated filer ☐        Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest

practicable date:

As of August 3, 2007, there were 423,629,118 shares of common stock outstanding.

Table of Contents

# E*TRADE FINANCIAL CORPORATION
## FORM 10-Q QUARTERLY REPORT
### For the Quarter Ended June 30, 2007
### TABLE OF CONTENTS

**PART I—FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Consolidated Financial Statements (Unaudited) | 32 |
| | Consolidated Statement of Income | 32 |
| | Consolidated Balance Sheet | 33 |
| | Consolidated Statement of Comprehensive Income | 34 |
| | Consolidated Statement of Shareholders' Equity | 35 |
| | Consolidated Statement of Cash Flows | 36 |
| | Notes to Consolidated Financial Statements (Unaudited) | 38 |
| | Note 1—Organization, Basis of Presentation and Summary of Significant Accounting Policies | 38 |
| | Note 2—Discontinued Operations | 40 |
| | Note 3—Facility Restructuring and Other Exit Activities | 41 |
| | Note 4—Operating Interest Income and Operating Interest Expense | 42 |
| | Note 5—Available-for-Sale Mortgage-Backed and Investment Securities | 43 |
| | Note 6—Loans, Net | 46 |
| | Note 7—Accounting for Derivative Financial Instruments and Hedging Activities | 46 |
| | Note 8—Other Assets | 50 |
| | Note 9—Asset Securitization | 51 |
| | Note 10—Deposits | 51 |
| | Note 11—Other Borrowings | 52 |
| | Note 12—Accounts Payable, Accrued and Other Liabilities | 52 |
| | Note 13—Income Taxes | 52 |
| | Note 14—Earnings per Share | 53 |
| | Note 15—Share Repurchases | 54 |
| | Note 16—Regulatory Requirements | 54 |
| | Note 17—Commitments, Contingencies and Other Regulatory Matters | 55 |
| | Note 18—Segment Information | 58 |
| | Note 19—Subsequent Event | 62 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 3 |
| | Overview | 3 |
| | Earnings Overview | 6 |
| | Segment Results Review | 15 |
| | Balance Sheet Overview | 18 |
| | Liquidity and Capital Resources | 24 |
| | Summary of Critical Accounting Policies and Estimates | 25 |
| | Glossary of Terms | 26 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 29 |
| Item 4. | Controls and Procedures | 63 |

**PART II—OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 64 |
| Item 1A. | Risk Factors | 65 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 65 |
| Item 3. | Defaults Upon Senior Securities | 66 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 66 |
| Item 5. | Other Information | 66 |
| Item 6. | Exhibits | 66 |
| Signatures | | 67 |

---

*Unless otherwise indicated, references to "the Company," "We," "Us," "Our" and "E\*TRADE" mean E\*TRADE Financial Corporation or its subsidiaries.*

E\*TRADE, E\*TRADE Financial, E\*TRADE Bank ("Bank"), ClearStation, Equity Edge, Equity Resource, OptionsLink and the Converging Arrows logo are registered trademarks of E\*TRADE Financial Corporation in the United States and in other countries.

2

Table of Contents

## ITEM 1. CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)

This information is set forth immediately following Item 3, "Quantitative and Qualitative Disclosures about Market Risk."

## ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following discussion should be read in conjunction with the consolidated financial statements and the related notes that appear elsewhere in this document.*

### FORWARD-LOOKING STATEMENTS

This report contains forward-looking statements involving risks and uncertainties. These statements relate to our future plans, objectives, expectations and intentions. These statements may be identified by the use of words such as "expect," "may," "anticipate," "intend," "plan" and similar expressions. Our actual results could differ materially from those discussed in these forward-looking statements, and we caution that we do not undertake to update these statements. Factors that could contribute to our actual results differing from any forward-looking statements include those discussed under "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and elsewhere in this report. The cautionary statements made in this report should be read as being applicable to all forward-looking statements wherever they appear in this report. Important factors that may cause actual results to differ materially from any forward-looking statements are set forth in our 2006 Form 10-K filed with the Securities and Exchange Commission ("SEC") under the heading "Risk Factors."

We further caution that there may be risks associated with owning our securities other than those discussed in such filings.

### GLOSSARY OF TERMS

In analyzing and discussing our business, we utilize certain metrics, ratios and other terms that are defined in the "Glossary of Terms," which is located at the end of Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations."

### OVERVIEW

*Strategy*

Our strategy centers on strengthening and growing our retail business and leveraging that growth in our institutional business. We strive to further develop our retail business by acquiring, retaining and expanding our relationships with global retail customers. We offer our retail and institutional customers a suite of trading, investing, banking and lending products. We plan to grow these relationships organically by using technology to deliver an attractive combination of product, service and price to the value-driven mass affluent customer. We also intend to grow, where appropriate, through targeted acquisitions which leverage our existing business platform and through further expansion into certain international markets.

*Key Factors Affecting Financial Performance*

Our financial performance is affected by a number of factors outside of our control, including:

- customer demand for financial products and services;
- competitors' pricing on financial products and services;
- the weakness or strength of the consumer credit market;
- interest rates and the shape of the interest rate yield curve; and
- the performance, volume and volatility of the equity and capital markets.

[Table of Contents](#)

In addition to the items noted above, our success in the future will depend upon, among other things:

- continuing our success in the acquisition, growth and retention of customers;
- deepening customer acceptance of our trading, investing, banking and lending products;
- disciplined expense control and improved operational efficiency;
- maintaining strong overall asset quality; and
- prudent risk and capital management.

Management monitors a number of metrics in evaluating the Company's performance. The most significant of these are shown in the table and discussed in the text below:

|  | At or For the Three Months Ended June 30, | | Variance | At or For the Six Months Ended June 30, | | Variance |
|---|---|---|---|---|---|---|
|  | 2007 | 2006 | 2007 vs. 2006 | 2007 | 2006 | 2007 vs. 2006 |
| **Customer Activity Metrics:** | | | | | | |
| Retail client assets (dollars in billions) | $ 212.8 | $ 180.1 | 18 % | $ 212.8 | $ 180.1 | 18 % |
| Customer cash and deposits (dollars in billions) | $ 37.9 | $ 30.1 | 26 % | $ 37.9 | $ 30.1 | 26 % |
| U.S. daily average revenue trades | 141,606 | 142,621 | (1)% | 141,425 | 150,843 | (6)% |
| International daily average revenue trades | 27,516 | 22,981 | 20 % | 28,146 | 22,475 | 25 % |
| Total daily average revenue trades | 169,122 | 165,602 | 2 % | 169,571 | 173,318 | (2)% |
| Average commission per trade | $ 12.03 | $ 12.23 | (2)% | $ 11.96 | $ 12.16 | (2)% |
| **Company Financial Metrics:** | | | | | | |
| Net revenue growth[1] | 9% | 58% | (49)% | 8% | 50% | (42)% |
| Enterprise net interest spread (basis points) | 271 | 291 | (7)% | 272 | 290 | (6)% |
| Enterprise interest-earning assets (average in billions) | $ 57.7 | $ 44.1 | 31 % | $ 55.3 | $ 42.7 | 29 % |
| Total non-performing loans receivable as a % of total gross loans receivable | 0.53% | 0.22% | 0.31 % | 0.53% | 0.22% | 0.31 % |
| Operating margin (%) | 39% | 43% | (4)% | 41% | 42% | (1)% |
| Compensation and benefits as a % of revenue | 18% | 21% | (3)% | 19% | 20% | (1)% |

[1] Net revenue growth is the difference between the current and prior comparable period total net revenue

divided by the prior comparable period total net revenue.

*Customer Activity Metrics*

- Retail client assets are an indicator of the value of our relationship with the customer. An increase in retail client assets generally indicates that the use of our products and services by existing and new customers is expanding. Changes in this metric are also driven by changes in the valuations of our customers' underlying securities.

- Customer cash and deposits are an indicator of a deepening engagement with our customers and are a key driver of net operating interest income.

- Daily average revenue trades ("DARTs") are the predominant driver of commission revenue from our retail customers.

4

Table of Contents

- Average commission per trade is an indicator of changes in our customer mix, product mix and/or product pricing. As a result, this metric is impacted by both the mix between our retail domestic and international businesses and the mix between active traders, mass affluent and main street customers.

*Company Financial Metrics*

- Net revenue growth is an indicator of our overall financial well-being and our ability to execute on our strategy. When coupled with operating margin, the two provide information about the general success of our business.
- Enterprise net interest spread is a broad indicator of our ability to generate net operating interest income.
- Enterprise interest-earning assets, in conjunction with our enterprise net interest spread, are indicators of our ability to generate net operating interest income.
- Total non-performing loans receivable as a percentage of gross loans receivable is an indicator of the performance of our total loan portfolio.
- Operating margin is an indicator of the profitability of our operations.
- Compensation and benefits as a percentage of revenue is an indicator of our productivity. This ratio coupled with operating margin is an indicator of our efficiency.

## Significant Events in the Second Quarter of 2007

*International Expansion*

We continued our expansion into international markets with the launch of operations in Norway and the Netherlands. In Norway, we now offer online trading of all Norwegian stocks registered on the Norwegian exchange Oslo Børs, as well as stocks from Scandinavian markets in Sweden, Denmark, Finland, and the American markets. In the Netherlands, we offer Dutch investors direct access to the US stock markets through our global trading platform.

*Enhanced Distribution Network*

We enhanced our distribution network by opening three new E*TRADE Financial centers during the period. With the addition of centers in Charlotte, NC; Houston, TX; and Minneapolis, MN, we increased the number of our nationwide financial centers to a total of 27.

## Summary Financial Results

*Income Statement Highlights for the Three and Six Months Ended June 30, 2007 (dollars in millions, except per share amounts)*

|  | Three Months Ended June 30, | | Variance | Six Months Ended June 30, | | Variance |
|---|---|---|---|---|---|---|
|  | 2007 | 2006 | 2007 vs. 2006 | 2007 | 2006 | 2007 vs. 2006 |
| Total net revenue | $ 663.5 | $ 611.4 | 9 % | $1,308.5 | $1,209.7 | 8 % |
| Net operating interest income after provision for loan losses | $ 384.1 | $ 334.3 | 15 % | $ 753.5 | $ 648.9 | 16 % |
| Operating margin | $ 261.4 | $ 260.8 | 0 % | $ 532.0 | $ 504.5 | 5 % |
| Net income | $ 159.1 | $ 156.5 | 2 % | $ 328.5 | $ 299.0 | 10 % |
| Diluted net earnings per share | $ 0.37 | $ 0.36 | 3 % | $ 0.75 | $ 0.69 | 9 % |
| Operating margin (%) | 39% | 43% | (4)% | 41% | 42% | (1)% |

During the second quarter of 2007, despite volatility in the global equity markets and sustained pressure on the domestic real estate market, we continued to strengthen our financial performance. Total net revenue and net

5

Table of Contents

income increased 9% and 2%, respectively, when compared to the corresponding period in the prior year. We believe the investments we have made in marketing, operations and service are driving organic growth in customer cash and deposits and margin receivables, which are the primary drivers of our increase in net income. The decrease in operating margin to 39% in the second quarter of 2007 from 43% when compared to the same period in the prior year is due primarily to $35.1 million in expense recorded for certain legal and regulatory matters[1].

Net operating interest income after provision for loan losses increased 15% to $384.1 million for the three months ended June 30, 2007, compared with the same period in 2006. Net operating interest income benefited from increases in customer cash and deposits, which increased $7.8 billion compared to the same period in 2006. The increase in customer cash and deposits resulted from organic growth, primarily in our new Complete Savings Account, which was launched at the end of 2006. This new product has driven meaningful growth in cash from new and existing customers. In addition, customers who utilized this new product tended to engage more broadly with our other products and services.

*Balance Sheet Highlights (dollars in billions)*

|  | June 30, 2007 | December 31, 2006 | Variance 2007 vs. 2006 |
|---|---|---|---|
| Total assets | $ 63.0 | $ 53.7 | 17 % |
| Total enterprise interest-earning assets | $ 58.7 | $ 49.5 | 19 % |
| Loans, net and margin receivables as a percentage of enterprise interest-earning assets[2] | 67% | 68% | (1)% |
| Retail deposits and customer payables as a percentage of enterprise interest-bearing liabilities[2] | 61% | 64% | (3)% |

The increase in total assets was attributable primarily to an increase of $5.1 billion in loans receivable, net. The increase in loans receivable, net was due principally to growth in our real estate loan portfolio, specifically first lien real estate loans. During the second quarter of 2007, we focused on growing our first lien real estate loan portfolio, allowing our consumer loan and second lien real estate portfolios to decline. Enterprise interest-earning assets were $58.7 billion at June 30, 2007, an increase of $9.2 billion from December 31, 2006, which was related primarily to the increase in loans, net and margin receivables.

Retail deposits and customer payables were $33.9 billion at June 30, 2007, up 14% or $4.1 billion compared to December 31, 2006. Retail deposits and customer payables are two of our lowest cost sources of funding and are important contributors to our net operating interest income growth. The increase during the period was due primarily to growth in the Complete Savings Account.

## EARNINGS OVERVIEW

Net income increased 2% to $159.1 million and 10% to $328.5 million for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006. This increase was a result of strong growth in retail deposits and customer payables, which are the primary funding source for interest-earning assets.

We report corporate interest income and corporate interest expense separately from operating interest income and operating interest expense. We believe reporting these two items separately provides a clearer picture

---

[1] Refer to Note 17—Commitments, Contingencies and Other Regulatory Matters for the disclosure around legal and regulatory matters.
[2] Loans, net and margin receivables as a percentage of enterprise interest-earning assets and retail deposits and customer payables as a percentage of enterprise interest-bearing liabilities include balances not recorded on

the balance sheet, such as margin and customer cash and deposits held by third parties.

6

Table of Contents

of the financial performance of our operations than would a presentation that combined these two items. Our operating interest income and operating interest expense is generated from the operations of the Company and is a broad indicator of our success in our banking, lending and balance sheet management businesses. Our corporate debt, which is the primary source of our corporate interest expense, has been used primarily to finance acquisitions, such as Harris*direct* and BrownCo, and generally has not been downstreamed to any of our operating subsidiaries.

Similarly, we report gain on sales and impairment of investments separately from gain on sales of loans and securities, net. We believe reporting these two items separately provides a clearer picture of the financial performance of our operations than would a presentation that combined these two items. Gain on sales of loans and securities, net are the result of activities in our operations, namely our lending and balance sheet management businesses. Gain on sales and impairment of investments relates to historical equity investments of the Company at the corporate level and are not related to the ongoing business of our operating subsidiaries.

The following sections describe in detail the changes in key operating factors and other changes and events that have affected our consolidated net revenue, expense excluding interest, other income (expense) and income tax expense.

*Revenue*

The components of net revenue and the resulting variances are as follows (dollars in thousands):

|  | Three Months Ended June 30, | | Variance 2007 vs. 2006 | | Six Months Ended June 30, | | Variance 2007 vs. 2006 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 2007 | 2006 | Amount | % | 2007 | 2006 | Amount | % |
| Revenue: | | | | | | | | |
| Operating interest income | $ 905,772 | $ 660,373 | $ 245,399 | 37 % | $1,735,567 | $1,254,667 | $ 480,900 | 38 % |
| Operating interest expense | (491,608) | (315,771) | (175,837) | 56 % | (930,817) | (585,276) | (345,541) | 59 % |
| Net operating interest income | 414,164 | 344,602 | 69,562 | 20 % | 804,750 | 669,391 | 135,359 | 20 % |
| Provision for loan losses | (30,045) | (10,270) | (19,775) | 193 % | (51,231) | (20,467) | (30,764) | 150 % |
| Net operating interest income after provision for loan losses | 384,119 | 334,332 | 49,787 | 15 % | 753,519 | 648,924 | 104,595 | 16 % |
| Commission | 169,768 | 167,296 | 2,472 | 1 % | 328,761 | 343,165 | (14,404) | (4)% |
| Fees and service charges | 65,446 | 57,809 | 7,637 | 13 % | 124,944 | 115,671 | 9,273 | 8 % |
| Principal transactions | 27,768 | 31,590 | (3,822) | (12)% | 57,850 | 62,282 | (4,432) | (7)% |
| Gain on sales of loans and securities, net | 5,328 | 11,107 | (5,779) | (52)% | 22,703 | 22,735 | (32) | (0)% |
| Other revenue | 11,120 | 9,224 | 1,896 | 21 % | 20,770 | 16,930 | 3,840 | 23 % |
| Total non-interest | | | | | | | | |

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| income | 279,430 | 277,026 | 2,404 | 1 % | 555,028 | 560,783 | (5,755) | (1)% |
| Total net revenue | $ 663,549 | $ 611,358 | $ 52,191 | 9 % | $1,308,547 | $1,209,707 | $ 98,840 | 8 % |

7

Table of Contents

Net operating interest income after provision for loan losses continues to be our largest source of revenue and represents 58% of total net revenue for both the three and six months ended June 30, 2007. This reflects our focus on retaining retail customer cash and deposits and retail credit balances. Net operating interest income is earned primarily through holding credit balances, which includes margin, real estate and consumer loans, and by holding customer cash and deposits, which are a low cost source of funding. The table below presents each revenue component as a percentage of total net revenue.

|  | Three Months Ended June 30, | | Variance | Six Months Ended June 30, | | Variance |
|---|---|---|---|---|---|---|
|  | 2007 | 2006 | 2007 vs. 2006 | 2007 | 2006 | 2007 vs. 2006 |
| Revenue: | | | | | | |
| Net operating interest income after provision for loan losses | 58% | 55% | 3% | 58% | 54% | 4% |
| Commission[1] | 25 | 27 | (2) | 25 | 28 | (3) |
| Fees and service charges | 10 | 9 | 1 | 10 | 10 | — |
| Principal transactions | 4 | 5 | (1) | 4 | 5 | (1) |
| Gain on sales of loans and securities, net | 1 | 2 | (1) | 2 | 2 | — |
| Other revenue | 2 | 2 | — | 1 | 1 | — |
| Total net revenue | 100% | 100% | —% | 100% | 100% | —% |

[1] Retail commission revenue represented 19% and 21% of total net revenue for the three months ended June 30, 2007 and 2006, respectively, and 19% and 22% for the six months ended June 30, 2007 and 2006, respectively. Institutional commission revenue represented 6% of total net revenue for both the three months ended June 30, 2007 and 2006, and 6% and 7% for the six months ended June 30, 2007 and 2006, respectively.

*Net Operating Interest Income after Provision for Loan Losses*

Net operating interest income after provision for loan losses increased 15% to $384.1 million and 16% to $753.5 million for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006. The increase in net operating interest income was due primarily to growth in enterprise interest-earning assets, specifically loans, net. Average loans, net as a percentage of average enterprise interest-earning assets increased 8% to 54% and 6% to 53% for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006.

8

Table of Contents

The following table presents enterprise average balance sheet data and enterprise income and expense data for our operations, as well as the related net interest spread, yields and rates and has been prepared on the basis required by the SEC's Industry Guide 3, "*Statistical Disclosure by Bank Holding Companies*" (dollars in thousands):

|  | Three Months Ended June 30, | | | | | |
|---|---|---|---|---|---|---|
|  | 2007 | | | 2006 | | |
|  | Average Balance | Operating Interest Inc./Exp. | Average Yield/Cost | Average Balance | Operating Interest Inc./Exp. | Average Yield/Cost |
| **Enterprise interest-earning assets:** | | | | | | |
| Loans, net | $31,037,971 | $ 497,517 | 6.41% | $20,419,936 | $ 303,499 | 5.95% |
| Margin receivables | 7,003,411 | 127,335 | 7.29% | 6,982,867 | 123,390 | 7.09% |
| Mortgage-backed and related available-for-sale securities | 13,027,383 | 172,501 | 5.30% | 11,715,510 | 147,374 | 5.03% |
| Available-for-sale investment securities | 4,502,434 | 73,133 | 6.50% | 3,048,166 | 47,287 | 6.21% |
| Trading securities | 114,135 | 3,174 | 11.12% | 142,452 | 2,946 | 8.27% |
| Cash and cash equivalents[1] | 1,244,965 | 15,008 | 4.84% | 1,260,684 | 13,421 | 4.27% |
| Stock borrow and other | 752,280 | 14,688 | 7.83% | 493,981 | 8,795 | 7.14% |
| Total enterprise interest-earning assets | 57,682,579 | 903,356 | 6.27% | 44,063,596 | 646,712 | 5.87% |
| Non-operating interest-earning assets[2] | 4,610,421 | | | 4,592,685 | | |
| Total assets | $62,293,000 | | | $48,656,281 | | |
| **Enterprise interest-bearing liabilities:** | | | | | | |
| Retail deposits | $26,778,743 | 200,081 | 3.00% | $19,848,322 | 115,062 | 2.33% |
| Brokered certificates of deposit | 424,645 | 5,220 | 4.93% | 577,068 | 6,696 | 4.65% |
| Customer payables | 6,836,301 | 22,779 | 1.34% | 6,416,136 | 16,957 | 1.06% |
| Repurchase agreements and other borrowings | 13,558,998 | 175,337 | 5.12% | 10,580,283 | 129,103 | 4.83% |
| Federal Home Loan Bank ("FHLB") advances | 6,151,086 | 78,800 | 5.07% | 2,842,198 | 32,207 | 4.48% |
| Stock loan and other | 1,194,006 | 8,381 | 2.82% | 1,133,694 | 8,487 | 3.00% |
| Total enterprise interest-bearing liabilities | 54,943,779 | 490,598 | 3.56% | 41,397,701 | 308,512 | 2.96% |
| Non-operating interest-bearing liabilities[3] | 2,973,193 | | | 3,514,973 | | |
| Total liabilities | 57,916,972 | | | 44,912,674 | | |
| Total shareholders' equity | 4,376,028 | | | 3,743,607 | | |
|  | $62,293,000 | | | $48,656,281 | | |
| **Excess of enterprise interest-earning assets over enterprise interest-bearing liabilities/Enterprise net interest income/Spread** | $ 2,738,800 | $ 412,758 | 2.71% | $ 2,665,895 | $ 338,200 | 2.91% |
| Enterprise net interest margin (net yield on enterprise interest-earning assets) | | | 2.86% | | | 3.07% |
| Ratio of enterprise interest-earning assets to enterprise interest-bearing liabilities | | | 104.98% | | | 106.44% |
| Return on average: | | | | | | |
| Total assets | | | 1.02% | | | 1.29% |
| Total shareholders' equity | | | 14.55% | | | 16.72% |
| Average equity to average total assets | | | 7.02% | | | 7.69% |

Reconciliation from enterprise net interest income to net operating interest income (dollars in thousands):

|  | Three Months Ended June 30, | |
|---|---|---|
|  | 2007 | 2006 |
| Enterprise net interest income[4] | $ 412,758 | $ 338,200 |
| Taxable equivalent interest adjustment | (7,487) | (4,306) |
| Customer cash held by third parties and other[5] | 8,893 | 10,708 |
| Net operating interest income | $ 414,164 | $ 344,602 |

===============    =========

(1) Includes segregated cash balances.
(2) Non-operating interest-earning assets consist of property and equipment, net, goodwill, other intangibles, net and other assets that do not generate operating interest income. Some of these assets generate corporate interest income.
(3) Non-operating interest-bearing liabilities consist of corporate debt, accounts payable, accrued and other liabilities that do not generate operating interest expense. Some of these liabilities generate corporate interest expense.
(4) Enterprise net interest income is taxable equivalent basis net operating interest income excluding corporate interest income and corporate interest expense, stock conduit interest income and expense and interest earned on customer cash held by third parties. Management believes this non-GAAP measure is useful to analysts and investors as it is a measure of the net operating interest income generated by our operations.
(5) Includes interest earned on average customer assets of $4.0 billion and $3.4 billion for the three months ended June 30, 2007 and 2006, respectively, held by parties outside E*TRADE Financial, including third party money market funds and sweep deposit accounts at unaffiliated financial institutions. Other consists of net operating interest income earned on average stock conduit assets of $2.2 million and $362.4 million for the three months ended June 30, 2007 and 2006, respectively.

9

Table of Contents

|  | Six Months Ended June 30, | | | | | |
|---|---|---|---|---|---|---|
|  | 2007 | | | 2006 | | |
|  | Average Balance | Operating Interest Inc./Exp. | Average Yield/Cost | Average Balance | Operating Interest Inc./Exp. | Average Yield/Cost |
| **Enterprise interest-earning assets:** | | | | | | |
| Loans, net | $29,573,824 | $ 948,916 | 6.42% | $19,997,845 | $ 584,769 | 5.85% |
| Margin receivables | 6,896,215 | 251,321 | 7.35% | 6,731,622 | 228,294 | 6.84% |
| Mortgage-backed and related available-for-sale securities | 12,536,473 | 330,468 | 5.27% | 11,138,767 | 272,878 | 4.90% |
| Available-for-sale investment securities | 4,203,594 | 136,629 | 6.50% | 2,785,456 | 84,676 | 6.08% |
| Trading securities | 116,941 | 6,443 | 11.02% | 140,566 | 5,594 | 7.96% |
| Cash and cash equivalents[1] | 1,301,131 | 30,938 | 4.79% | 1,403,846 | 29,320 | 4.21% |
| Stock borrow and other | 662,044 | 24,739 | 7.54% | 512,204 | 16,525 | 6.51% |
| Total enterprise interest-earning assets | 55,290,222 | 1,729,454 | 6.27% | 42,710,306 | 1,222,056 | 5.73% |
| Non-operating interest-earning assets[2] | 4,516,233 | | | 4,794,715 | | |
| Total assets | $59,806,455 | | | $47,505,021 | | |
| **Enterprise interest-bearing liabilities:** | | | | | | |
| Retail deposits | $25,743,429 | 377,410 | 2.96% | $18,988,979 | 205,567 | 2.18% |
| Brokered certificates of deposit | 445,486 | 10,879 | 4.92% | 499,266 | 10,809 | 4.37% |
| Customer payables | 6,609,616 | 43,258 | 1.32% | 6,586,985 | 33,330 | 1.02% |
| Repurchase agreements and other borrowings | 12,852,361 | 334,368 | 5.17% | 10,219,654 | 240,623 | 4.68% |
| Federal Home Loan Bank ("FHLB") advances | 5,576,927 | 141,652 | 5.05% | 2,947,569 | 64,746 | 4.37% |
| Stock loan and other | 1,271,225 | 20,896 | 3.31% | 903,005 | 12,684 | 2.83% |
| Total enterprise interest-bearing liabilities | 52,499,044 | 928,463 | 3.55% | 40,145,458 | 567,759 | 2.83% |
| Non-operating interest-bearing liabilities[3] | 2,993,659 | | | 3,757,322 | | |
| Total liabilities | 55,492,703 | | | 43,902,780 | | |
| Total shareholders' equity | 4,313,752 | | | 3,602,241 | | |
| | $59,806,455 | | | $47,505,021 | | |
| **Excess of enterprise interest-earning assets over enterprise interest-bearing liabilities/Enterprise net interest income/Spread** | $ 2,791,178 | $ 800,991 | 2.72% | $ 2,564,848 | $ 654,297 | 2.90% |
| Enterprise net interest margin (net yield on enterprise interest-earning assets) | | | 2.90% | | | 3.06% |
| Ratio of enterprise interest-earning assets to enterprise interest-bearing liabilities | | | 105.32% | | | 106.39% |
| Return on average: | | | | | | |
| Total assets | | | 1.10% | | | 1.26% |
| Total shareholders' equity | | | 15.23% | | | 16.60% |
| Average equity to average total assets | | | 7.21% | | | 7.58% |

Reconciliation from enterprise net interest income to net operating interest income (dollars in thousands):

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2007 | 2006 |
| Enterprise net interest income[4] | $ 800,991 | $ 654,297 |
| Taxable equivalent interest adjustment | (14,807) | (7,698) |
| Customer cash held by third parties and other[5] | 18,566 | 22,792 |
| Net operating interest income | $ 804,750 | $ 669,391 |

[1] Includes segregated cash balances.
[2] Non-operating interest-earning assets consist of property and equipment, net, goodwill, other intangibles, net and other assets that

(3) Non-operating interest-bearing liabilities consist of corporate debt, accounts payable, accrued and other liabilities that do not generate operating interest expense. Some of these liabilities generate corporate interest expense.

do not generate operating interest income. Some of these assets generate corporate interest income.

(4) Enterprise net interest income is taxable equivalent basis net operating interest income excluding corporate interest income and corporate interest expense, stock conduit interest income and expense and interest earned on customer cash held by third parties. Management believes this non-GAAP measure is useful to analysts and investors as it is a measure of the net operating interest income generated by our operations.

(5) Includes interest earned on average customer assets of $3.9 billion and $3.5 billion for the six months ended June 30, 2007 and 2006, respectively, held by parties outside E*TRADE Financial, including third party money market funds and sweep deposit accounts at unaffiliated financial institutions. Other consists of net operating interest income earned on average stock conduit assets of $2.4 million and $591.9 million for the six months ended June 30, 2007 and 2006, respectively.

10

Table of Contents

Average enterprise interest-earning assets increased 31% to $57.7 billion and 29% to $55.3 billion for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006. Average loans, net grew 52% to $31.0 billion and 48% to $29.6 billion for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006. Average loans, net grew as a result of our focus on growing real estate loan products.

Average enterprise interest-bearing liabilities increased 33% to $54.9 billion and 31% to $52.5 billion for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006. The increase in average enterprise interest-bearing liabilities was primarily in retail deposits. Average retail deposits increased 35% to $26.8 billion and 36% to $25.7 billion for the three and six months ended June 30, 2007, respectively, compared to the same period in 2006. Increases in average retail deposits were driven by growth in the Complete Savings Account.

Enterprise net interest spread decreased by 20 basis points to 2.71% and 18 basis points to 2.72% for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006. This decrease was primarily the result of a challenging interest rate environment throughout the past 12 months, during which the yield curve remained relatively flat to inverted.

*Provision for Loan Losses*

Provision for loan losses increased 193% to $30.0 million and 150% to $51.2 million for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006. The increase in the provision for loan losses was related primarily to the growth in our second lien real estate loan portfolio and the increase in delinquent loans during the period. While our credit standards have remained strong, we anticipate upward trends in delinquencies and charge-offs compared to 2006 as a result of the continued seasoning of our second lien real estate loan portfolio and the current instability in the overall consumer credit market. The provision for loan losses is expected to increase in future periods based on the seasoning of the portfolio and the increase in delinquencies and charge-offs. Further deterioration in the consumer credit market could drive an additional increase in the provision for loan losses.

*Commission*

Retail and institutional commission revenue increased 1% to $169.8 million for the three months ended June 30, 2007, compared to the same period in 2006 and decreased 4% to $328.8 million for six months ended June 30, 2007, compared to the same period in 2006. The primary factors that affect our retail commission revenue are DARTs and average commission per trade, which is impacted by both trade types and the mix between our domestic and international businesses. Each business has a different pricing structure, unique to its customer base and local market practices, and as a result, a change in the relative number of executed trades in these businesses impacts average commission per trade. Each business also has different trade types (e.g. equities, options, fixed income, exchange-traded funds, contract for difference and mutual funds) that can have different commission rates. As a result, changes in the mix of trade types within either of these businesses may impact average commission per trade. Institutional commission revenue is also impacted by negotiated rates, which differ by customer. Our institutional customers are provided with global execution and settlement services as well as worldwide access to research provided by third parties in exchange for commissions based on negotiated rates.

DARTs increased 2% to 169,122 for the three months ended June 30, 2007, compared to the same period in 2006 and decreased 2% to 169,571 for the six months ended June 30, 2007, compared to the same period in 2006. Our U.S. DART volume decreased 1% and 6% for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006, driven by changing market conditions and decreased trading activities. Our international DARTs grew by 20% and 25% for the three and six months ended June 30, 2007, respectively, compared to the same periods in 2006, driven entirely by organic growth. Our international operations continue to be a strong growth contributor within our retail trading business, and we believe that over time they will become a significant component of our entire business. In addition, option-related DARTs further increased as a