**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS<br><br>　　　　　　　　Defendants. | Civil No. 1:07-CV-08538-RWS<br><br>CLASS ACTION<br><br>ELECTRONICALLY FILED |

**CERTIFICATE OF SERVICE**

　　　　I, Daniel P. Chiplock, Esq., hereby certify that on January 7, 2008, I electronically filed via the Court's Electronic Case File ("ECF") system the following documents:

    **(1)**     **MEMORANDUM OF LAW IN REPLY TO OPPOSITION OF COMPETING MOTIONS AND IN FURTHER SUPPORT OF SKANDIA LIFE INSURANCE COMPANY LTD.'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL; and**

    **(2)**     **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be mailed to those indicated as non registered participants by the next business day.

740330.1

Dated: New York, New York          __/s  Daniel P. Chiplock_____
       January 7, 2008                Daniel P. Chiplock, Bar No. DC 1137
                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                          780 Third Avenue, 48th Floor
                                          New York, NY  10017
                                          Tel. (212) 355-9500
                                          Fax (212) 355-9592
                                          E-mail: dchiplock@lchb.com

                                          *Attorney for Skandia Life Insurance Company Ltd.*

740330.1                                                    -2-