UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>Defendants. | Case No.: 07-cv-8538 (RWS)<br><br>ECF CASE |

(Captions continued on following page)

**SECOND SUPPLEMENTAL DECLARATION OF JUDITH L. SPANIER
IN SUPPORT OF LEAD PLAINTIFF MOTION OF STATE TEACHERS
RETIREMENT SYSTEM OF OHIO**

| | |
|---|---|
| WILLIAM BOSTON, Individually and on behalf of all others similarly situated,<br>                              Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br>                              Defendants | Case No. 07-cv-8808 (RWS) |
| ROBERT D. THULMAN, Individually and on behalf of all others similarly situated,<br>                              Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br>                              Defendants. | Case No. 07-cv-9651 (RWS) |
| WENDY M. DAVIDSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>                              Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br>                              Defendants. | Civil Action No. 07-cv-10400 (UA) |

| |
|---|
| JOSHUA FERENC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　　　　　Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS,<br>　　　　　　　　　Defendants. |

Civil Action No. 07-cv-10540 (SHS)

JUDITH L. SPANIER, pursuant to 28 U.S.C. § 746, declares as follows under penalty of perjury:

1. I am a partner of the law firm of Abbey Spanier Rodd & Abrams, LLP, counsel for State Teachers Retirement System of Ohio ("STRS"). I submit this second supplemental declaration, together with the exhibits annexed hereto, in further support of STRS' motion to consolidate all related cases, to be appointed as Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel.

2. Annexed hereto as Exhibit A is a "Risk Warning Notice" posted on E*TRADE Financial Corporation's U.K. website.

3. Annexed hereto as Exhibit B are true and correct copies of screen shots of the Options Clearing Corp. website reflecting daily volume and pricing of E*Trade options.

Dated: January 7, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　／s／ Judith L. Spanier
　　　　　　　　　　　　　　　　　　　　　Judith L. Spanier