# Exhibit B

# Volume Information
## Search Result for Options Volume Information



[ Display Percentages ]    [ Download Current Information ]

*Number of Underlying Symbols matching the query: 1*

## From 01-04-08 To 01-04-08

```
Group     Symbol  Ex.    Customer        Firm    Off-Floor  Mkt Maker   Total

ETFC      EUS     A         753            0        753        323      1076
                  B         342            0        342        342       684
                  C       10740           50      10790       2242     13032
                  I        4146            0       4146        938      5084
                  P         478            0        478        200       678
                  X         553            0        553         29       582
Symbol Total =>            17012           50      17062       4074     21136
          OYN     B         150            0        150        110       260
                  C        1341            0       1341        273      1614
                  I         202            0        202        310       512
                  P          10            0         10         10        20
                  X           7            0          7          7        14
Symbol Total =>             1710            0       1710        710      2420
          YZK     A          10            0         10         10        20
                  C         845            0        845        229      1074
                  I           2            0          2          2         4
Symbol Total =>              857            0        857        241      1098
====================================================================
Group Total ==>            19579           50      19629       5025     24654
```

Options Quotes and Calculators

888options.com is now OptionsEducation.org »

Home > Quotes & Calculators

# Detailed Options Chains & Historical Volatility

For more information or help, please view our **help files** or contact our options professionals at 1-888-OPTIONS (1-888-678-4667).

Symbol: etfc    Apply to: Detailed Options Chains    Go    Symbol lookup | Help

Stock Quotes | Detailed Options Chains | Historical Volatility | Quotes Home

**20-minutes delayed data** - Provided by IVolatility.com

| E TRADE FINANCIAL CORPORATION NASDAQ:ETFC | Options Root: | YZK OYN EUS |
|---|---|---|

| Price | Change (%) | 52 wk High | 52 wk Low | Stock Volume | Avg. options volume | Avg. options open interest |
|---|---|---|---|---|---|---|
| 2.83 | -0.40 (-12.38%) | 26.08 16-Jan | 2.81 07-Jan | 42962591 | 15,200 | 727,700 |

○ ATM  ○ ATM+OTM  ○ ATM+ITM  ● All  ○ near-the-money  5  Go

Expiration  Next 2  ○ Call  ○ Put  ● Call & Put

**Expiry: Jan08    Days: 12**

| Strike | Option Symbol | Bid/Ask Mean | Bid | Ask | Change (%) | Volume | Open Interest | Option Value | Implied Vola% | Delta | Gamma | Theta | Alpha | Vega | Rho |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.0 | C EUSAG | 0.125 | 0.10 | 0.15 | -0.25 (-166.67) | 3009 | 8,476 | 0.0179 | 93.54% | 0.4011 | 0.8055 | -0.0079 | -102.5210 | 0.0020 | 0.0003 |
|  | P EUSMG | 0.275 | 0.25 | 0.30 | 0.15 (50.00) | 1589 | 11,571 | 0.1835 | 85.65% | -0.6135 | 0.8707 | -0.0068 | -128.7925 | 0.0020 | -0.0007 |
| 4.0 | C EUSAH | -- | -- | 0.05 | -0.05 (-100.00) | 4478 | 35,523 | 0.000 | -- | -- | -- | -- | -- | -- | -- |
|  | P EUSMH | 1.175 | 1.15 | 1.20 | 0.39 (32.77) | 974 | 11,094 | 1.1641 | 108.97% | -0.9500 | 0.1844 | -0.0019 | -95.7401 | 0.0005 | -0.0013 |
| 5.0 | C EUSAA | -- | -- | 0.05 | 0.00 (0.00) | 510 | 35,345 | 0.000 | -- | -- | -- | -- | -- | -- | -- |
|  | P EUSMA | 2.175 | 2.10 | 2.25 | 0.25 (11.90) | 324 | 39,331 | 2.1626 | 164.89% | -0.9599 | 0.1021 | -0.0024 | -41.7951 | 0.0004 | -0.0016 |
| 6.0 | C EUSAI | -- | -- | 0.05 | 0.00 (0.00) | 88 | 25,085 | 0.000 | -- | -- | -- | -- | -- | -- | -- |
|  | P EUSMI | 3.200 | 3.10 | 3.30 | 0.22 (7.33) | 47 | 1,675 | 3.1611 | -- | -- | -- | -- | -- | -- | -- |
| 7.5 | C EUSAU | -- | -- | 0.05 | 0.00 (0.00) | 18 | 46,260 | 0.000 | -- | -- | -- | -- | -- | -- | -- |
|  | P EUSMU | 4.650 | 4.50 | 4.80 | 0.20 (4.44) | 21 | 1,919 | 4.6589 | -- | -- | -- | -- | -- | -- | -- |
| 9.0 | C EUSAL | -- | -- | 0.05 | 0.00 (0.00) | 30 | 13,984 | 0.000 | -- | -- | -- | -- | -- | -- | -- |
|  | P EUSML | 6.200 | 6.10 | 6.30 | 0.50 (8.47) | 30 | 643 | 6.1567 | -- | -- | -- | -- | -- | -- | -- |
| 10.0 | C EUSAB | -- | -- | 0.05 | 0.04 (80.00) | 0 | 12,697 | 0.000 | -- | -- | -- | -- | -- | -- | -- |
|  | P EUSMB | 7.200 | 7.10 | 7.30 | 0.30 (4.17) | 48 | 7,592 | 7.1552 | -- | -- | -- | -- | -- | -- | -- |
| 11.0 | C EUSAM | -- | -- | 0.05 | 0.00 (0.00) | 0 | 8,737 | 0.000 | -- | -- | -- | -- | -- | -- | -- |
|  | P EUSMM | 8.150 | 8.00 | 8.30 | 0.10 (1.28) | 0 | 1,778 | 8.1537 | -- | -- | -- | -- | -- | -- | -- |
| 12.5 | C EUSAV | -- | -- | 0.05 | 0.00 (0.00) | 0 | 19,251 | 0.000 | -- | -- | -- | -- | -- | -- | -- |
|  | P EUSMV | 9.650 | 9.50 | 9.80 | 0.10 (1.05) | 3 | 3,872 | 9.6515 | -- | -- | -- | -- | -- | -- | -- |
|  | C EUSAP | -- | -- | 0.05 | -0.01 (-25.00) | 0 | 5,261 | 0.000 | -- | -- | -- | -- | -- | -- | -- |

AMERICAN STOCK EXCHANGE  BOX  CBOE  ISE INTERNATIONAL SECURITIES EXCHANGE  NYSE Arca  PHLX  THE OPTIONS CLEARING CORPORATION

Case 1:07-cv-08538-RWS    Document 44-3    Filed 01/07/2008    Page 4 of 4

This web site discusses exchange-traded options issued by The Options Clearing Corporation. No statement in this web site is to be construed as a recommendation to purchase or sell a security, or to provide investment advice. Options involve risk and are not suitable for all investors. Prior to buying or selling an option, a person must receive a copy of Characteristics and Risks of Standardized Options (PDF | 1.4MB - 60 pages). Copies of this document may be obtained from your broker, from any exchange on which options are traded or by contacting The Options Clearing Corporation, One North Wacker Dr., Suite 500 Chicago, IL 60606 (1-800-678-4667).

© 1998-2008 The Options Industry Council - All rights reserved. Please view our Privacy Policy and our User Agreement.