UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>Defendants. | Case No.: 07-cv-8538<br>Judge Robert W. Sweet<br><br>ECF CASE |

(Additional captions omitted)

## CERTIFICATE OF SERVICE

I, Judith L. Spanier, hereby certify that on December 7, 2007, I caused the following document to be served upon the persons/entities listed on the attached service list by U.S. mail and the ECF filing rules:

**OHIO STATE TEACHERS RETIREMENT SYSTEM'S
REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT
OF ITS LEAD PLAINTIFF MOTION AND IN OPPOSITION TO
THE COMPETING LEAD PLAINTIFF MOTIONS.**

_____
Judith L. Spanier

## SERVICE LIST

**Plaintiffs' Counsel**

David A. Rosenfeld
Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS, LLP
58 South Service Road
Suite 200
Melville, New York 11747
(631) 367-7100

Attorneys for Plaintiff Larry Freudenberg

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd.
Mineola, New York 11501
(516) 741-4977

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

Attorneys for Plaintiff William Boston

Lionel Z. Glancy
Michael Goldberg
LAW OFFICES OF LIONEL Z. GLANCY
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
(310) 201-9150

Attorneys for Plaintiff Robert D. Thurman

Ira M. Press
KIRBY MCINERNEY LLP
830 Third Avenue
10th Floor
New York, New York 10022
(212) 317-2300

Attorneys for Plaintiff Wendy M. Davidson

James S. Notis
Dustin P. Mansoor
GARDY & NOTIS, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Attorneys for Plaintiff Joshua Ferenc

David A. P. Brower, Esq.
Brower Piven
A Professional Corporation
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: 212-501-9000

Attorneys for Plaintiff Kristen-Straxton Group

James Hughes, Esq.
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000

Attorneys for Plaintiff Skandia Life Insurance Company Ltd.

**Defendants' Counsel**

Dennis B. Glazer
Nancy B. Ludmerer
Edward N. Moss
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4900

**Judge**

Honorable Robert W. Sweet, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1312