# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated, | Civil Action No. 07-cv-8538 (RWS) |
| Plaintiff, | |
| vs. | CLASS ACTION |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS, | |
| Defendants. | |
| WILLIAM BOSTON, Individually And On Behalf Of All Others Similarly Situated, | Civil Action No. 07-cv-8808 (RWS) |
| Plaintiff, | |
| vs. | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS, | |
| Defendants. | |
| ROBERT D. THURMAN, Individually And On Behalf Of All Others Similarly Situated, | Civil Action No. 07-cv-9651 (RWS) |
| Plaintiff, | |
| vs. | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS, | |
| Defendants. | |

| | |
|---|---|
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated, | Civil Action No. 07-cv-10400 (UA) |
|     Plaintiff, | |
|     VS. | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS, | |
|     Defendants. | |
| JOSHUA FERENC, individually and on behalf of all others similarly situated, | Civil Action No. 07-cv-10540 (SHS) |
|     Plaintiff, | |
|     VS. | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS, | |
|     Defendants. | |

## SECOND DECLARATION OF JAVED FIYAZ IN SUPPORT OF THE KRISTEN - STRAXTON GROUP 'S MOTION FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF THE SELECTION OF LEAD COUNSEL

I, Javed Fiyaz, declare, under penalty of perjury under the laws of the United States of America, as follows:

1.    I was responsible for, and have personal knowledge of, my investments relating to E*Trade Financial Corporation ("E*Trade").

2.    I respectfully submit this declaration in further support of the motion filed by the Kristen-Straxton Group for consolidation, appointment as Lead Plaintiff, and approval of its selection of lead counsel, Brower Piven ("KSG Motion").

3.    The Consolidated Schedule Of Transactions And Losses ("Loss Chart") filed with the KSG Motion and the lists of transactions attached to and part of my Plaintiff's Certification ("Transaction Summary") submitted with the KSG Motion include all of my transactions relating to E*Trade during the period April 20, 2006 through November 9, 2007, which I understand is the longest class period currently alleged in the E*Trade securities cases (the "Class Period"). My E*Trade transactions included on the Loss Chart and Transaction Summary reflect the actual purchase and sale prices paid and received by me for my E*Trade CFDs. The Loss Chart and Transaction Summary include all of my investment positions relating to E*Trade during the Class Period.

4.    I did not engage in any hedging strategy with respect to my positions in E*Trade CFDs. Nor did I engage in any transactions to offset any losses incurred by me with respect to my E*Trade CFD transactions during the Class Period. Rather, my transactions listed on the Loss Chart and Transaction Summary constitute all of my E*Trade transactions during the Class Period. I did not have any open positions in E*Trade securities at the commencement of or at the end of the Class Period.

5.    I did not engage in any short selling of any E*Trade securities during the Class Period.

6.    I used margin to finance a portion of my purchases of E*Trade CFDs. The amount of that financing fluctuated during the period that I invested in E*Trade CFDs. No sales by me of E*Trade CFDs were necessitated by margin calls.

2

7.     After I sold out my positions in E*Trade CFDs as of August 2007, I realized total actual losses on my investments in E*Trade CFDs in excess of $27,000,000.00. That amount was actually paid out-of-pocket by me.

8.     I also incurred finance charges for the margin I used to finance my E*Trade CFD investments. Those financing costs, however, are not included as part of my losses in E*Trade securities listed on the Loss Chart and Transaction Summary.

9.     I also incurred brokerage commissions and fees in connection with my purchases and sales of the E*Trade CFDs. Those commissions and fees were in addition to the losses I incurred on the purchases and sales of the E*Trade CFDs at the prices on the NASDAQ paid for the E*Trade common stock underlying the E*Trade CFDs, and my understanding is that those brokerage commissions and fees are not included on the Loss Chart and Transaction Summary.

10.     My investments in E*Trade CFDs were made based on publicly available information about E*Trade with the intention of making an investment equivalent to purchasing E*Trade common stock and for the purpose of participating in what was hoped to be appreciation of E*Trade common stock. I did not and do not view my investments in E*Trade CFDs as side bets or gambling.

Executed this O 4 day of January, 2008.

_____
Javed Fiyaz