# EXHIBIT J




LATEST NEWS — DIPLOMATIC ROW AS AFGHANS EXPEL EUROPEAN PAIR          Quotes, News, Pictures & Video [Search] Login

**Tech Update**
Reuters Breaking Tech Newsletter delivered to your inbox every day.
Subscribe

You are here:   Home  > Investing > Quotes > Press Releases > Article          Wed 26 Dec 2007 | 21:47 GMT | Weather

# Credit Suisse (Eur) - EPT Disclosure
Thu Dec 13, 2007 11:39am GMT

Email | Print | Share | Single Page | Recommend (0)                 [-] Text [+]

RNS Number:8393J
Credit Suisse Securities (Eur) Ltd
13 December 2007

**MARKET UPDATE**

| | UK | US | Europe | Asia | UK Most Actives |

| | | |
|---|---|---|
| FTSE 100 | 6,479.30 | +0.00 |
| FTSE 250 | 10,586.70 | +0.00 |
| FTSE All | 3,292.18 | +0.00 |
| Techmark | 1,628.31 | +0.00 |

Get a Share Quote

```
                                                FORM 38.5 (a)

          DEALINGS BY CONNECTED EXEMPT PRINCIPAL TRADERS
                WITH RECOGNISED INTERMEDIARY STATUS
                DEALING IN A CLIENT-SERVING CAPACITY
                  (Rule 38.5(a) of the Takeover Code)

1. KEY INFORMATION

Name of exempt principal trader           Credit Suisse Securitie
Company dealt in                          BHP Billiton
Class of relevant security to which the dealings being    Ordinary Shares
disclosed relate (Note 1)
Date of dealing                           12-Dec-2007
2. DEALINGS (Note 2)
(a) Purchases and sales
Total number of securities purchased      Highest price paid (Not
1825374                                   16.72 (GBP)

Total number of securities sold           Highest price received
                                          3)
2100904                                   16.74 (GBP)
(b) Derivatives transactions (other than options)
Product name, e.g. CFD    Long/short (Note 4)    Number of securities (Note 5)
CFD                       Long                   41073
CFD                       Long                   15000
CFD                       Long                   278
CFD                       Short                  50000
CFD                       Short                  15000
CFD                       Short                  271
(c) Options transactions in respect of existing securities
(i) Writing, selling, purchasing or varying
Product        Writing, selling,   Number of securities to    Exercise Type, e.(
name,e.g. call purchasing, varying  which the option relates   price    European
option         etc.                 (Note 5)                            date

(ii) Exercising
Product name, e.g. call option      Number of securities        Exercise pr

3. OTHER INFORMATION
Agreements, arrangements or understandings relating to options or derivatives
Full details of any agreement, arrangement or understanding between the person disc
to the voting rights of any relevant securities under any option referred to on thi
rights or future acquisition or disposal of any relevant securities to which any de
referenced. If none, this should be stated.
Date of disclosure                        13-Dec-2007 11:31:54
Contact name                              Collins,Carolyn
Telephone number                          44 20 7888 0241
Name of offeree/offeror with which connected   Rio Tinto Plc
Nature of connection (Note 6)             ADVISOR
Notes
The Notes on Form 38.5(a) can be viewed on the Takeover Panel's website at www.thet

           This information is provided by RNS
     The company news service from the London Stock Exchange
END

EMMFFAFFDSWSEDE
```



**REUTERS FOOTBALL CHAMPIONS LEAGUE**
- Wenger spared further UEFA punishment
- Benzema aims high for the future
- Lazio, Anderlecht fined by UEFA for unruly fans

More Champions League Football News

**MOST POPULAR ON REUTERS UK**

Articles | Videos | Searched | Recommended

1. Police probe San Francisco zoo after tiger mauling | Video
2. Russia launches final satellites for its own GPS
3. U.S. gold hits 1-month high, platinum record
4. Berkshire Hathaway to buy $4.5 billion Marmon stake
5. Seven great "medical myths" revealed
6. Argentine pilots break silence over World War Two
7. CHRONOLOGY-Politics, diplomacy play role in Zoe's Ark case
8. EastEnders pips Dr Who on Christmas
9. Over 150 PKK killed in Turkish December 16 Iraq strikes
10. Kumble takes special pride in five-wicket haul

© Reuters 2007 All rights reserved

SHARE:   Del.icio.us   Digg   Mixx   My Web   Facebook   Newsvine

### MORE TOP NEWS

- Candidates hunt for win in Iowa, New Hampshire
- Police probe San Francisco zoo after tiger attack  | Video
- Pakistani, Afghan leaders vow cooperation  | Video
- Turkish warplanes strike rebels in Iraq
- More Top News...

### BUSINESS BLOG POSTS

Prepping in NYC
*Brent's Blog*

Recommended Reading - Why the CFO's first 100 days at work matter
*Management Turnover as Change Agent*

Keep an eye on: Paul Allen
*MediaFile*

Wish List
*Random Roger's Big Picture*

powered by BlogBurst                    Views in these blog posts are those of the author and not of Reuters.

### ALSO ON REUTERS


Indonesia marks tsunami anniversary with quake drill


Pope Benedict makes appeal for peace this Christmas


Pro-Thaksin party looks set to run Thailand

**Ads by Google**  What's This?

Credit Suisse Trading
Read Credit Suisse Career Surveys: Firm Culture, Finance Pay, Hiring!
www.Vault.com/Finance

Does Your Job Own You?
Single Dad Leaves Rat Race Behind Gets Rich With 4-Year Old Assistant
www.followmetowealth.com

CFD Visualization: Tecplot
CFD visualization software for advanced post-processing results
www.tecplot.com

Fed Killing the Dollar?
Learn How to Profit From the Credit Crisis! Multiply Money up to 30x
MoneyAndMarkets.com

uk.reuters.com   Help and Contact Us  |  Advertise With Us  |  Mobile  |  Newsletters  |  RSS  |  Desktop Alerts  |  Interactive TV  |  Labs  |  Reuters in Second Life  |  Archive  |  Site Index  |  Video Index

Reuters Corporate:   Copyright  |  Disclaimer  |  Privacy  |  Professional Products  |  Professional Products Support  |  About Reuters  |  Careers

International Editions:   Africa  |  Arabic  |  Argentina  |  Brazil  |  Canada  |  Chinese Simplified  |  Chinese Traditional  |  France  |  Germany  |  India  |  Italy  |  Japan  |  Latin America  |  Mexico  |  Russia  |  Spain  |  United Kingdom  |  United States

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.