# EXHIBIT K

# iSOFT

REG-Arrowstreet Capital Rule 8.3- (ISoft Group PLC)

Released: 27/06/2007

RNS Number:0888Z
Arrowstreet Capital
26 June 2007

FORM 8.3

DEALINGS BY PERSONS WITH INTERESTS IN SECURITIES REPRESENTING 1% OR MORE
(Rule 8.3 of the Takeover Code)

1. KEY INFORMATION

| | |
|---|---|
| Name of person dealing (Note 1) | Arrowstreet Capital, Limited Partnership |
| Company dealt in | ISOFT Group PLC |
| Class of relevant security to which the dealings being disclosed relate (Note 2) | |
| Date of dealing | 06/26/2007, 6/14/2007, 6/15/2007 |

2. INTERESTS, SHORT POSITIONS AND RIGHTS TO SUBSCRIBE

(a) Interests and short positions (following dealing) in the class of relevant security dealt in (Note 3)

| | Long Number (%) | Short Number (%) |
|---|---|---|
| (1) Relevant securities | 8,851,626  3.81% | |
| (2) Derivatives (other than options) | 1,126,240  0.48% | |
| (3) Options and agreements to purchase/sell | | |
| Total | 9,977,866  4.29% | |

(b) Interests and short positions in relevant securities of the company, other than the class dealt in (Note 3)

| Class of relevant security: | Long Number (%) | Short Number (%) |
|---|---|---|
| (1) Relevant securities | | |
| (2) Derivatives (other than options) | | |
| (3) Options and agreements to purchase/sell | | |
| Total | | |

(c) Rights to subscribe (Note 3)

| Class of relevant security: | Details |
|---|---|

3. DEALINGS (Note 4)

(a) Purchases and sales

Date of Dealing   Purchase/sale   Number of securities    Price per unit (Note 5)

(b) Derivatives transactions (other than options)

| Product name, e.g. CFD | Long/short (Note 6) | Number of securities (Note 7) | Price per unit (Note 5) |
|---|---|---|---|
| CFD | Sell Long | 130,953 | 0.4275 |
| CFD | Sell Long | 661,046 | 0.4275 |
| CFD | Sell Long | 34,046 | 0.4275 |
| CFD | Sell Long | 171,860 | 0.4275 |
| CFD | Sell Long | 155,537 | 0.4775 |
| CFD | Sell Long | 5,779 | 0.4775 |

(c) Options transactions in respect of existing securities

(i) Writing, selling, purchasing or varying

| Product name, e.g. call option | Writing, selling, purchasing, varying etc. | Number of securities to which the option relates (Note 7) | Exercise price | Type, e.g. American, European etc. | Expiry date | Option money paid/received per unit (Note 5) |
|---|---|---|---|---|---|---|

(ii) Exercising

| Product name, e.g. call option | Number of securities | Exercise price per unit (Note 5) |
|---|---|---|

(d) Other dealings (including new securities) (Note 4)

Nature of transaction (Note 8)   Details   Price per unit (if applicable) (Note 5)

4. OTHER INFORMATION

Agreements, arrangements or understandings relating to options or derivatives

Full details of any agreement, arrangement or understanding between the person disclosing and any other person relating to the voting rights of any relevant securities under any option referred to on this form or relating to the voting rights or future acquisition or disposal of any relevant securities to which any derivative referred to on this form is referenced. If none, this should be stated.

Is a Supplemental Form 8 attached? (Note 9) YES/NO

| | |
|---|---|
| Date of disclosure | 06/26/2007 |
| Contact name | Vaithehi Muttulingam, CPA, CFA |
| Telephone number | 617-547-9999 |

If a connected EFM, name of offeree/offeror with which connected
If a connected EFM, state nature of connection (Note 10)

Notes

The Notes on Form 8.3 can be viewed on the Takeover Panel's website at www.thetakeoverpanel.org.uk

This information is provided by RNS
The company news service from the London Stock Exchange

END
RETDDGDLSGDGGRL