# EXHIBIT L




| Home | About us | Events | Audio/Visual Library | Market Views | Help | Digital Edition | Academy | Subscribe to Daily Email |



**Sector Search**
Cautious Managed
Emerging Markets
Ethical
Global Funds
Multimanager
Offshore
Property
Structured Products
UK All Companies

Investment Trusts
Pensions
Fund Manager Focus
UK
US
Europe
Japan/Far East
Asset Allocation
Bonds
Sector Analysis
RSS
Contact us
Advertise

To sign-up for our free daily email alerts service. Enter your email address here:
Email address :

Register now

News

## Skandia unveils line-up for latest Best Ideas fund

By Natalie Kenway and Hannah Smith



Skandia Investment Management has revealed the line-up for its UK Strategic Best Ideas fund, with BlackRock Mlim taking two of the 10 spots.

In addition to the group's Richard Plackett and Mark Lyttleton, other managers involved include John Wood from Artemis, George Luckraft of Axa Framlington, Cazenove's Tim Russell, and Gartmore's UK Focus team of Ashley Willing and Simon King.

Rounding out the 10 are New Star's Charles Tritton, Andrew Kelly and David Stevenson of Resolution Cartesian, SVM founder Colin McLean and Threadneedle's Paul Findley.

UK Strategic Best Ideas is set to launch on 19 September. It will allow managers to hold long and short positions on their 10 highest-conviction stock ideas, echoing the structure of Skandia's two other Best Ideas offerings.

Managers will be able to take up to 10 long or a maximum of five short positions in any combination so they can profit from rising and falling prices. The fund will always contain 50 long ideas, and managers will implement shorts using CFDs.

Skandia IM said the product will have a low correlation to other long-only equity funds, and will be able to take market exposure between 0% and 100%, depending on whether managers are bullish or bearish. The product will sit in the IMA All Companies sector.

Click here for a printer friendly version of this page
Mail this article to a friend

Related Articles
Sorry, there are no related stories.

Related media


**BlackRock UK Absolute Alpha**

Mark Lyttleton presents the BlackRock UK Absolute Alpha fund.


**F&C Strategic Bond Fund**
Fatima Luis explains how she's sought to add value against what remains a challenging backdrop for the fixed income investor.


**Cartesian UK Opportunities Fund**
Focusing on companies that are less dependent on the overall economic cycle, we believe the quality of stocks within the portfolio should shine.

**Fund factsheets**
Use our powerful fund factsheet tool to find information on managers, performance and strategy

**Investment Week Academy**
Certificate of Finance Study Aids
Practical and Technical Pages
E-supplements



Login
Username:
Password:
Remember me:
Submit

**Conjecture**

**The Outlook for 2008:**
Will it be the year of the bull or year of the bear in 2008? On this debate our panelists from Barings, JPMorgan and Standard & Poor's had varied views on where they thought value could be found....
More conjecture





© Incisive Media Ltd. 2007 | Terms and conditions | Privacy policy | Accessibility | Disclaimer
Incisive Media Limited, Haymarket House, 28-29 Haymarket, London SW1Y 4RX, is a company registered in the United Kingdom with company registration number 04038503