AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

|                 | DISTRICT OF |          |
| --------------- | ----------- | -------- |
| Southern        |             | New York |

Larry Freudenberg et al.

**APPEARANCE**

v.

E*Trade Financial Corporation et. al.

Case Number:  07-Civ.-08538 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

E*Trade Financial Corporation

Mitchell H. Caplan

Robert J. Simmons

I certify that I am admitted to practice in this court.

| 1/8/2008 | Signature |
| -------- | --------- |
| Date     |           |

| Andrew E. Krause | AK 8270 |
| ---------------- | ------- |
| Print Name       | Bar Number |

| Davis Polk & Wardwell  450 Lexington Avenue | | |
| --- | --- | --- |
| Address | | |

| New York | NY | 10017 |
| -------- | -- | ----- |
| City     | State | Zip Code |

| (212) 450-4330 | (212) 450-3330 |
| -------------- | -------------- |
| Phone Number   | Fax Number     |