AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Larry Freudenberg et al.

v.

E*Trade Financial Corporation et al.

**APPEARANCE**

Case Number: 07-Civ.-08538 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

E*Trade Financial Corporation

Mitchell H. Caplan

Robert J. Simmons

I certify that I am admitted to practice in this court.

| 1/9/2008 | [signature] |
|---|---|
| Date | Signature |
| | Dennis E. Glazer — DG 2289 |
| | Print Name — Bar Number |
| | Davis Polk & Wardwell  450 Lexington Avenue |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 450-4330 — (212) 450-3330 |
| | Phone Number — Fax Number |