UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>　　　　　　　　　Defendants. | Case No.: 07-cv-8538 (RWS)<br><br>ECF CASE |

(Additional captions omitted)

## NOTICE OF APPEARANCE

To the ECF Clerk of this court and all parties of record:

　　Please enter the below attorneys as additional attorneys of record in this case for Plaintiff as Lead Counsel. Please include them to receive Notice of all ECF filings in this case.

Dated: New York, New York
　　　　January 28, 2008

　　　　　　　　　　　　　ABBEY SPANIER RODD & ABRAMS, LLP

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　Judith L. Spanier (JS 5065)
　　　　　　　　　　　　　Jill S. Abrams (JA 1578)
　　　　　　　　　　　　　Nancy Kaboolian (NK 6346)
　　　　　　　　　　　　　Orin Kurtz (OK 7334)
　　　　　　　　　　　　　212 East 39th Street
　　　	　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　**jspanier@abbeyspanier.com**
　　　　　　　　　　　　　**jabrams@abbeyspanier.com**
　　　　　　　　　　　　　**nkaboolian@abbeyspanier.com**
　　　　　　　　　　　　　**okurtz@abbeyspanier.com**
　　　　　　　　　　　　　Tel: (212) 889-3700
　　　　　　　　　　　　　Fax: (212) 684-5191

　　　　　　　　　　　　　Attorneys for Plaintiff