UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
LARRY FREUDENBERG, Individually and )
on Behalf of All Others Similarly Situated, )
                                    )   Civil Action No. 07-8538-RWS
                      Plaintiff,    )
                                    )
   -against-                        )
                                    )
E*TRADE FINANCIAL CORPORATION,      )
MITCHELL H. CAPLAN and ROBERT J.    )
SIMMONS,                            )
                                    )
                      Defendants.   )
_____)
   (caption continued on next pages)

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

    James M. Hughes, admitted pro hac vice, and Senior Counsel of the firm Motley Rice LLC, hereby enters his appearance as counsel of record on behalf of Skandia Life Insurance Company Ltd. in the above-captioned actions, and requests that copies of all notices, pleadings, and other documents filed in these proceedings be provided to him.

Dated: February 5, 2008            /s/ James M. Hughes
      Mt. Pleasant, SC             James M. Hughes
                                              MOTLEY RICE LLC
                                              P.O. Box 1792 (zip 29465)
                                              28 Bridgeside Blvd.
                                              Mt. Pleasant, SC  29464
                                              Tel: (843) 216-9133
                                              Fax: (843) 216-9440
                                              E-mail: jhughes@motleyrice.com

                                              *Attorney for Skandia Life Insurance Company Ltd.*

| | |
|---|---|
| _____ )<br>WILLIAM BOSTON, Individually and on )<br>Behalf of All Others Similarly Situated, )<br>                                                                )<br>                              Plaintiff,            )<br>                                                                )<br>   -against-                                             )<br>                                                                )<br>E*TRADE FINANCIAL CORPORATION, )<br>MITCHELL H. CAPLAN and ROBERT J. )<br>SIMMONS,                                             )<br>                                                                )<br>                              Defendants.      )<br>_____) | Civil Action No. 07-8808-RWS |
| _____ )<br>ROBERT D. THULMAN, Individually and on )<br>Behalf of All Others Similarly Situated, )<br>                                                                )<br>                              Plaintiff,            )<br>                                                                )<br>   -against-                                             )<br>                                                                )<br>E*TRADE FINANCIAL CORPORATION, )<br>MITCHELL H. CAPLAN and ROBERT J. )<br>SIMMONS,                                             )<br>                                                                )<br>                              Defendants.      )<br>_____) | Civil Action No. 07-9651-RWS |
| _____ )<br>WENDY M. DAVIDSON, Individually and on )<br>Behalf of All Others Similarly Situated, )<br>                                                                )<br>                              Plaintiff,            )<br>                                                                )<br>-against-                                                )<br>                                                                )<br>E*TRADE FINANCIAL CORPORATION, )<br>MITCHELL H. CAPLAN and ROBERT J. )<br>SIMMONS,                                             )<br>                                                                )<br>                              Defendants.      )<br>_____) | Civil Action No. 07-10400-UA |

2

```
_____
                                    )
JOSHUA FERENC, Individually and on  )
Behalf of All Others Similarly Situated, )
                                    )
                                    )   Civil Action No. 07-10540-SHS
                      Plaintiff,    )
                                    )
-against-                           )
                                    )
E*TRADE FINANCIAL CORPORATION,      )
MITCHELL H. CAPLAN, AND ROBERT J.   )
SIMMONS,                            )
                                    )
                      Defendants.   )
_____)
```