UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br>    Defendants. | Civil Action No. 07-cv-8538 (RWS)<br><br>CLASS ACTION |
| WILLIAM BOSTON, Individually And On Behalf Of All Others Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br>    Defendants. | Civil Action No. 07-cv-8808 (RWS) |
| ROBERT D. THURMAN, Individually And On Behalf Of All Others Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br>    Defendants. | Civil Action No. 07-cv-9651 (RWS) |
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br>    Defendants. | Civil Action No. 07-cv-10400 (RWS) |

**NOTICE OF SUPPLEMENTAL AUTHORITY
<u>SUBMITTED BY THE KRISTEN-STRAXTON GROUP</u>**

**PLEASE TAKE NOTICE** of the Letter to the Honorable Robert W. Sweet from David A.P. Brower, Esq., counsel for proposed lead plaintiff, the Kristen-Straxton Group, dated July 7,

2008, annexing the recent decision in *CSX Corp. v. The Children's Investment Fund Management (UK) LLP,* No. 08 Civ. 2764 (LAK), 2008 U.S. Dist. LEXIS 46039 (S.D.N.Y. June 11, 2008), as Exhibit A thereto.

Dated:  July 7, 2008

Respectfully submitted,

**BROWER PIVEN**
  A Professional Corporation

  /s/   David A.P. Brower
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300

**BROWER PIVEN**
  A Professional Corporation
Charles J. Piven
World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: (410) 332-0030
Facsimile:  (410) 685-1300

*Counsel for the Kristen-Straxton Group and Proposed Lead Counsel for the Class*