UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br><br>Defendants. | Case No.: 07-cv-8538<br>Judge Robert W. Sweet<br><br>ECF CASE |

(Captions continued on following page)

**RESPONSE BY STATE TEACHERS RETIREMENT SYSTEM OF OHIO
TO NOTICE OF SUPPLEMENTAL AUTHORITY**

ABBEY SPANIER RODD
& ABRAMS, LLP

Judith L. Spanier (JS 5065)
Jill S. Abrams (JA 1578)
Nancy Kaboolian (NK 6346)
Orin Kurtz (OK 7334)
212 East 39th Street
New York, New York 10016
jspanier@abbeyspanier.com
jabrams@abbeyspanier.com
nkaboolian@abbeyspanier.com
okurtz@abbeyspanier.com
Tel: (212) 889-3700
Fax: (212) 684-5191

**Proposed Lead Counsel for Proposed
Lead Plaintiff State Teachers Retirement
System of Ohio and Special Counsel to
the Attorney General of Ohio**

| | |
|---|---|
| WILLIAM BOSTON, Individually and on behalf of all others similarly situated,<br>                    Plaintiff,<br>-v-<br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br>                    Defendants. | Case No. 07-cv-8808 (RWS) |
| ROBERT D. THULMAN, Individually and on behalf of all others similarly situated,<br>                    Plaintiff,<br>-v-<br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT SIMMONS,<br>                    Defendants. | Case No. 07-cv-9651 (RWS) |
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated,<br>                    Plaintiff,<br>-v-<br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br>                    Defendants. | Civil Action No. 07-cv-10400 (RWS) |
| JOSHUA FERENC, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>-v-<br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, and ROBERT J. SIMMONS,<br><br>                    Defendants. | Civil Action No. 07-cv-10540 (RWS) |

PLEASE TAKE NOTICE of the Letter to the Honorable Robert W. Sweet from Judith L. Spanier, counsel for proposed Lead Plaintiff State Teachers Retirement System of Ohio ("STRS") dated July 9, 2008, annexed hereto as Exhibit A, submitted in response to the Notice of Supplemental Authority and the accompanying letter filed on July 7, 2008 by the Kristen-Straxton Group.

Dated: New York, New York
July 9, 2008

                                          **ABBEY SPANIER RODD & ABRAMS, LLP**

By: /s/ Judith L. Spanier
Judith L. Spanier (JS 5065)
Jill S. Abrams (JA 1578)
Nancy Kaboolian (NK 6346)
Orin Kurtz (OK 7334)
212 East 39th Street
New York, New York 10016
jspanier@abbeyspanier.com
jabrams@abbeyspanier.com
nkaboolian@abbeyspanier.com
okurtz@abbeyspanier.com
Tel: (212) 889-3700
Fax: (212) 684-5191

**Proposed Lead Counsel for Proposed Lead Plaintiff State Teachers Retirement System of Ohio and Special Counsel to the Attorney General of Ohio**