UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated,<br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br>    Defendants. | Civil Action No. 07-cv-8538 (RWS)<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Lead Plaintiff, The Kristen-Straxton Group.

I certify that I am admitted to practice in this court.


Dated:  July 23, 2008                                  Respectfully submitted,


                                              BROWER PIVEN
                                                A Professional Corporation

                                            /s/   David A.P. Brower
                                            David A.P. Brower
                                            488 Madison Avenue
                                            Eighth Floor
                                            New York, New York 10022
                                            Telephone: (212) 501-9000
                                            Facsimile:  (212) 501-0300