**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                      )
LARRY FREUDENBERG, Individually and  )
on Behalf of All Others Similarly Situated,    )
                                                      )   Civil Action No. 07-8538-RWS
                          Plaintiff,          )
                                                      )
        -against-                              )
                                                      )
E*TRADE FINANCIAL CORPORATION,   )
MITCHELL H. CAPLAN and ROBERT J.   )
SIMMONS,                                      )
                                                      )
                          Defendants.      )
_____)

(caption continued on next pages)


**MOTION TO WITHDRAW AS COUNSEL**
**AND MEMORANDUM IN SUPPORT**

777097.1

| | |
|---|---|
| WILLIAM BOSTON, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, )<br>)<br>Defendants. ) | Civil Action No. 07-8808-RWS |
| ROBERT D. THULMAN, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, )<br>)<br>Defendants. ) | Civil Action No. 07-9651-RWS |
| WENDY M. DAVIDSON, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, )<br>)<br>Defendants. ) | Civil Action No. 07-10400-UA |

777097.1

|  |  |
|---|---|
| JOSHUA FERENC, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS,<br><br>      Defendants. | Civil Action No. 07-10540-SHS |

Pursuant to Local Civil Rule 1.4, Motley Rice LLC and Lieff, Cabraser, Heimann & Bernstein, LLP move this Court for an order allowing them to withdraw as counsel for Skandia Life Insurance Company Ltd. ("Skandia") for the following reason.

On December 3, 2007, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Skandia moved the Court for an order (i) appointing it as Lead Plaintiff in the above-captioned cases, and (ii) approving Motley Rice LLC as Lead Counsel and Lieff, Cabraser, Heimann & Bernstein, LLP as Liaison Counsel.  On July 17, 2008 the Court appointed the Kristen-Straxton Group and Ira Newman as Co-Lead Plaintiffs and Brower Piven and Levi & Korsinsky, LLP as Co-Lead Counsel.

For this reason, Motley Rice LLC and Lieff, Cabraser, Heimann & Bernstein, LLP respectfully request that the Court grant their motion and order that they may withdraw from the above-captioned cases.  The motion is without prejudice to the rights of Skandia to remain a member of the putative class and to share in any potential recovery obtained.  Counsel has submitted a proposed order in Word format to judgments@nysd.uscourts.gov, pursuant to Rule 18.4 of the SDNY Electronic Case Filing Rules & Instructions.

Respectfully submitted this 4th Day of August, 2008.

/s/ Daniel P. Chiplock
Daniel P. Chiplock (DC – 1137)

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Steven E. Fineman, Esq. (SF – 8481)
Daniel P. Chiplock, Esq. (DC – 1137)
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Tel: 212-355-9500
Fax: 212-355-9592

[Proposed] Liaison Counsel

and

MOTLEY RICE LLC
Ann K. Ritter, Esq.
James M. Hughes, Esq.
P.O. Box. 1792 (29465)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

[Proposed] Lead Counsel

and

STURMAN LLC
Deborah Sturman, Esq.
112 Madison Avenue
New York, New York 10016-7416
Tel: 646-932-2040
Fax: 917-546-2544

Counsel for Skandia Life Insurance Company Ltd.

2

777097.1

## CERTIFICATE OF SERVICE

I, Daniel P. Chiplock, Esq., hereby certify that on August 4, 2008, I electronically filed via the Court's Electronic Case File ("ECF") system the following document: *Notice of Withdrawal of Counsel.* I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be mailed to those indicated as non registered participants by the next business day:

**Lionel Z. Glancy**
Law Offices of Lionel Z. Glancy
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

**Howard G. Smith**
Smith & Smith
3070 Bristol Pike
Bensalem, PA 19020

Date: August 4, 2008        /s/ Daniel P. Chiplock

Daniel P. Chiplock (DC – 1137)

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Steven E. Fineman, Esq. (SF – 8481)
Daniel P. Chiplock, Esq. (DC – 1137)
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Tel: 212-355-9500
Fax: 212-355-9592