**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                               )
LARRY FREUDENBERG, Individually and            )
on Behalf of All Others Similarly Situated,    )
                                               )   Civil Action No. 07-8538-RWS
                        Plaintiff,             )
                                               )
    -against-                                  )
                                               )
E*TRADE FINANCIAL CORPORATION,                 )
MITCHELL H. CAPLAN and ROBERT J.               )
SIMMONS,                                       )
                                               )
                        Defendants.            )
_____)

(caption continued on next pages)


**[PROPOSED] ORDER GRANTING MOTION**
**TO WITHDRAW AS COUNSEL**

777096.1

| | |
|---|---|
| WILLIAM BOSTON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> -against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-8808-RWS |
| ROBERT D. THULMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> -against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-9651-RWS |
| WENDY M. DAVIDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-10400-UA |

777096.1

|  |  |
|---|---|
| JOSHUA FERENC, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS,<br><br>                    Defendants. | Civil Action No. 07-10540-SHS |

777096.1

      Motley Rice LLC and Lieff, Cabraser, Heimann & Bernstein, LLP have moved the Court for an order granting their motion to withdraw from the above-captioned consolidated cases, pursuant to Local Civil Rule 1.4, because the entity they represent, Skandia Life Insurance Company Ltd. ("Skandia") was not appointed Lead Plaintiff and counsel was not chosen as Lead and Liaison Counsel. Having considered the motion, the Court GRANTS the motion of counsel to withdraw from the above-captioned consolidated cases.

      It is so ordered.

**New York, N.Y.**
**Date:**                                                               _____
                                                                         **ROBERT W. SWEET**
                                                                             **U.S.D.J.**