UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

| | |
|---|---|
| LARRY FREUDENBERG, Individually and On Behalf of All Others Similarly Situated,   : | |
|                                           : | Civil Action No. |
|                      Plaintiff,        : | |
|                                           : | 07 Civ. 8538 (JPO) (MHD) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

LARRY FREUDENBERG, Individually and   :
On Behalf of All Others Similarly Situated,   :
                                          :    Civil Action No.

                     Plaintiff,        :
                                          :    07 Civ. 8538 (JPO) (MHD)

       - against -                  :

E*TRADE FINANCIAL CORPORATION,   :
MITCHELL H. CAPLAN, ROBERT J.   :
SIMMONS and DENNIS E. WEBB,   :

                   Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF TIMELY FILED OBJECTIONS

      Pursuant to the Court's June 12, 2012 Order Granting Preliminary Approval of Settlement, Granting Conditional Class Certification, and Providing for Notice ("Preliminary Approval Order"), Lead Plaintiffs Kristen Management Limited, Straxton Properties, Inc., and Javed Fiyaz ("Kristen-Straxton Group"), Co-Lead Plaintiff Ira Newman and additional plaintiffs Peter Farah and Andrea Frascaroli (collectively, "Plaintiffs") respectfully submit this Notice of Timely Filed Objections that have been received by Plaintiffs' Counsel and/or filed with the Court in connection with Plaintiffs' Motions for (1) Final Approval of Class Notice and Final Certification of the Class for Purposes of Settlement, (2) Final Approval of the Proposed Settlement and the Proposed Plan of Allocation, and (3) Attorneys' Fees and Reimbursement of Litigation Expenses. The Declaration of Brian C. Kerr, dated September 21, 2012, annexing copies of such objections is submitted herewith.

      Plaintiffs' Counsel will respond to each said objection on or before October 4, 2012 as provided by the Preliminary Approval Order.

Dated:  September 21, 2012

**BROWER PIVEN**
  **A PROFESSIONAL CORPORATION**

_____
David A.P. Brower
Brian C. Kerr
488 Madison Avenue, 8th Floor
New York, NY 10022
T: (212) 501-9000
F: (212) 501-0300

*Lead Counsel for Plaintiffs*

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
Shannon L. Hopkins
30 Broad Street, 15th Floor
New York, NY 10004
T: (212) 363-7500
F: (212) 363-7171

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, I served true and correct copies of the foregoing Notice of Filing of Objections by causing copies to be sent as follows:

By the ECF System and By Electronic Mail

Dennis Glazer
Amelia T.R. Starr
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Defendants*

By Regular Mail

Paul Liles
1304 Wakefield Lane
Birmingham, AL 35243

*Objector*

Leon I. Behar
347 Fifth Avenue, Suite 1506
New York, NY 10016

*Objector*

Chris Andrews
23610 Hazen Road
Southfield, MI 48033-2507

*Objector*

Brian Felgoise, Esq.
Felgoise Law Firm
The Pavilion, Suite 518
261 Old York Road, PO Box 706
Jenkintown, PA 19046

*Counsel for Objector Eldon R. Ventris*

Brian C. Kerr