UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

LARRY FREUDENBERG, Individually and
On Behalf of All Others Similarly Situated,    :

          :   Civil Action No.

         Plaintiff,    :

          :   07 Civ. 8538 (JPO) (MHD)

     - against -    :

          :

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN, ROBERT J.    :
SIMMONS and DENNIS E. WEBB,    :

          :

       Defendants.    :

          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF BRIAN C. KERR REGARDING TIMELY FILED OBJECTIONS

I, Brian C. Kerr, hereby declare as follows:

1.    I am a Director at Brower Piven, A Professional Corporation ("Brower Piven"), Court-appointed Lead Counsel in the above-captioned action. I am fully familiar with all the facts and circumstances herein.

2.    I submit this Declaration in connection with the accompanying Notice of Timely Filed Objections, and to provide the Court with copies of all objections received by the parties and/or filed with the Court in connection with Plaintiffs' Motions for (1) Final Approval of Class Notice and Final Certification of the Class for Purposes of Settlement, (2) Final Approval of the Proposed Settlement and the Proposed Plan of Allocation, and (3) Attorneys' Fees and Reimbursement of Litigation Expenses.

3.    Attached as Exhibit 1 is a true and correct copy of the Objections to the Proposed Settlement and Proof of Membership in Class, on behalf of Paul Liles, dated September 6, 2012.

4.      Attached as Exhibit 2 is a true and correct copy of the Objection of Leon I. Behar to Motions for Final Approval of the Proposed Settlement and Attorneys' Fees and Request to Attend Settlement Hearing and Address the Court, on behalf of Leon I. Behar, dated September 10, 2012.

5.      Attached as Exhibit 3 is a true and correct copy of the Objection to Proposed Settlement and Intent to Appear at Hearing, on behalf of Chris Andrews, dated September 5, 2012.

6.      Attached as Exhibit 4 is a true and correct copy of the Supplement to Existing Objection, on behalf of Chris Andrews, dated September 10, 2012.

7.      Attached as Exhibit 5 is a true and correct copy of the Objection on behalf of Eldon R. Ventris, dated September 4, 2012, and a letter from his counsel dated September 10, 2012 concerning Mr. Ventris's proof of membership in the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of September, 2012 at New York, New York.

_____
Brian C. Kerr

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, I served true and correct copies of the foregoing Declaration of Brian C. Kerr in Connection with Filing of Objections by causing copies to be sent as follows:

<u>By the ECF System and By Electronic Mail</u>

Dennis Glazer
Amelia T.R. Starr
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Defendants*

<u>By Regular Mail</u>

Paul Liles
1304 Wakefield Lane
Birmingham, AL 35243

*Objector*

Leon I. Behar
347 Fifth Avenue, Suite 1506
New York, NY 10016

*Objector*

Chris Andrews
23610 Hazen Road
Southfield, MI 48033-2507

*Objector*

Brian Felgoise, Esq.
Felgoise Law Firm
The Pavilion, Suite 518
261 Old York Road, PO Box 706
Jenkintown, PA 19046

*Counsel for Objector Eldon R. Ventris*

Brian C. Kerr

# Exhibit 5

 **FELGOISE LAW FIRM**

The Pavilion - Suite 518
261 Old York Road - PO Box 706
Jenkintown, PA 19046

(215) 886-1900

**Brian M. Felgoise**
**James W. Wilson**
**Jeffrey M. Izes**

Members of Pennsylvania
and New Jersey Bars

September 4, 2012

*VIA: EMAIL (brower@browerpiven.com)*

David A.P. Brower, Esq.
Brower Piven
488 Madison Ave.
New York, NY 10022

*Re:    E\*Trade*

Dear David:

Please allow this correspondence to serve as confirmation that this office has been contacted by Ventris Family Trust regarding the above captioned matter. Enclosed please find a Verification executed by Mr. Ventris, along with Proof of Claim and Release from the Garden City Group.

I have reviewed the Notice and your recent filings in the case and understand that you requested attorneys' fees in the amount of thirty three and one third of the $79 million settlement fund or $26,333,333.33. In addition to the legal fee, you requested reimbursement for costs and expenses in the amount of $554,950.23.

I did contact you a few weeks ago and informed you, it is my position that the legal fee should be awarded from the net settlement fund namely the $79 million settlement reduced by the expenses in the amount of $554,950.23. Accordingly, the net settlement fund would be $78,445,049.77.

Agreeing to receive the legal fee from the net settlement fund would save the class members almost $185,000 if the Court awards you a legal fee in the amount of thirty three and third percent of the net settlement fund. I maintain that $185,000 is a lot of money and would be a significant additional benefit to the class.

I have conducted extensive research on the issue and have found the following:

A common principle and practice is that the costs to pursue a case are deducted from the settlement fund before the attorneys' fee award. Many judges in the Southern District of New York and Eastern District of New York follow this method.

**David A.P. Brower**
**September 4, 2012**
**Page 2 of 2**

Below are a few examples:

1.      Judge Paul A. Engelmayer in *In Re: Giant Interactive Group, Inc.* 279 F.R.D. 151
        (S.D.N.Y. 2011);

2.      Judge Shira A. Scheindlin in *In Re: Independent Energy Holdings PLC Securities
        Litigation*, 2003 U.S. Dist. LEXIS 17090 (S.D.N.Y. 2003);

3.      Judge Milton Pollack in *In Re: Milken and Associates Securities Litigation*, 835 F.Supp.
        147 (S.D.N.Y. 1993);

4.      Judge Arthur D. Spatt in *In Re: Sterling Foster & Co.*, 2006 U.S. Dist. LEXIS 80861
        (E.D.N.Y. 2006).

Hopefully, you and your co-counsel can agree to amend the settlement for the legal fees to be
awarded from the net settlement fund and I will not be forced to file an objection.

Kindly advise me of your intentions as soon as possible.

Thank you for your attention to this matter.

Sincerely,

Brian M. Felgoise

BMF/gtb
Enc.

## CERTIFICATION

Eldon R. Ventris, Trustee for the Ventris Family Trust ("Objector") declares, as to the claims asserted under the federal securities laws, that:

1. I reside at 1354 Southwest 3rd Street, Minco, Oklahoma 73059.

2. Objector has authorized the Felgoise Law Firm to file an objection on my behalf.

3. Objector was a shareholder of E*Trade Financial Corporation during the period April 19, 2006 to November 9, 2007 and thus am a member of the class of shareholders.

4. Objector did not purchase the security that is the subject of this action at the direction of any counsel or in order to participate in this private action.

5. Objector has no relationship with any defendant with respect to this action.

6. Objector's transactions in E*Trade Financial Corporation that are the subject of this action during the Class Period is/are as follows:

| Date | Transaction | Quantity | Price Per Share |
|------|-------------|----------|-----------------|
| 06/22/06 | purchase | 3,800 shares | $ 21.54 |
| 06/22/06 | purchase | 1,000 shares | $ 21.53 |
| 07/20/06 | sold | 2,800 shares | $ 23.34 |
| 07/20/06 | sold | 2,000 shares | $ 23.30 |
| 10/13/06 | purchase | 4,000 shares | $ 23.08 |
| 06/06/07 | sold | 4,000 shares | $ 25.68 |
| 06/28/07 | purchase | 4,000 shares | $ 22.45 |

I declare under penalty of perjury that the foregoing is true and correct.

_Eldon R. Ventris_
ELDON R. VENTRIS, Trustee
Ventris Family Trust

Dated: August _1_, 2012

1

<table>
<tr>
<td>Must be<br>Postmarked<br>No Later Than<br>October 31, 2012</td>
<td>E*TRADE Securities Class Action<br>Claims Administrator<br>c/o The Garden City Group, Inc.<br>P.O. Box 9888<br>Dublin, OH 43017-5788<br>1-800-903-8296</td>
<td></td>
</tr>
</table>

ETE0212111356



/230/1  *****AUTO**MIXED AADC 604
ELDON RAY & BARBARA J.
VENTRIS TRUST
ELDON RAY VENTRIS TTEE
U/A DTD 02/15/1997
1354 SW 3RD ST
MINCO OK 73059-7523

Claim Number: 01121071

Control Number: 2682231689

30445

## PROOF OF CLAIM AND RELEASE

*All persons and entities who purchased or otherwise acquired the securities of E\*TRADE Financial Corporation between April 19, 2006 and November 9, 2007, both dates inclusive.*

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I - CLAIMANT IDENTIFICATION | 2 |
| PART II - GENERAL INSTRUCTIONS | 3 |
| PART III - SCHEDULE OF TRANSACTIONS IN E\*TRADE COMMON STOCK | 4 |
| PART IV - SCHEDULE OF TRANSACTIONS IN E\*TRADE CALL OPTIONS | 5 |
| PART V - SCHEDULE OF TRANSACTIONS IN E\*TRADE PUT OPTIONS | 6 |
| PART VI - SCHEDULE OF TRANSACTIONS IN OTHER E\*TRADE SECURITIES | 7 |
| PART VII - SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS | 8 |
| PART VIII - RELEASE | 8 |
| PART IX - CERTIFICATION | 9 |

**Important** - This form should be completed IN CAPITAL LETTERS using BLACK or DARK BLUE ballpoint/fountain pen. Characters and marks used should be similar in the style to the following:

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1 2 3 4 5 6 7 0



ETE

Must be
Postmarked
No Later Than
October 31, 2012

E*TRADE Securities Class Action
Claims Administrator
c/o The Garden City Group, Inc.
P.O. Box 9888
Dublin, OH 43017-5788
1-800-903-8296

ETE0212111259



/230/1  *****AUTO**MIXED AADC 604
ELDON R VENTRIS
1354 SW 3RD ST
MINCO OK  73059-7523

Claim Number: 01121070

Control Number: 0065326778

30444

# PROOF OF CLAIM AND RELEASE

*All persons and entities who purchased or otherwise acquired the securities of E*TRADE Financial Corporation between April 19, 2006 and November 9, 2007, both dates inclusive.*

**TABLE OF CONTENTS**                                                                                          **PAGE #**

PART I - CLAIMANT IDENTIFICATION ...........................................................................................2

PART II - GENERAL INSTRUCTIONS ..........................................................................................3

PART III - SCHEDULE OF TRANSACTIONS IN E*TRADE COMMON STOCK ...................................4

PART IV - SCHEDULE OF TRANSACTIONS IN E*TRADE CALL OPTIONS .........................................5

PART V - SCHEDULE OF TRANSACTIONS IN E*TRADE PUT OPTIONS.........................................6

PART VI - SCHEDULE OF TRANSACTIONS IN OTHER E*TRADE SECURITIES................................7

PART VII - SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS.....................8

PART VIII - RELEASE ...................................................................................................................8

PART IX - CERTIFICATION.............................................................................................................9

**Important** : This form should be completed IN CAPITAL LETTERS using BLACK or DARK BLUE ballpoint/fountain pen. Characters and marks used should be similar in the style to the following:

ABCDEFGHIJKLMNOPQRSTUVWXYZ1234567O



# FELGOISE LAW FIRM

The Pavilion - Suite 518
251 Old York Road - PO Box 706
Jenkintown, PA 19046

(215) 886-1900

Brian M. Felgoise
James W. Wilson
Jeffrey M. Izes

Members of Pennsylvania
and New Jersey Bars

September 10, 2012

*VIA: EMAIL (brower@browerpiven.com)*

David A.P. Brower, Esq.
Brower Piven
488 Madison Ave.
New York, NY 10022

*Re:   Eldon R. Ventris*

Dear David:

Please be advised that Eldon R. Ventris during the class period from April 19, 2006 through
November 7, 2007 had the following transactions:

| | | |
|---|---|---|
| 6-22-06: | Purchased 3,800 shares at $21.54: | $81,852 |
| 6-22-06: | Purchased 1,000 shares at $21.53: | $21,530 |
| | Total Purchase Cost: | $103,382 |
| 7-20-06: | Sold 2,800 shares at $23.34: | $65,352 |
| 7-20-06: | Sold 2,000 shares at $23.30: | $46,600 |
| | Total Sale: | $111,952 |
| | **TOTAL PROFIT:** | **$8,570** |
| | | |
| 10-13-06: | Purchased 4,000 shares at $23.08: | $92,320 |
| 6-6-07: | Sold 4,000 at $25.68: | $102,720 |
| | **TOTAL PROFIT:** | **$10,400** |
| | | |
| 6-28-07: | Purchased 4,000 shares at $22.45 | $89,800 |
| 11-09: | Stock closes at $8.59 | $34,360 |
| | **TOTAL LOSS:** | **($55,440)** |

## TOTAL LOSS OVER ENTIRE PERIOD: ($36,470)

I have enclosed the statements from June, July, August, September, October and November 2007,
which signify he purchased the shares on June 28, 2007 and held through the end of November 2007.

**David A.P. Brower**
**September 10, 2012**
**Page 2 of 2**

Again, he held through the end of November 2007, which signifies he held through the end of the class period.

Further, enclosed are the statements from June and July 2006, October 2006 and June 2007 which state the purchases and sales.

This proves that Mr. Ventris is a class member who suffered a $36,470 loss or thereabouts during the class period.

Kindly acknowledge that Eldon R. Ventris did prove that he is an adequate class member.

Thank you for your attention to this matter.

Sincerely,

Brian M. Felgoise

BMF/gtb
Enc.



# WACHOVIA SECURITIES

## Command Asset Program

**ELDON R VENTRIS**

Sub / Branch / Rep / Account No. / CAP Account No.
001 / 7N / 7N35 /

**For Banking Inquiries:**
(800) CCMMAND
(800) 266-6293

**En Espanol:**
(800) 326-8977

**Your Financial Advisor:**

## Portfolio Summary

| Portfolio Assets | Value on May 31 | Value on June 30 | Est. Ann. Income | % Total Assets |
|---|---|---|---|---|
| Cash and Money Market Funds | | | | |
| Bank Deposit Sweep Option* | | | | |
| Stocks and Options | | | | |
| Fixed Income Securities | | | | |
| Open End Mutual Funds | | | | |
| Closed End Mutual Funds | | | | |
| **Total Assets** | $ | $ | | |
| Margin Balance | | | | |
| **Net Portfolio Value** | | | | |

*The Bank Deposit Sweep Option consists of monies held in an interest-bearing deposit account. These assets are not held in your securities brokerage account and therefore are not covered by SIPC. Such monies are eligible for FDIC insurance, up to $100,000 per depositor. ($250,000 for IRA accounts)
***Your portfolio includes unpriced securities not reflected in the Portfolio Value.

**Total Value Comparison**

**Asset Allocation (Portfolio Assets)**

WSS551T   014218 18310115325S   10171N 19BN 19RNN 19NN  000007



ELDON R VENTRIS

Sub / Branch     / Reg     / Account No     / DLR Account No
001 / 7N     / 7N35     /

Page 6 of 16

June 1 - June 30, 2006

44/54

## Stocks and Options

### Stocks continued

| Description | Symbol | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | | | | |
| E TRADE FINANCIAL | ET | | | | | | | | |
| Acquired 06/22/06 S | | 1,000 | 21.53 | 21,777.82 | 22.8200 | 22,820.00 | 1,042.18 | N/A | N/A |
| Acquired 09/22/06 S | | 3,800 | 21.54 | 82,771.36 | | 86,716.00 | 3,944.64 | N/A | N/A |
| Total | | 4,800 | | $104,549.18 | 22.8200 | $109,536.00 | $4,986.82 | N/A | N/A |
| Total | | | | | | | | | |
| Total | | | | | | | | | |
| Total | | | | | | | | | |

VEN WFA 00797



VEN WFA 00808

# WACHOVIA SECURITIES

**ELDON R VENTRIS**

Sub / Branch / Rep / Account No / CSR Acct...
001 / 7N / 7N35

## Realized Gain/Loss

The information in this section is provided for courtesy purposes only, and is not verified or guaranteed to be correct by First Clearing, LLC. Please contact your tax advisor to determine the tax consequences of your securities transactions. Federal tax form reporting requirements and prior year changes that occur after December 31 will create differences between the information presented here and what appears on your Form 1099-B.

The following section displays security positions that were closed through transactions such as sales, buys-to-close, redemptions, etc. If we had file the acquisition and close dates, as well as the cost and proceeds amounts, the realized gain/loss will be displayed. If any of those pieces of information are missing, realized gain/loss will not be displayed.

Please note that the realized gain/loss information presented here does not incorporate amounts or situations that you may use to adjust basis when completing your tax forms.
- Securities purchased at an Original Issue Discount (OID) do not reflect the impacts of the OID accruals on the original cost basis
- Fixed income securities purchased at a premium do not reflect the amortization of that premium on the original cost basis information
- Fixed income securities purchased at a discount do not reflect the accretion of that discount on the original cost basis information
- Partial return of principal or capital payments may not adjust original cost basis information
- Mark-to-market information is not available or provided
- Capital gain distributions from mutual funds are reported on Form 1099-DIV
- Sales of worthless securities while proceeds are less than $0.01 will show no gain or loss
- Lots closed due to transfers or journals will not be reflected in this section

Realized Gain/Loss information that reflects adjustments to cost basis for amortization and accretion is available from the firm for many impacted fixed income securities. Please contact your Financial Advisor for more information.

### Realized Gain/Loss Summary

| Description | This Period Gain | This Period Loss | This Period Net | Year to Date Gain | Year to Date Loss | Year to Date Net |
|---|---|---|---|---|---|---|
| Short-term | | | | | | |
| Long-term | | | | | | |
| Total Realized Gain/Loss | | | | | | |

### Short-term

| Description | Quantity | Date Acquired | Close Date | This Period Net | Proceeds | Acquisition Cost | Year to Date Loss | Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| E TRADE FINANCIAL | 1,000.0000 | 06/22/06 | 07/20/06 | | 23,084.86 | 21,777.82 | | 1,307.04 |
| E TRADE FINANCIAL | 1,800.0000 | 06/22/06 | 07/20/06 | | 41,552.77 | 39,207.49 | | 2,345.28 |
| E TRADE FINANCIAL | 2,000.0000 | 06/22/06 | 07/20/06 | | 46,094.89 | 43,563.87 | | 2,531.02 |
| Total Short-term | | | | | 110,732.52 | 104,549.18 | | $6,183.34 |

W5SEFLT    0/3/97 21017164235   NMNN NNNN NNNNNNN 000013

VEN WFA 00820



VEN WFA 00858



VEN WFA 00863



![WACHOVIA SECURITIES]

23,907

Command Asset Program

Page 1 of 17

June 1 - June 30, 2007

**ELDON R VENTRIS**

Sub / Branch    / Rep    / Account No.    / CAP Account No.
001 / 7N        / 7N35   /

For Banking Inquiries:          En Español:
(800) COMMAND                   (800) 326-8977
(800) 266-6263

**Your Financial Advisor:**

## Portfolio Summary

### Portfolio Assets

|                              | Value on May 31 | Value on June 30 | Est. Ann. Income | % Total Assets |
|------------------------------|-----------------|------------------|------------------|----------------|
| Cash and Money Market Funds  |                 |                  |                  |                |
| Bank Deposit Sweep Option *  |                 |                  |                  |                |
| Stocks and Options           |                 |                  |                  |                |
| Fixed Income Securities      |                 |                  |                  |                |
| Open End Mutual Funds        |                 |                  |                  |                |
| Closed End Mutual Funds      |                 |                  |                  |                |

**Portfolio Value**

Negative values are not included in "Percent of total assets".
*"The Bank Deposit Sweep Option consists of monies held in an interest-bearing deposit account at Wachovia Bank, N.A. These assets are not held in your securities brokerage account and therefore not covered by SIPC. Such monies are eligible for FDIC insurance, up to $100,000 per depositor ($250,000 for IRA accounts) in accordance with FDIC rules.
***Your portfolio includes unpriced securities not reflected in the Portfolio Value.

**Total Value Comparison**

**Asset Allocation (Portfolio Assets)**

WSB8841T    021010 0615I205225    N/0NN/0N0NN/0N0NN/0N0 000037

VEN WFA 00988

23,921

## WACHOVIA SECURITIES

ELDON R VENTRIS

Page 15 of 17

Sub / Branch    / Rep    / Account No.   / CAP Account No.
001 / 7N       / 7N35   /

June 1 – June 30, 2007

## Cash Sweep Activity continued

| Date | Transaction | Description | Amount |
|---|---|---|---|
| 06/30 | | ENDING BALANCE | |

## Realized Gain/Loss

The information in this section is provided for courtesy purposes only, and is not verified or guaranteed to be correct by First Clearing, LLC. Please contact your tax advisor to determine the tax consequences of your securities transactions. Federal tax form reporting requirements and prior year changes that occur after December 31 will create differences between the information presented here and what appears on your Form 1099-B.

The following section displays security positions that were closed through transactions such as sales, buy-to-close, redemptions, etc. If we had the acquisition and close dates, as well as the cost and proceeds amounts, the realized gain/loss will be displayed. If any of those pieces of information are missing, realized gain/loss will not be displayed.

Please note that the realized gain/loss information presented here does not incorporate amounts or situations that you may use to adjust basis when completing your tax forms.
- Cost basis for fixed income tax lots has been amortized (for securities purchased at a premium) or accreted (for securities purchased at a discount), when possible, for applicable securities.
The Original Price represents the unadjusted price of the security. The Original Price can be used to calculate the unadjusted original cost for these securities.
- Partial return of principal or capital payments may not adjust original cost basis information
- Marked-to-market information is not available or provided
- Capital gain distributions from mutual funds are reported on Form 1099-DIV
- Sales of worthless securities whose proceeds are less than $0.01 will show no gain or loss
- Lots closed due to transfers or journals will not be reflected in this section

### Realized Gain/Loss Summary

| | This Period Gain | This Period Loss | This Period Net | Year to Date Gain | Year to Date Loss | Year to Date Net |
|---|---|---|---|---|---|---|
| Short-term | | | | | | |
| Long-term | | | | | | |
| Total Realized Gain/Loss | $ | | | | | |

### Realized Gain/Loss Detail

**Short-term**

| Description | Quantity | Original Price | Date Acquired | Close Date | Proceeds | Cost/Adjusted Cost | Gain/Loss |
|---|---|---|---|---|---|---|---|
| E TRADE FINANCIAL | 4,000.0000 | 23.0900 | 10/13/06 | 06/06/07 | 101,602.91 | 93,374.73 | 8,228.18 |
| Total Short-term | | | | | $ 101,602.91 | $ 93,374.73 | $8,228.18 |

001510 0911309623S  ICN5UAHNHW N0(N)N0V 000014

VEN WFA 01002

**WACHOVIA SECURITIES**

**Command Asset Program**

ELDON R VENTRIS

June 1 – June 30, 2007

Sts / Branch      / Rep      / Account No.   / CAP AccountNo.
001 / 7N          / 7N35     /

For Banking Inquiries:
(800) COMMAND
(800) 266-6263

En Español:
(800) 326-8877

**Your Financial Advisor:**

## Portfolio Summary

### Portfolio Assets

| | Value on May 31 | Value on June 30 | Est. Ann. Income | % Total Assets |
|---|---|---|---|---|
| Cash and Money Market Funds | | | | |
| Bank Deposit Sweep Option * | | | | |
| Stocks and Options | | | | |
| Fixed Income Securities | | | | |
| Open End Mutual Funds | | | | |
| Closed End Mutual Funds | | | | |

### Portfolio Value

Negative values are not included in "Percent of total assets".
*The Bank Deposit Sweep Option consists of monies held in an interest-bearing deposit account at Wachovia Bank, N.A. These assets are not held in your securities brokerage account and therefore are not covered by SIPC. Such monies are eligible for FDIC insurance, up to $100,000 per depositor ($250,000 for IRA accounts) in accordance with FDIC rules.
***Your portfolio includes unpriced securities not reflected in the Portfolio Value.

**Total Value Comparison**

**Asset Allocation (Portfolio Assets)**

W38507LT   021018 0611332G5235   X7NN 7NNN NNNNNNN 000001

VEN WFA 00988



ELDON R VENTRIS

Page 6 of 17

22,812

June 1 - June 30, 2007

Sub / Branch 001 / 7N / Rep / 7N35 / Account No. / OSP Account No.

## Stocks and Options

### Stocks continued

| Description | Symbol | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | | | | |
| E TRADE FINANCIAL Acquired 06/28/07 S | ETFC | 4,000 | 22.45 | 89,841.06 | 22.0800 | 88,360.00 | - 2,481.06 | N/A | N/A |
| Total | | | | | | | | | |
| Total | | | | | | | | | |
| Total | | | | | | | | | |
| Total | | | | | | | | | |

VEN WFA 00993



■ **WACHOVIA SECURITIES**

**Command Asset Program**

6/31

Page 1 of 16

July 1 – July 31, 2007

**ELDON R VENTRIS**

Sub / Branch       / Rep
001 / 7N            / 7N35       / Account No. / CAP account No.

For Banking Inquiries:
(800) COMMAND
(800) 266-8263

En Espanol:
(800) 326-8977

Your Financial Adviser:

**Portfolio Summary**

**Portfolio Assets**

|  | Value on June 30 | Value on July 31 | Est. Ann. Income | % Total Assets |
|---|---|---|---|---|
| Cash and Money Market Funds |  |  |  |  |
| Bank Deposit Sweep Option* |  |  |  |  |
| Stocks and Options |  |  |  |  |
| Fixed Income Securities |  |  |  |  |
| Open End Mutual Funds |  |  |  |  |
| Closed End Mutual Funds |  |  |  |  |

**Portfolio Value**

*The Bank Deposit Sweep Option consists of monies held in an interest-bearing deposit account at Wachovia Bank,
N.A. These assets are not held in your securities brokerage account and therefore not covered by SIPC. Such monies
are eligible for FDIC insurance, up to $100,000 per depositor ($250,000 for IRA accounts) in accordance with FDIC
rules.
***Your portfolio includes unpriced securities not reflected in the Portfolio Value.

**Total Value Comparison**

**Asset Allocation (Portfolio Assets)**

VEN WFA 01006



VEN WFA 01011



## WACHOVIA SECURITIES

### Command Asset Program

August 1 - August 31, 2007

ELDON R VENTRIS

Sub / Branch / Rep / Account No. / CAP Account No.
001 / 7N / 7N35

For Banking Inquiries:
(800) COMMAND
(800) 266-6293

En Espanol:
(800) 326-8977

**Your Financial Advisor:**

## Portfolio Summary

### Portfolio Assets

| | Value on July 31 | Value on Aug 31 | Est. Ann. Income | % Total Portfolio Assets |
|---|---|---|---|---|
| Cash and Money Market Funds | | | | |
| Bank Deposit Sweep Option * | | | | |
| Stocks and Options | | | | |
| Fixed Income Securities | | | | |
| Open End Mutual Funds | | | | |
| Closed End Mutual Funds | | | | |
| **Portfolio Value** | | | | |

*The Bank Deposit Sweep Option consists of monies held in an interest-bearing deposit account at Wachovia Bank, N.A. These monies are not held in your securities brokerage account and therefore not covered by SIPC. Such monies are eligible for FDIC insurance, up to $100,000 per depositor ($250,000 for IRA accounts) in accordance with FDIC rules.
***Your portfolio includes unpriced securities not reflected in the Portfolio Value.

### Asset Allocation (Portfolio Assets)

WSR0001 012403 244106415231 10NNN NNNN0NNNNNNNNN 000007



ELDON R VENTRIS

Sub / Branch    / Rep    / Account No.   / CAP Account No.
001 / 7N        / 7N35

August 1 - August 31, 2007

## Stocks and Options

### Stocks continued

| Description | Symbol | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | | | | |
| E TRADE FINANCIAL Acquired 08/28/07 S | ETFC | 4,000 | 22.45 | 90,841.86 | 15.5800 | 62,320.00 | -28,521.86 | N/A | N/A |
| Total | | | | | | | | | |
| Total | | | | | | | | | |
| Total | | | | | | | | | |
| Total | | | | | | | | | |
| Total | | | | | | | | | |



■ WACHOVIA SECURITIES

Command Asset Program

66.225
Page 1 of 15

ELDON R VENTRIS

Sub / Branch    / Rep    / Account No.  / CAP Account No.
001 / 7N    / 7N36  /

September 1 - September 20, 2007

For Banking Inquiries:
(800) COMMAND
(800) 266-6263

En Espanol:
(800) 326-8977

Your Financial Advisor:

**Portfolio Summary**

**Portfolio Assets**

| | Value on Aug 31 | Value on Sept 30 | Est. Am. | % Total Assets |
|---|---|---|---|---|
| Cash and Money Market Funds | | | | |
| Bank Deposit Sweep Option* | | | | |
| Stocks and Options | | | | |
| Fixed Income Securities | | | | |
| Open End Mutual Funds | | | | |
| Closed End Mutual Funds | | | | |

**Portfolio Value**

**Total Value Comparison**

**Asset Allocation (Portfolio Assets)**

*The Bank Deposit Sweep Option consists of monies held in an interest-bearing deposit account at Wachovia Bank, N.A. These assets are not held in your securities brokerage account and transferred not covered by SIPC. Such monies are eligible for FDIC insurance, up to $100,000 per depositor ($250,000 for IRA accounts) in accordance with FDIC rules.

***Your portfolio includes imprinted securities not reflected in the Portfolio Value.



VEN WFA 01043

# WACHOVIA SECURITIES

Command Asset Program

9,039

Page 1 of 15

October 1 - October 31, 2007

ELDON R VENTRIS

Sub / Branch   / Rep   / Account No.  / CAP Account No.
001 / 7N       / 7 N35  /

For Banking Inquiries:
(800) COMMAND
(800) 205-6263

En Espanol:
(800) 326-8977

**Your Financial Advisor:**

## Portfolio Summary

**Portfolio Assets**

| | Value on Sept 30 | Value on Oct 31 | Est. Ann. Income | % Total Assets |
|---|---|---|---|---|
| Cash and Money Market Funds | | | | |
| Bank Deposit Sweep Option * | | | | |
| Stocks and Options | | | | |
| Fixed Income Securities | | | | |
| Open End Mutual Funds | | | | |
| Closed End Mutual Funds | | | | |

**Portfolio Value**

Negative values are not included in "Percent of total assets".
*The Bank Deposit Sweep Option consists of monies held in an interest-bearing deposit account at Wachovia Bank, N.A. These assets are not held in your securities brokerage account and therefore not covered by SIPC. Such monies are eligible for FDIC insurance, up to $100,000 per depositor ($250,000 for IRA accounts) in accordance with FDIC rules.
***Your portfolio includes unpriced securities not reflected in the Portfolio Value.

**Total Value Comparison**

**Asset Allocation (Portfolio Assets)**

WBR5911   003503 305184 110235  NNNN NNNN NNNNNNNN 000007

VEN WFA 01054



VEN WFA 01058



# WACHOVIA SECURITIES

**Command Asset Program**

Page 1 of 15

**ELDON R VENTRIS**

Sub / Branch   / Rep
001 / 7N        / 7N35

**For Banking Inquiries:**
(800) COMMAND
(800) 266-8263

**En Espanol:**
(800) 326-8977

November 1 - November 30, 2007

**Your Financial Advisor:**

## Portfolio Summary

### Portfolio Assets

| | Value on Oct 31 | Value on Nov 30 | Est. Ann. Income | % Total Assets |
|---|---|---|---|---|
| Cash and Money Market Funds | | | | |
| Bank Deposit Sweep Option * | | | | |
| Stocks and Options | | | | |
| Fixed Income Securities | | | | |
| Open End Mutual Funds | | | | |
| Closed End Mutual Funds | | | | |
| **Portfolio Value** | | | | |

*The Bank Deposit Sweep Option consists of monies held in an interest-bearing deposit account at Wachovia Bank, N.A. These assets are not held in your securities brokerage account and therefore not covered by SIPC. Such monies are eligible for FDIC insurance, up to $100,000 per depositor ($250,000 for IRA accounts) in accordance with FDIC rules.

***Your portfolio includes unpriced securities not reflected in the Portfolio Value.

**Total Value Comparison**

**Asset Allocation (Portfolio Assets)**



VEN WFA 01074