RECEIVED
SEP 14 2012
PRO SE OFFICE

Chris Andrews

23610 Hazen Road

Southfield MI 48033-2507

Phone 1-248-635-3810

Email caaloa at gmail.com

September 10, 2012


United States District Court

Southern District of New York

Clerk of the Court

500 Pearl Street

New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9-14-12


RE: Larry Freudenberg, Plaintiff          Civil action 07-Civ. 8538 (JPO) (MHD)

Against                                   Supplement to existing objection

E*Trade Financial Corporation,

Mitchell H. Caplan, Robert J. Simmons,    Oct. 11, 2012 Time 3:00 p.m.

And Dennis E. Webb  Defendants            Judge J. Paul Oetken's Courtroom

**Supplement to Objection Submitted and received by all parties on September 07,**

**2012. This relates to the objector fee award.**

**Conclusion Supplement**

This objector requests that the Court award this objector 5%-10% of any increase in the common

fund that is presently at $79 million. This objector has just arrived at a potential solution to

increase the low settlement common fund amount and resolve this case to the satisfaction of all

parties which will be proposed and explained in less than two minutes at the hearing.

Total pages in submission 3


 I certify that the above information is true and accurate to the best of my knowledge.

Dated September 10, 2012

Respectfully Submitted,

Chris Andrews, Pro Se

23610 Hazen Road

Southfield, Michigan 48033

email caaloa at gmail.com

Telephone 1-248-635-3810

I hereby certify that on this day I mailed the foregoing to the Clerk of the Court, and served true

and correct copies upon class counsel and defendants' counsel via First Class Mail with return

receipt requested to addresses below to:

2

Clerk of the Court, Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse,

500 Pearl Street, New York New York 10007-1316

Brower Piven P.C. Attention: Mr. David Brower, 488 Madison Avenue, Eighth Floor, New

York, New York 10022

Davis Polk & Wardell LLP, Attention: Ms. Amelia Starr, 450 Lexington Avenue, New York,

New York 10017

Dated this 7th day of September, 2012

Chris Andrews

