UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LARRY FREUDENBERG, Individually and          :
On Behalf of All Others Similarly Situated,  :
                                             :  Civil Action No.
            Plaintiff,                       :
                                             :  07 Civ. 8538 (JPO) (MHD)
    -against-                                :
                                             :
E*TRADE FINANCIAL CORPORATION,               :
MITCHELL H. CAPLAN, ROBERT J.                :
SIMMONS and DENNIS E. WEBB,                  :
                                             :
            Defendants.                      :
                                             :
------------------------------------------------------------x

**NOTICE OF MOTION OF OBJECTOR ELDON VENTRIS FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that upon the accompanying motion and memorandum of law, the Declaration of Brian M. Felgoise, together with the exhibits annexed thereto, Objector Eldon Ventris, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure will move this Court, before the Honorable J. Paul Oetken, United States District Judge at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, for an order approving reasonable attorneys' fees and expenses to Felgoise Law Firm for their work addressing the issue of reimbursement of expenses and attorneys' fees.

Dated: __11/2/12__ New York, NY								Respectfully submitted,


										   /s/ Stephen M. Sohmer
										Stephen M. Sohmer, Esq. (I.D. No. SS5127)
										Ssohmer@sohmerstark.com
										The Sohmer Law Firm
										1018 Broad St., Suite 101
										Bloomfield, NJ 07003
										Telephone:     (973) 337-6894

										Brian M. Felgoise, Esq.
										Felgoise Law Firm
										261 Old York Rd., Ste. 518
										Jenkintown, PA 19046
										Telephone:     (215) 886-1900
										Facsimile:     (215) 886-1909

										*Attorneys for Objector, Eldon Ventris*