```
-------------------------------------------------------------x
LARRY FREUDENBERG, Individually and          :
On Behalf of All Others Similarly Situated,  :
                                             :   Civil Action No.
                Plaintiff,                   :
                                             :   07 Civ. 8538 (JPO) (MHD)
     -against-                               :
                                             :
E*TRADE FINANCIAL CORPORATION,               :
MITCHELL H. CAPLAN, ROBERT J.                :
SIMMONS and DENNIS E. WEBB,                  :
                                             :
                Defendants.                  :
                                             :
-------------------------------------------------------------x
```

FILED JAN 0 3 2013

## [PROPOSED] ORDER

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Counsel for Objector Eldon Ventris, The Felgoise Law Firm is awarded $ _34,854.24_ as legal fees and reimbursement of costs for the benefit they provided to the class.

Said fees and reimbursement of expenses are to be paid from the balance of Settlement Fund.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _3rd_ day of _January_, 2013.

_____
J. Paul Oetken
United States District Judge